IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCTAVIO RODRIGUEZ CIRA and FABIOLA MERLOS MARTINEZ, as Surviving Parents of FERNANDO OCTAVIO RODRIGUEZ, Deceased, and OCTAVIO RODRIGUEZ as Administrator of the Estate of FERNANDO OCTAVIO RODRIGUEZ, : : : : : : : : : : : | CIVIL ACTION NO: 1:21-CV-01999-TCB JURY TRIAL DEMANDED |
| PLAINTIFFS, : : | |
| v. : : | |
| CITY OF HAMPTON; COUNTY OF HENRY; OFFICER GREGORY R. BOWLDEN, In His Individual and Official Capacity; OFFICER MASON C. LEWIS, In His Individual and Official Capacity; OFFICER MARCUS J. STROUD, In His individual and Official Capacity; OFFICER ROBERT P. BUTERA, In His Individual Capacity; and OFFICER QUINTON C. PHILLIPS, In His Individual Capacity, : : : : : : : : : : : : : : : : | |
| DEFENDANTS. : | |

**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE AS TO THE CITY OF HAMPTON, OFFICER GREGORY R. BOWLDEN, OFFICER MASON C. LEWIS, AND OFFICER MARCUS J. STROUD**

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs **OCTAVIO RODRIGUEZ CIRA**, **FABIOLA MERLOS MARTINEZ**, and **OCTAVIO RODRIGUEZ**, as Administrator of the Estate of FERNANDO OCTAVIO RODRIGUEZ, hereby dismiss with prejudice Defendants **CITY OF HAMPTON, OFFICER GREGORY BOWLDEN** in his individual and official capacity, **OFFICER MASON C. LEWIS** in his individual and official capacity, and **OFFICER MARCUS J. STROUD** in his individual and official capacity (collectively "the City Defendants"). Plaintiffs and the City Defendants have agreed to bear their own costs and attorney fees associated with this action as to the City Defendants.

Plaintiffs maintain their action against **COUNTY OF HENRY, OFFICER ROBERT P. BUTERA** and **OFFICER QUINTON C. PHILLIPS**.

This 19th day of July, 2021.

PATE, JOHNSON & CHURCH, LLC

Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
Atlanta, Georgia 30303

/s/ Jess B. Johnson
Page A. Pate
Georgia Bar No.: 565899

Jess B. Johnson
Georgia Bar No.: 322066

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Dismissal** upon all parties to this matter by filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Russell A. Britt, Esq.<br>Pearson K. Cunningham<br>Hall Booth Smith, P.C.<br>191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA 30303-1775 | Terry E. Williams, Esq.<br>Williams, Morris & Waymire, LLC<br>Bldg. 400, Suite A<br>4330 South Lee Street<br>Buford, GA 30518 |
| Brian R. Dempsey<br>Carothers & Mitchell, LLC<br>1809 Buford Highway<br>Buford, GA 30518 | Wayne S. Melnick, Esq.<br>Freeman Mathis & Gary LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339 |

This 19th day of July, 2021.

PATE, JOHNSON & CHURCH, LLC

Pate, Johnson & Church, LLC
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
Atlanta, Georgia 30303

/s/ Jess B. Johnson
Page A. Pate
Georgia Bar No.: 565899

Jess B. Johnson
Georgia Bar No.: 322066

## CERTIFICATION OF FONT

This certifies that pursuant to LR 5.1, N.D.GA., the above and foregoing has been prepared using Times New Roman font, 14 point.

This 19th day of July, 2021.

|  |  |
|---|---|
|  | PATE, JOHNSON & CHURCH, LLC |
|  | /s/ Jess B. Johnson |
| Pate, Johnson & Church, LLC | Page A. Pate |
| 101 Marietta Street, Suite 3300 | Georgia Bar No.: 565899 |
| Atlanta, Georgia 30303 |  |
| (404) 223-3310 | Jess B. Johnson |
| Atlanta, Georgia 30303 | Georgia Bar No.: 322066 |