# EXHIBIT A

# Grand Jury Bench Warrant

CASE NUMBER: 2021-SU-CR-1129-PP

NEVER ARRESTED – BOOK ON ORIGINAL CHARGE(S)

**Defendant:** QUINTON PHILLIPS

DOB:
RACE:
SEX: Male
SSN:
SID:
FBI:

Bond Amount: $100,000.00

**Charges:**

Count 1 - Malice Murder
Count 2 - Felony Murder
Count 3 - Felony Murder
Count 4 - Aggravated Assault
Count 7 - Violation of Oath by Public Officer

**GEORGIA, HENRY COUNTY**

To all and singular the Sheriff, Deputy Sheriffs, Coroners, Constables, and Marshals of said State, Greetings:

Whereas, at the OCTOBER TERM, 2021, of the SUPERIOR COURT OF HENRY COUNTY, an Indictment was drawn by the District Attorney's Office of Henry County against: QUINTON PHILLIPS for the offense(s) listed above. Defendant has not been placed under a bond to answer for said offenses, therefore,

You and each of you are therefore commanded in the name of the State to apprehend the said QUINTON PHILLIPS and have him enter into an obligation in the sum(s) listed above, subject to conditions of bond, for his personal appearance in the Superior Court of Henry County on a specific date for which Defendant will be notified and that he attend Court to answer for said offense(s) at all subsequent terms until lawfully discharged therefrom.

Given under my hand and seal this 19th day of November, 2021.

_Darius Pattillo_
Darius Pattillo
District Attorney Flint Circuit

_Pandora E. Palmer_
Pandora E. Palmer
Judge Superior Court Flint Circuit

**Extradition Approved:**
___ Southeastern States
___ Eastern States
✓ Nationwide
___ Georgia only

FILED IN OFFICE
HENRY COUNTY
SUPERIOR COURT

NOV 22 2021 11:57

CLERK OF SUPERIOR COURT

COPY

# 2021-SU-CR-1129-PP
# HENRY COUNTY SUPERIOR COURT

October Term, 2021

The State
Vs.

**MASON LEWIS**
**MARCUS STROUD**
**QUINTON PHILLIPS**
**ROBERT BUTERA**
**GREGORY BOWLDEN**

---

MALICE MURDER (O.C.G.A. 16-5-1)
FELONY MURDER (O.C.G.A. 16-5-1) (2 COUNTS)
AGGRAVATED ASSAULT (O.C.G.A. 16-5-21)
VIOLATION OF OATH BY PUBLIC OFFICER (O.C.G.A. 16-10-1) (5 COUNTS)

---

_____True_____ BILL

_____[signature]_____
Foreperson

---

DARIUS PATTILLO
DISTRICT ATTORNEY

---

Returned in Open Court by Grand Jury Bailiff,
this _19_ day of _November_, 2021.

_____Eugenia Moore, Deputy_____
Clerk of Superior Court

**Recorded in Indictment Book** _____ **Page** _____.

**Minute and Final Rec. Book** _____ **Page** _____.

STATE OF GEORGIA, COUNTY OF HENRY
IN THE SUPERIOR COURT OF SAID COUNTY

The GRAND JURORS selected, chosen and sworn for the County of Henry, to wit:

1. Julian Brandon Patterson, Foreperson
2. Kristi Elaine Hobby
3. Sharemah M. Barlow
4. ~~Chalanda Shea Smith~~
5. ~~Deandre Capri Houston~~
6. Kevin Dontavious Smith
7. Micala Mengza Kelly
8. Aquila Javelle Arceneaux
9. Sandra Elaine Martin
10. Zachary Mcrae Barber
11. Kephanie V. Henderson
12. Coby Randall Carver
13. Te'Anna Denise Dasher
14. Vicki Hayes Burton
15. ~~Jennifer Lynn Blood~~
16. Ryan Andrew Tompkins
17. Michael R. Walker, Jr.
18. Amber Nicole Gray
19. Briana Joyce Hooks
20. Tonya M. Riggins
21. ~~John Edward Davis~~
22. Michael Robert Wilkins
23. Jo Lynn Prince
Alt. ~~Matthew Ray Payne~~
Alt. ~~Matthew Joseph Chebro~~
Alt. ~~Arlene S. Persaud~~

in the name and on behalf of the citizens of Georgia, charge and accuse **MASON LEWIS, MARCUS STROUD, QUINTON PHILLIPS, ROBERT BUTERA and GREGORY BOWLDEN, individually and as a party concerned in the commission of a crime,** with the offense of **MALICE MURDER (O.C.G.A. 16-5-1)**, in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019**, with malice aforethought, did unlawfully cause the death of Fernando Rodriguez, a human being, by asphyxiating him, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 2

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **MASON LEWIS, MARCUS STROUD, QUINTON PHILLIPS, ROBERT BUTERA and GREGORY BOWLDEN, individually and as a party concerned in the commission of a crime,** with the offense of **FELONY MURDER (O.C.G.A. 16-5-1)**, in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019**, while in the commission of the offense of Aggravated Assault, a felony, did cause the death of Fernando Rodriguez, a human being, by asphyxiating him, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 3

