

# HENRY COUNTY POLICE DEPARTMENT
## FIELD CASE SUPPLEMENT REPORT

CASE# 2019-00051580

## NARRATIVE

On Friday September 20TH 2019, I was asked by Henry County 911 Dispatch what my location was. I advised them that I was at Westridge and Highway 20. They asked if I would start to assist Hampton Police Department on a roadway obstruction on Oak Street at Steele Drive Hampton Georgia 30228.

I was advised that a male was in the roadway and now naked. Then I was asked to respond using lights and sirens. While enroute I heard Officer Q. Phillips say that a taser was deployed.

Upon my arrival at the scene I observed it to be at Oak Street and Windsor Parkway. I positioned my patrol vehicle as to capture what I observed on my in car audio and video camera. I observed a male on the ground face down with four officers surrounding him. I approached and asked what they needed. I was asked to help secure a leg while leg shackles were retrieved by an unknown City of Hampton Officer. I did as asked and secured a left leg. I then assisted Officer Bowlden with getting the shackles on the left ankle and I took up a position on this left leg securing it again. I then moved up his left leg to his upper thigh area just below his buttocks. I overheard Officer Stroud say that the male was attempting to bite him and that he would kick him if he bit him. I observed the male to have taser probes in his back. During this incident the male whom I was never able to identify was screaming at the top of his lungs. He was face down and pushing himself up. He was almost able to overcome the now five officers holding him at bay. The male continued to scream and get off the ground. The male was sweating and had clammy skin. This was indicative of someone who had been using narcotics.

Officer Stroud requested an ambulance to respond to the scene. Just as them ambulance arrived on scene the male was still screaming. As the rescue personnel approached the scene the male seemed to stop moving. I observed what appeared to be blood in his hair on the top of his head and road rash on his back. The ambulance personnel then rolled the male over onto his back. They began chest compressions and said to remove the handcuffs and leg shackles. The male was loaded into the back of Rescue 5 and they left the scene shortly after that.

Officer Q. Phillips and I put up crime scene tape on the East side of the scene. I obtained a written statement from a male who was in a van near the scene as I pulled up at the request of a City of Hampton Police Officer. That statement was turned over to Officer Bowlden.

I notified Sergeant Baugh of the incident and she responded to the scene.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Butera, R. | 09/20/2019 | Baugh, B. | 10/04/2019 |



# HENRY COUNTY POLICE DEPARTMENT
## FIELD CASE SUPPLEMENT REPORT       CASE# 2019-00051580

### NARRATIVE

On September 20, 2019 at approximately 2212 hours while listening to my in car radio. Officer Butera was dispatched to Oak Street and Windsor Parkway in reference to the City of Hampton needing back up officers. Approximately 1 or 2 minutes later, the radio operator stated Hampton Officers needed Officer Butera lights and sirens.

I began looking in my GPS to how far I was away from this location. I realized from my location, I was approximately 3 to 5 minutes away from Windsor Parkway and Oak St. I began to drive to that location.

When I arrived at Windsor and Oak Street area, as I exited my patrol car, I activated my Body-worn camera. I observed a naked Hispanic male sliding on his back to get away from Officers Lewis, Officer Bowlden and Officer Stroud (City of Hampton). While I was in the process of getting out of my patrol car, closing the distance to where the naked Hispanic male and the other Officers location (approximately 50-60 feet away from my patrol car), Officer Bowlden then deployed his Taser on the Hispanic male left side of the body (Position of the probes are unknown).

Officer Bowlden's Taser then appeared to run the complete cycle of 5 seconds. Officer Bowlden's Taser did have the effect of Neuro- Muscular incapacitation. The Hispanic male became stiff and ceased all movement for the 5 seconds, while the Taser was active.

I noticed the Hispanic male began to slide on his back after the 5 second cycle of Officer Bowlden`s Taser towards the rear of a City of Hampton Patrol car. He was making what were like growling sounds. I was unable to understand what the Hispanic male was saying. I then reached for the Hispanic male`s left arm I believe. The Hispanic male was sweaty clammy and he then began to pull away from my grasp. The Hispanic male was very strong and easily escaped my grasp. The Hispanic male began swinging his arms in an upward motion trying to strike me in the face.

As the suspect was still being actively resisting, and the Taser impact being no longer effective, I then stepped back and to the right and gave a verbal command for the Hispanic male to stop. Officer Bowlden` s Taser had a loud disconnect sound and the Hispanic male continued to slide his body across the ground. I then deployed my Taser X2. I deployed one cartridge into the right side area of the Hispanic male. The probes from my X2 cartridge entered in to the right side and the right leg.