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **MASON LEWIS, MARCUS STROUD, QUINTON PHILLIPS, ROBERT BUTERA and GREGORY BOWLDEN, individually and as a party concerned in the commission of a crime,** with the offense of **FELONY MURDER (O.C.G.A. 16-5-1),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** while in the commission of the offense of Violation of Oath by Public Officer, a felony, did cause the death of Fernando Rodriguez, a human being, by asphyxiating him, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 4

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **MASON LEWIS, MARCUS STROUD, QUINTON PHILLIPS, ROBERT BUTERA and GREGORY BOWLDEN, individually and as a party concerned in the commission of a crime,** with the offense of **AGGRAVATED ASSAULT (O.C.G.A. 16-5-21),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** did make an assault upon the person of Fernando Rodriguez with said accused's hands, feet and body, each an object which, when used offensively against a person is likely to result in serious bodily injury, by stretching out Fernando Rodriguez on the ground in a prone position, while he was handcuffed and shackled, holding him down and applying pressure to his body, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 5

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **MASON LEWIS** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER (O.C.G.A. 16-10-1),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** being a public officer with the Hampton Police Department who swore to protect and serve the citizens of Hampton in a courteous and professional manner and to support the Constitution of the United States and the State of Georgia, did willfully and intentionally violate the terms of his oath as prescribed by law, by asphyxiating Fernando Rodriguez by stretching out Fernando Rodriguez on the ground in a prone position, holding him down and applying pressure to his body, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 6

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **MARCUS STROUD** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER (O.C.G.A. 16-10-1),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** being a public officer with the Hampton Police Department who swore to protect and serve the citizens of Hampton in a courteous and professional manner and to support the Constitution of the United States and the State of Georgia, did willfully and intentionally violate the terms of his oath as prescribed by law, by asphyxiating Fernando Rodriguez by stretching out Fernando Rodriguez on the ground in a prone position, while he was handcuffed and shackled, holding him down and applying pressure to his body, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 7

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **QUINTON PHILLIPS** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER (O.C.G.A. 16-10-1),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** being a public officer with the Henry County Police Department who swore to protect and serve the citizens and visitors of Henry County in a courteous and professional manner and to support the Constitution of the United States and the State of Georgia, did willfully and intentionally violate the terms of his oath as prescribed by law, by asphyxiating Fernando Rodriguez by stretching out Fernando Rodriguez on the ground in a prone position, while he was handcuffed and shackled, holding him down and applying pressure to his body, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 8

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **ROBERT BUTERA** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER (O.C.G.A. 16-10-1),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** being a public officer with the Henry County Police Department who swore to protect and serve the citizens of Henry County in a courteous and professional manner and to support the Constitution of the United States and the State of Georgia, did willfully and intentionally violate the terms of his oath as prescribed by law, by asphyxiating Fernando Rodriguez by stretching out Fernando Rodriguez on the ground in a prone position, while he was handcuffed and shackled, holding him down and applying pressure to his body, contrary to the laws of said State, the peace, good order, and dignity thereof.

### Count 9

And the GRAND JURORS, aforesaid, in the name and on behalf of the citizens of Georgia, further charge and accuse **GREGORY BOWLDEN** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER (O.C.G.A. 16-10-1),** in that the said accused in the State and County aforesaid, **on the 20th day of September, 2019,** being a public officer with the Hampton Police Department who swore to protect and serve the citizens of Hampton in a courteous and professional manner and to support the Constitution of the United States and the State of Georgia, did willfully and intentionally violate the terms of his oath as prescribed by law, by asphyxiating Fernando Rodriguez by stretching out Fernando Rodriguez on the ground in a prone position, while he was handcuffed and shackled, holding him down and applying pressure to his body, contrary to the laws of said State, the peace, good order, and dignity thereof.

Darius Pattillo, District Attorney
Special Presentment

Investigator Bernard Monti, Prosecutor
S/A David Jones, Prosecutor
Dr. Steven Atkinson, Prosecutor

**Case Number:** 2021-SU-CR-1129-PP   Page 1 of 2

**Defendant's Name:**
Mason Lewis
Marcus Stroud
Quinton Phillips
Robert Butera
Gregory Bowlden

The defendant(s) waives formal arraignment, indictment by Grand Jury, copy of the bill of Indictment, and list of witnesses and pleads as follows:

This _____ day of _____, 2021.

_____
District Attorney

_____ Guilty    _____
                      Mason Lewis, Defendant

_____
Defendant's Attorney

_____ Guilty    _____
                      Marcus Stroud, Defendant

_____
Defendant's Attorney

_____ Guilty    _____
                      Quinton Phillips, Defendant

_____
Defendant's Attorney

**Defendant's Name:**
Mason Lewis
Marcus Stroud
Quinton Phillips
Robert Butera
Gregory Bowlden

_____ Guilty

_____
Robert Butera, Defendant

_____
Defendant's Attorney

_____ Guilty

_____
Gregory Bowlden, Defendant

_____
Defendant's Attorney

We, the jury, find the Defendant, _____,

this _____ day of _____, 2021.

_____
Jury Foreperson