While my X2 Taser deployed I was able to obtain the effect of Neuro- Muscular incapacitation. While my Taser cycle was active, the Hispanic male became stiff and ceased all movement for the 5 seconds, while the Taser was active. Officers began to move closer to begin handcuffing the male.

After one complete cycle from my X2 Taser, the Hispanic male then began to slide on his right side and back almost immediately. Observing this renewed motion, I gave the Hispanic

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Phillips, Q. 6511 | 09/20/2019 | Roberts, N. 4753 | 10/04/2019 |



## HENRY COUNTY POLICE DEPARTMENT
### FIELD CASE SUPPLEMENT REPORT    CASE# 2019-00051580

### NARRATIVE (continuation)

male verbal commands to stop moving. He did not comply with the commands. I then deployed my second cartridge of my Taser X2. The probes entered the right side near the hip and in the right leg of the Hispanic male. At this point I realized the Hispanic male was recovering more quickly than normal from the Taser impacts.

Officer Stroud and Officer Bowlden then began to reach for their handcuffs. While my Taser X2 was running the 5 Second cycle Officer Stroud was able to place the Hispanic male`s left hand into one side of the hand cuffs. After the cycle was completed the Hispanic male began trying to get away .The Hispanic male then began kicking his feet and moving his right hand away from Officer Lewis. I believe I told the male to stop moving. At the request of Officer Stroud, I reactivated my Taser X2 by drive stunning the Hispanic male in the middle of the lower back for approximately 1 to 2 seconds.

I believe Officer Lewis was able to get the right hand into an additional pair of handcuffs. I reactivated my X2 for a secondary drive stun in the middle of the lower back for approximately 1 to 2 seconds, due to the Hispanic male trying to pull his hands away from the Officer Lewis before the secondary pair of hand cuffs were unsecured. It is unknown to me who secured the 2 pairs of handcuffs together after the drive stun to the middle of the lower back, but someone did; I did realize the Hispanic male was cuffed in the front. My Taser X2 was left on and was placed to middle of the lower back.

The Hispanic male began trying to turn on his left side and began to swing his hands in attempts to strike us. I then used more weight with my knee in his left shoulder, due to the male laying partially on his left side. I then instructed Officer Butera to place his weight on the butt area of the Hispanic male. Officer Butera then used a part of his body near the left side butt area of the Hispanic male.

Officer Stroud then began to stand on the handcuffs to keep the Hispanic male from hitting us with his hands. Officer Stroud stated to the Hispanic male "Don't bite me, or I will kick you in the mouth." The Hispanic male then turned his head towards Officer Stroud`s feet. Officer Stroud kicked the Hispanic male one time in the face.

Several Officers then began to call for an ambulance via radio for the Hispanic male due to Tasers being deployed on the Hispanic male. The Hispanic male is still continuing to fight by moving his legs trying to get his legs free from Officer Bowlden. The Hispanic male was instructed several times to stop moving. At one point Officer Bowlden then went to the trunk of his patrol car and grab a set of leg shackles. I then began asking for Henry County Sergeants to come to our location via my portable radio. The suspect was not lying flat on his chest, he was leaning somewhat on his side.

While waiting for the ambulance Officer Stroud, Officer Lewis, Officer Bowlden, Officer Butera and I used enough weight to maintain control of the male. After approximately 5 to

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Phillips, Q. 6511 | 09/20/2019 | Roberts, N. 4753 | 10/04/2019 |



# HENRY COUNTY POLICE DEPARTMENT
FIELD CASE SUPPLEMENT REPORT   CASE# 2019-00051580

## NARRATIVE (continuation)

10 minutes of waiting on the ambulance, just before the arrival of the ambulance, from my perception I noticed what might have been shallow breathing from the Hispanic male. I then asked the other officers on scene "Did he stop breathing?" The Hispanic male then began to move his legs.

Upon the ambulance arriving on scene, there were 2 EMT that began to check the Hispanic male. The EMT then grabbed the stretcher for the ambulance and the EMT then used a sheet to load the Hispanic male on the stretcher. The EMT stated for us to take the handcuffs off the Hispanic male. The male was loaded into the Ambulance and the EMT began assessing the Hispanic male.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Phillips, Q. 6511 | 09/20/2019 | Roberts, N. 4753 | 10/04/2019 |