**RPTID:** 25024680
**AGENCY:** GA0750300

# - INCIDENT REPORT -
## HAMPTON POLICE DEPARTMENT

**CASENO:** 190904076
**Print Date:** 10/01/2019 12:21:40 PM

## EVENT

| INCIDENT TYPE: | COUNTS | INCIDENT CODE |
|---|---|---|
| PUBLIC INDECENCY-INDECENT EXPOSURE | 1 | 16-6-8 |
| DEMENTED PERSON | 1 | 0 |
| OBSTRUCTING LAW ENFORCEMENT OFFICERS | 1 | 16-10-24 |

**PREMISE TYPE:** ☑ 1- HIGHWAY

**INCIDENT LOCATION:** OAK STREET - - HAMPTON 30228
**LOC. CODE:**

**WEAPON TYPE:** (none checked)

| INCIDENT DATE | TIME | | DATE | TIME |
|---|---|---|---|---|
| 09/20/2019 | 2205 | TO | 09/20/2019 | 2345 |

**STRANGER TO STRANGER:** YES ☐ NO ☐ UNK ☑

**COMPLAINANT'S NAME:** CENTRAL DISPATCH,
**ADDRESS:** -,
**PHONE NUMBER:**

## VICTIM

**VICTIM'S NAME:** CITY OF HAMPTON,
**RACE:** **SEX:** **DOB:** / / **AGE:** **RESIDENCE PHONE:** **BUSINESS PHONE:**
**ADDRESS:** -,
**CENSUS TRACT:**
**EMPLOYER OR OCCUPATION:**

**STUDENT?** ☐ YES ☑ NO  IF YES, NAME VICTIM'S SCHOOL

## OFFENDER

**OFFENDER'S NAME:** RODRIGUEZ, FERNANDO O
**PERSON ID:** **SSN:**
**RACE:** H **SEX:** M **DATE OF BIRTH:** 08/17/1995 **AGE:** 24

**SUSPECT** ☑
**ADDRESS:** 5950 SPRINGVIEW DR - FOREST PARK, GA 30297
**CENSUS TRACT:** **HEIGHT:** 509 **WEIGHT:** 160 **HAIR:** BLK **EYES:** BRO

**WARRANT** ☐
**ARREST** ☐

| CHARGES | COUNTS | OFFENSE CODE | OFFENSE/ARREST | JURIS. |
|---|---|---|---|---|
| PUBLIC INDECENCY-INDECENT EXPOSURE | 1 | 16-6-8 | 1 | 1. CITY |
| OBSTRUCTING LAW ENFORCEMENT OFFICERS | 1 | 16-10-24 | 1 | |
| OBSTRUCTING HIGHWAYS/STREETS/SIDEWALKS | 1 | 16-11-43 | 1 | |

**TOTAL NUMBER ARRESTED:** 0
**ARREST AT OR NEAR OFFENSE SCENE:** YES ☐ NO ☐
**DATE OF OFFENSE:** 09/20/2019

## VEHICLE

☐ STOLEN  ☐ RECOVD  ☐ SUSPECTS
**TAG NUMBER:** **STATE:** **YEAR:** **V.I.N:**
**YEAR:** 0 **MAKE:** **MODEL:** **STYLE:** **COLOR:**
**MOTOR SIZE (CID):**  **TRANS:** AUTO ☐ MAN ☐ SPD ☐
**INSURED BY:**

**WITNESS NAMES:**  **ADDRESS:**  **HOME PHONE:**  **WORK PHONE:**

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC. | JEWELRY, PREC METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
|---|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**PROPERTY RECOVERY INFO ONLY** — THEFT / RECOVERY
**DATE OF THEFT:** / /

## DRUG

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG RELATED?** ☐ YES ☑ NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER.
☐ 1- AMPHETAMINE  ☐ 2- BARBITURATE  ☐ 3- COCAINE  ☐ 4- HALLUCINOGEN  ☐ 5- HEROIN
☐ 6- MARIJUANA  ☐ 7- METHAMPHETAMINE  ☐ 8- OPIUM  ☐ 9- SYNTHETIC NARCOTIC  ☐ U- UNKNOWN

## CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** ☑ ACTIVE  ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED  ☐ OTHER
**DATE OF CLEARANCE:** / /   ☑ ADULT  ☐ JUVENILE  ☐ PENDING  ☐ CLOSED BY INVESTIGATION
**REPORT DATE:** 09/20/2019

## NARR.

*** SEE INCIDENT REPORT PAGE 2 FOR NARRATIVE ***

**REPORTING OFFICER:** LEWIS, MASON  **NUMBER:** 318
**APPROVING OFFICER:** AUSTIN, D.B.  **NUMBER:** 301

| RPTID: 25024680 | **INCIDENT REPORT - NARRATIVE** | CASENO: 190904076 |
|---|---|---|
| AGENCY: GA0750300 | HAMPTON POLICE DEPARTMENT | |
| | Print Date: 10/01/2019 12:21:40 PM | |

---

Body camera activated.

On 09/20/2019 at 2211 hours I responded to Oak St at Windsor Pkwy in reference to a naked male walking in the roadway. There had been multiple calls about him and as Ofc Stroud was en route, he was flagged down by another motorist that reported the male. Upon arrival, myself and Ofc Stroud encountered a naked Hispanic male, later identified as Fernando Rodriguez, walking between the lanes of travel on Oak St. He was in front of the driveway to Calvary Baptist Church walking in the direction of Windsor Pkwy.

As I exited my patrol vehicle Fernando walked past me. I drew my department issued Taser, aimed it at him, and began giving him commands to get on the ground. He stopped, turned and faced me, and turned back around. He continued to walk away from me and replied, "I bet you won't fucking touch me", "Fuck you", and "You wish, boy". I gave Fernando multiple commands to get on the ground and he continued to walk away from me and failed to obey my commands. At one point Fernando turned around to face us, while continuing to walk backwards, clenched his fists, and bowed out his arms, as if to take a fighting stance to attack us, and said something that I could not understand. He turned back around and continued walking away from us.

A vehicle turned out of Windsor Pkwy onto Oak St and began traveling toward us. It stopped once it saw us in the middle of the roadway. Fernando continued walking in the direction of the vehicle. Before he could reach the vehicle and occupants, I deployed my Taser at him. The Taser was effective and neuromuscular incapacitation (NMI) was achieved. Myself and Ofc Stroud gave him commands to put his hands behind his back. Fernando ignored these commands. After the Taser cycle ended, Fernando attempted to stand back up. I issued another cycle with my Taser. Again, the Taser was effective and NMI was achieved. We continued to give him commands to roll over onto his stomach and to put his hands behind his back. Once the Taser cycle ended Fernando still ignored our commands. In an attempt to get Fernando in a position to restrain him for his and our safety, I issued another cycle with my Taser. NMI was achieved. The whole time, Ofc Stroud and myself were pleading with Fernando to roll over and place his hands behind his back. It was obvious that he was in an altered state of mind and a danger to himself, us, and the public. Once the cycle ended, as we were telling Fernando to roll over onto his stomach, he replied "Fuck you" and "No". Fernando, again, sat up in an attempt to stand back up. In order to prevent him from standing up to attack us or the occupants of the vehicle, that we were now in close proximity of, I issued another cycle of my Taser. NMI was achieved and Fernando fell back to the ground. Once the cycle was complete, still ignoring our commands, Fernando sat back up again. He sat up in silence for a brief moment, almost as if he was considering compliance. He rocked his body and put his hand on the ground as if to, yet again, stand up. I issued another cycle of my Taser and NMI was achieved. During this cycle Ofc Stroud tried to grab Fernando's arm to roll him over. Fernando violently flailed his arms in resistance. Once the cycle ended, as he was laying on the ground, Fernando said, "I wanna stay here". Ofc Bowlden arrived on scene. We all continued to plea with Fernando to let us help him and to just roll over onto his stomach. Fernando continued to lie on his back. As we were waiting for Henry County PD units to arrive, we talked with Fernando and tried to convince him to comply with our commands so that we could get him the help that he needed. He stated something about needing to find his son. He also began mocking our commands that we were giving him. Ofc Bowlden attempted to grab his arm, but he swung his arms to prevent Ofc Bowlden from grabbing him. Fernando began sliding backwards, on his back, in an accordion-type motion. As he began to get close to Ofc Bowlden's patrol vehicle, I issued another cycle with my Taser. This time, due to him sliding his back across the asphalt, a taser probe had lost connection and NMI was not achieved. Due to Fernando continuing to scoot backwards to Ofc Bowlden's patrol vehicle and ignoring our continual commands, Ofc Bowlden deployed his Taser and achieved NMI. After the cycle was complete, Fernando began quickly and violently scooting backwards to the patrol vehicle. He shouted "Not this time", grabbed the push bar on the front of the patrol vehicle, and began trying to pull himself up. Not knowing if I had one of the probes from my Taser still connected, I issued another cycle and attempted to use the cartridge on my Taser to make the second connection. I made contact with his right upper thigh. Due to his erratic movements, I was unable to hold the connection. At the same time as I tried to make the connection to prevent Fernando from pulling himself up onto the patrol car, an officer with Henry Co PD, who had arrived to assist, attempted to grab Fernando by the arm. Due to his violent movements and profuse sweating, the Henry Co PD officer was unable to get a grip on him.

Once an additional Henry Co PD officer arrived on scene, we decided to go hands on with Fernando to restrain him. I holstered my Taser, which I had already taken the cartridge off of. An officer with Henry Co PD covered Fernando with his Taser. Fernando would not let us go hands on with him, so the Henry County PD officer tased him. At this time, all Hampton PD units and a Henry Co PD unit went hands on with Fernando. Fernando continued to scream and violently thrash around. I grabbed his right arm and applied a set of handcuffs. Ofc Bowlden applied a set of handcuffs to his left arm. We then pulled our arms behind him, as he resisted with great strength and force, and linked our handcuffs together. Fernando still continued to kick and move around. Ofc Bowlden retrieved a pair of leg shackles and put them on Fernando's ankles. We then restrained Fernando on the ground until EMS arrived. While waiting for EMS, Fernando still continued to scream and try to thrash around. Myself and Ofc Stroud were restraining Fernando's arms. At one point, Fernando bit Ofc Stroud's boot and attempted to bite my shoe. Myself and Ofc Stroud held Fernando's head down to prevent him from biting us.

As EMS was arriving, a Henry Co PD officer made the observation that he believed that Fernando appeared to have quit breathing. EMS personnel loaded Fernando onto a stretcher and into the ambulance. Ofc Bowlden removed the handcuffs before we was loaded in the ambulance and I removed the leg shackles from his legs once he was in the ambulance. As I was removing the leg shackles, I observed the EMS personnel preforming CPR on Fernando. EMS stayed on scene for a few minutes before leaving the scene while using their emergency lights and sirens.

Chief Austin was contacted and arrived on scene. Upon his arrival, the scene was turned over to him. I assisted with the scene.

While I was at my patrol vehicle, blocking traffic from entering the crime scene, Leco Harris stopped and asked how the man was doing. I asked him what he was talking about. Leco said that he drives for Lyft and that he had just dropped off a female at Imaginefest at the Atlanta Motor Speedway. He said that the female was frantic and said that her boyfriend had ran away, on foot, from the event. I asked Leco if the female said what her boyfriend looked like. He told me that it was a Hispanic male. He said that the female did have her boyfriend's identification. I asked Leco if he had anyway to get in touch with the female, but he did not. He did not use the online Lyft application, but just picked her up on the side of the road. I asked Leco if he could try to locate the female and bring her back. He said that he would. Leco never returned so I called him and asked if he located the female, to which he replied that he did not. A few minutes later, Leco called me back and said that he located her. I let Leco speak with Chief Austin. Chief Austin instructed Leco to bring the female back to the crime scene. Leco arrived back on scene with Fernando's brother, girlfriend, and another male. Chief Austin, Det Brady, and a Captain and investigators with Henry Co PD spoke with them.

---

| Officer Name: LEWIS, MASON | Badge: 318 | Date Added: 09/20/2019 |
|---|---|---|

HAMPTON POLICE DEPARTMENT

**RPTID:** 25024680  
**AGENCY:** GA0750300  

## INCIDENT REPORT - PAGE 2
HAMPTON POLICE DEPARTMENT  
Print Date: 10/01/2019 12:21:40 PM  

**CASENO:** 190904076

*This is page #2 of the incident report. It contains supplemental persons records including additional Complainants, Victims, Offenders and Witnesses.*

### All Offenders, Extra Victims, Extra Complainants:

**Person Name:** CITY OF HAMPTON  
**Address:** - ,  
**Pers ID:** CIXXXXXXXX  
**Type:** VIC  
**Height:**  
**Weight:** 0  
**Hair:**  
**Eyes:**  
**DLNO:**   **SSN:**  
**DOB:** / /   **Age:** 0   **Race:**   **Sex:**  

---

**Person Name:** FERNANDO O RODRIGUEZ  
**Address:** 5950 SPRINGVIEW DR - FOREST PARK, GA 30297  
**Pers ID:**  
**Type:** OFF  
**Height:** 509  
**Weight:** 160  
**Hair:** BLK  
**Eyes:** BRO  
**DLNO:** GA 057107198   **SSN:**  
**DOB:** 08/17/1995   **Age:** 24   **Race:** H   **Sex:** M  

**Chrgs:** 0 DEMENTED PERSON  
16-10-24 OBSTRUCTING LAW ENFORCEMENT OFFICERS  
16-11-43 OBSTRUCTING HIGHWAYS/STREETS/SIDEWALKS  
16-6-8 PUBLIC INDECENCY-INDECENT EXPOSURE  

---

**Person Name:** CENTRAL DISPATCH  
**Address:** - ,  
**Pers ID:** CEXXXXXXXX  
**Type:** COM  

---

**Person Name:** LECO HARRIS  
**Address:** 67 CLOVER CT - HAMPTON, GA 30228-  
**Home Phone:** - -   **Work Phone:** - -  
**Cell Phone:** 470-451-1698  
**DLNO:** GA 051729520   **SSN:**  
**DOB:** 04/25/1984   **Age:** 35   **Race:** B   **Sex:** M  
**Pers ID:** HALE042584  
**Type:** OTH  
**Height:**  
**Weight:** 0  
**Hair:** BLK  
**Eyes:** BRO

# INCIDENT REPORT - SUPPLEMENTAL

**RPTID:** 25024680  
**AGENCY:** GA0750300  

HAMPTON POLICE DEPARTMENT  
Print Date: 10/01/2019 12:21:40 PM  

**CASENO:** 190904076  
**COMPLAINANT:** CENTRAL DISPATCH,  
**VICTIM:** CITY OF HAMPTON,  

## Supplemental Narrative/Report:

| | | |
|---|---|---|
| **Officer Name:** BOWLDEN, GREGORY | **Badge:** 317 | **Date Added:** 09/22/2019 |
| **Narrative:** | | **SRID:** 46015446 |

On September 20, 2019 at approximately 22:05 hours I Officer Gregory Bowlden heard a call dispatched to Officer Mason Lewis about a male subject walking down the middle of Oak Street Hampton, GA bare footed refusing to get out of the way of vehicles. Dispatch then advised Officer Lewis that the subject had stripped off his clothes and was now nude walking down the middle of Oak Street. When Officer Lewis and Officer Stroud arrived on scene they immediately called for dispatch to send more Officers. I ran code to the scene. Upon my arrival I pulled up with my in-car camera and my body worn camera activated. There was a Hispanic male laying flat on his back talking out of head, mocking officer's commands and not complying with any commands. I walked up to the subject and continuously asked the male subject to roll over without any compliance. I removed my handcuffs and attempted to grab the subject by his left arm several times to try and flip him over on his stomach so he could be handcuffed. The subject immediately snatched his hand away and attempted to punch me. The subject was extremely sweaty and slippery making it impossible to hold the subject. This appeared to enrage the subject who attempted to aggressively push his way towards me while still lying on his back. I heard Officer Stroud advise dispatch to have an ambulance in route do to the subject's behavior. At this point the subject attempted to get up and Officer Lewis activated his taser but it was ineffective due to one of the lead wires being broke or disconnected. I could hear the tack tack sound of the taser which let me know Officer Lewis's taser had a loose connection and would be ineffective. The subject even stated " taser, taser, taser, that taser ain't going to work". I continued to order the subject to roll over as he approached my car. At this time I feared several things could happen one being that the subject could go under my car and get injured, two being him getting to his feet to gain access to my unlocked patrol vehicle with weapons, or even worse approaching one of the many civilians in the back ground causing them harm. I pulled my taser and advised the subject I was going to pop his ass with the taser. The subject did not comply and again mocked our commands. At this time I deployed my taser striking the subject on the left side. Again the subject was extremely slippery and the other Officer's on scene were unable to gain control as the subject attempted to pull himself up by the push bumper on my patrol car stating " not today boy". The subject continued down the passenger side of my vehicle still on his back. This is when I noticed that a Officer had arrived on scene from the Henry County Police Department Officer Phillips. When the subject continued to not comply I activated my taser once more in an attempt to handcuff the subject under power but again due to the subject pushing himself down the road on his back and side he had disconnected one of leads causing the taser to not have a good connection rendering it useless. At this time I attempted to dry stun the subject in the thigh while we grabbed the subject . The taser had little effect and the subject was able to fight us off by swinging, kicking and thrashing around.

I noticed that another Officer with the Henry County Police Department had arrived on scene Officer Butera. At this time Officer Phillips deployed his taser and we were able to get the extremely combative subject on his stomach while we attempted to restrain him. I attempted to handcuff the subject's left hand but the handcuff slipped off due to the subject missing several fingers on his hand from a prior injury or birth defect. I was finally able to get the hand cuff on his left hand and was able to connect it with another set of handcuffs Officer Lewis had on his right hand. The subject continued to be extremely combative kicking and attempting to bite the Officers controlling his arms and head. At this point I was able to break away and grab some leg shackles from my vehicle to restrain his legs so he couldn't kick us any more also rendering him unable to get up and run. I placed the shackles on both ankles pulling his legs straight out. I then stood on the chain of the shackles to restrain the subject from kicking. The subject had what appeared to be road rash on his back from pushing him self on his back across the asphalt of the road for 50 feet or more. The subject was restrained for several minutes still thrashing and attempting to bite officers. Officer Lewis and Officer Stroud controlled the subject's arms and head while Officer Phillips had a knee on the subjects's shoulder and Officer Butera restrained the subject's thigh area. The fire department and ambulance finally arrived on scene . They took what seemed like several minutes before they checked on the subject. This is when it was discovered the subject was unresponsive. I immediately assisted the Emt's by placing the subject on the gurney and in removing the handcuffs. Emt's and the fire Department immediately started chest compressions while placing the subject on the ambulance. The subject was transported from the scene to the hospital by the ambulance at this time.

At this time I notified Chief Derrick Austin and advised him of the situation. I advised the Officers on scene not to touch any thing within the incident scene . Police tape was placed at both ends of the incident scene. I asked a Sergeant Roberts with the Henry County Police Department if he had any available units to assist us if anything major was dispatched to our units due to all Hampton Officers being involve in this incident and he advised morning watch had it covered. Officer Lewis started a log of people's names who had entered into the incident scene. Chief Austin and Detective Brady arrived on scene. Henry County Police Department contacted the Georgia Bureau of investigation. Upon the GBI's arrival the incident scene was turned over to them.

The Hispanic male subject was later identified as Fernando Rodriguez (H/M 081795)  
My Body worn camera and in-car camera were activated during the incident.

# INCIDENT REPORT - SUPPLEMENTAL

**RPTID:** 25024680　　　　HAMPTON POLICE DEPARTMENT　　　　**CASENO:** 190904076
**AGENCY:** GA0750300　　　　Print Date: 10/01/2019 12:21:40 PM　　　　**COMPLAINANT:** CENTRAL DISPATCH,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VICTIM:** CITY OF HAMPTON,

## Supplemental Narrative/Report:

| | | |
|---|---|---|
| **Officer Name:** BRADY, S.R. | **Badge:** 307 | **Date Added:** 09/23/2019 |
| **Narrative:** | | **SRID:** 2763 |

Hampton Police Department

Detective Shannon Brady
Criminal Investigations Division
4 McDonough Street
Hampton, GA 30228
(770) 946-4513 Ext 2244

Case type: GBI Investigation

Investigative Report Narrative

On September 20, 2019, I detective Shannon Brady was assigned this case for further investigation / review.

On September 20, 2019 at approximately 2252 hours I was called by Chief Austin. Austin advised that patrol had encountered a male on Oak street that they had to fight him. Austin stated the male appeared to be in cardiac arrest and that he had been transported to Piedmont Henry. Austin stated that he was going to the scene and for me go to the hospital.

At approximately 2300 hours I was in route to Henry Piedmont.

At approximately 2311 hours I called officer Mark Stroud, who was the senior officer on duty. Stroud stated that they had encountered a naked male in excited delirium walking around naked in the middle of Oak Street. Stroud stated that the subject was non-compliant and physically fought them. Stroud stated that three officers deployed their tasers during the altercation to try and control the subject. Stroud stated that he thinks tasers were deployed 7 to 10 times total. Stroud stated that at one point he was able to grab an arm and placed his knee on the subject's neck to try and put restraints on him. Stroud stated that once they finally were able to restrain the male, he still tried to push up to his feet. Stroud stated that he and officer Lewis had to stand on each arm, and a county officer placed a knee in his back so that leg shackles could be placed on by officer Bowlden. Stroud stated that here was no baton or strikes used on the subject.

At approximately 2316 hours I called Henry County dispatch to see if they had an updated condition on the male. Dispatch advised me that rescue had still been actively working the subject upon arrival at the hospital. Dispatch stated that was the last communication they had and that the hospital had not called and advised any further on the male.

At approximately 2318 hours I called Austin and updated him on what Stroud and Henry County dispatch had advised. Austin stated that Henry County had already contacted the GBI and that they were in route to the scene.

At approximately 2332 hours I arrived at Piedmont Henry Hospital. I made contact with the emergency room staff and went to the room where the Hispanic male was. In speaking with the hospital staff, I was advised that his temperature upon arrival was 103 degrees and that the EMS had him bagged for breathing. The hospital stated that they though that he had been run over by a car, because it appeared that he had "tire tread tracks" and his arms. I advised the hospital that in an attempt to restrain the subject, I had been told that his arms had been stood on, until he was restrained. I advised the staff that I had not been told that he had been struck by or run over by a car and that he had not been during the time our officers were present.

At approximately 2344, I took pictures of the male with the help of the hospital staff. The male had 4 CEW probes in his left side abdomen area and 2 CEW probes in his right-side abdomen area. He had abrasions on his upper back, a laceration on his left elbow and an abrasion on the bottom of his right big toe. The staff advised that his vitals were as follows: 100% oxygen saturation (Ventilated), blood pressure was good, heartrate was good, and pulse was good. The subject's pupils were nonresponsive to light stimuli at this time. I was advised that they were in the process of transferring the male to Grady, and that they were just waiting on a transport ambulance. While awaiting the transport, the male opened and closed his eyes twice.

At approximately 2352 hours Chief Austin called me for an update on the subject. I advised Austin of all I had learned and observed at the hospital. I advised Austin that they were waiting on an ambulance to transport the male to Grady. I advised Austin that I would be in route to the scene shortly.

At approximately 2353 hours a AmeriPro EMS ambulance came to transport the male to Grady. The male EMT that was briefed from AmeriPro was a Mr. James Purdy. I was given a business card by Purdy for AmeriPro which listed a Jason Crenshaw as the Operations Captain for AmerPro. It had the following contact numbers of, 1-855-A-PRO-EMS (1-855-277-6367) and a cell number of 678-572-7782.

On September 21, 2019 at approximately 0004 I left Piedmont Henry hospital in route to the incident scene.

At approximately 0019 I arrived at the Oak Street crime scene. The incident area had already been taped off and secured. There were numerous Henry County units on scene along with Chief Austin and our three officers. There was also a PBA representative and scene. Austin advised me that the GBI was on the way to take over the scene.

25024680

190904076

CENTRAL DISPATCH,

CITY OF HAMPTON,

At approximately 0022 hours I advised officer Lewis and officer Bowlden I was going into the crime scene. I entered the scene and walked to the East side of the scene. I walked to the West end of the scene and listened in while Henry County detectives spoke with a Hispanic female identified by them as the girlfriend of the subject. The male was identified as Mr. Fernando Rodriguez with a DOB of 08-17-95 and a Georgia license number of 057107198. In speaking with the female, she advised that Rodriguez has taken an unknown drug that was on a square piece of paper placed in his mouth. The female was less than cooperative and left the scene with Rodriguez's brother and father to go to Grady Hospital.

At approximately 0038 hours I called Piedmont Henry Hospital and updated them as to Rodriguez's information for their medical file.

At approximately 0056 hours I briefed GBI Special Agent Keshia Morris on what I had done at the hospital and what I had been told. Morris asked me to send her the pictures I had taken at the hospital.

At approximately 0102 hours I text Morris 9 pictures of Rodriguez at the hospital.

At approximately 0106 hours I was asked by Henry County to text the same pictures I had sent to Morris to telephone number 678-201-2248. I text the pictures to the number.

At approximately 0200 hours I left the scene and went out of service from the call in as the GBI was on scene and in control of the crime scene.

On September 23, 2019 at approximately 1028 hours Chief Austin asked me to download all of the video available from the night of the incident for all officers involved. I completed downloading all of the video from the night of the incident as instructed and saved them to a USB thumb drive. A copy of the entire file was also provided to our Internal Affairs officer, Sgt. Cooley.

At approximately 1323 hours I gave the thumb drive to Chief Austin.

At approximately 1338 hours I added the hospital pictures to the case file from the night of the incident.

This case was transferred to outside agency for investigation, that agency being the GBI.

Detective Shannon R Brady # 307

Case # 190904076

## INCIDENT REPORT - SUPPLEMENTAL

**RPTID:** 25024680  
**AGENCY:** GA0750300  

*HAMPTON POLICE DEPARTMENT*  
*Print Date: 10/01/2019 12:21:40 PM*

**CASENO:** 190904076  
**COMPLAINANT:** CENTRAL DISPATCH,  
**VICTIM:** CITY OF HAMPTON,

### Supplemental Narrative/Report:

**Officer Name:** BRADY, S.R.  **Badge:** 307  **Date Added:** 09/25/2019  
**Narrative:**  **SRID:** 2764

On September 25, 2019 at approximately 0946 hours Mrs Michelle Thrasher came to the police department and stated that she had information in reference to an incident with the male that we dealt with last Friday. I escorted Thrasher to a recorded interview room and she advised that she and her family had turned onto Oak STreet and saw a man (Rodriguez) clothed, staggering in the middle of the street. Thrasher stated she had to stop her vehicle due to Rodriguez jumping in front of her, like he was trying to get hit. I asked Thrasher if she would write a statement of what she had just told me and she stated she would. Thrasher wrote her statement and left the department afterwards. I advised Thrasher that the GBI was in charge of the investigation and that they might get in touch with her if needed.

# INCIDENT REPORT - SUPPLEMENTAL

**RPTID:** 25024680  
**AGENCY:** GA0750300  

*HAMPTON POLICE DEPARTMENT*  
*Print Date: 10/01/2019 12:21:40 PM*

**CASENO:** 190904076  
**COMPLAINANT:** CENTRAL DISPATCH,  
**VICTIM:** CITY OF HAMPTON,

## Supplemental Narrative/Report:

| | | |
|---|---|---|
| **Officer Name:** STROUD, M. | **Badge:** 314 | **Date Added:** 09/22/2019 |
| **Narrative:** | | **SRID:** 41008966 |

ON 9-20-19 AT APPROXIMATELY 2205 OFFICER LEWIS WAS DISPATCHED TO THE AREA OF OAK STREET AND STEELE DR IN REFERENCE TO A NUDE MALE WALKING ON OAK STREET. I WAS IN THE AREA AND PULLED INTO THE PARKING LOT OF THE BP AT 78 OAK STREET WHERE I OBSERVED A MOTORIST PARKED. SHE ADVISED THAT SHE WAS NOT THE COMPLAINANT AND HAD NOT SEEN ANYONE IN THE ROADWAY. AS I EXITED ONTO OAK STREET A MOTORIST PULLED UP AND STATED TO ME THAT HE HAD OBSERVED A MALE SUBJECT WALKING ON OAK STREET NAKED.

I TRAVELLED WEST ON OAK STREET AND OBSERVED A HISPANIC MALE , COMPLETELY NAKED WALKING DOWN THE MIDDLE OF THE ROADWAY. I PARKED ON THE SHOULDER AND OFFICER LEWIS ARRIVED ON SCENE. I DREW MY TASER , AND IT WOULD NEVER BE USED DURING THE INCIDENT. WE GAVE NUMEROUS COMMANDS FOR THE SUBJECT TO STOP AND HE FAILED TO COMPLY. HE CONTINUED TO WALK AWAY STATING PROFANITIES AND BEING DEFIANT. AT ONE POINT HE TURNED TO FACE US CLENCHING HIS FISTS AND MUMBLED SOMETHING. HE CONTINUED TO IGNORE OUR VERBAL COMMANDS AND WALKED TOWARDS A VEHICLE THAT WAS STOPPED IN THE ROAD. OFFICER LEWIS DEPLOYED HIS TASER AND THE SUBJECT WENT TO THE GROUND. I CONTINUED VERBAL COMMANDS TO ROLL ONTO HIS STOMACH AND HE FAILED TO COMPLY. HE ATTEMPTED TO STAND AND WAS TASED AGAIN BY OFFICER LEWIS.AT ONE POINT I ATTEMPTED TO GRAB HIS ARM AND HE FLAILED VIOLENTLY. I DECIDED THAT DUE TO HIS OBVIOUS ALTERED MENTAL STATE IT WAS NOT WISE TO GO HANDS ON UNTIL OTHER OFFICERS WERE ON SCENE.

OFFICER BOWLDEN ARRIVED AND WE CONTINUED OUR VERBAL COMMANDS. RODRIGUEZ MOCKED US AND FAILED TO COMPLY. OFFICER BOWLDEN ATTEMPTED TO GRAB HIS ARM AND WAS NOT ABLE TO. OFFICER BOWLDEN DEPLOYED HIS TASER AND WHEN THE CYCLE ENDED THE SUBJECT SCOOTED ON HIS BACK TOWARDS A PATROL VEHICLE. HE ATTEMPTED TO STAND UP. OFFICER PHILLIPS WITH HENRY COUNTY ARRIVED ON SCENE. OFFICER BUTERA ARRIVED SHORTLY AFTER. OFFICER PHILLIPS DEPLOYED HIS TASER AND I GRASPED THE SUBJECT BY AN ARM AND WE ROLLED HIM ONTO HIS STOMACH. I GRASP HIS LEFT ARM AND PLACED A KNEE ON HIS BACK. I WAS ABLE TO BRING HIS ARM BACK AND OFFICER BOWLDEN APLLIED HANDCUFFS. THE SUBJECT SLIPPED OUT OF THE HANDCUUFS AND I REGAINED CONTROL OF HIS ARM AND OFFICER BOWLDEN REAPPLIED THE HANDCUFFS. OFFICER LEWIS APPLIED HANDCUFFS TO HIS RIGHT ARM. I REPOSITIPONED MYSELF TO CONTROL THE SUBJECTS HEAD AS HE WAS ATEEMPTING TO BITE US AND THE TWO SETS OF HANDCUFFS WERE SECURED TOGETHER. THE SUBJECTS ARMS WERE EXTENDED IN FRONT OF HIM. AS I RESRAINED HIS LEFT ARM HE BIT ME ABOUT THE FOOT AND ANKLE AND I KICKED HIM ONE TIME . I RESTRAINED HIS LEFT ARM BY PALCING ON FOOT ON IT IN FEAR OF BEING BIT AGAIN AND OFFICER LEWIS RESTRAINED THE RIGHT ARM AND CONTROLLED HIS HEAD. OFFICER PHILLIPS PLACED A KNEE IN HIS BACK AND OFFICER BUTERA HELD HIS THIGH AREA. OFFICER BOWLDEN RETREIVED LEG SHACKLES AND APPLIED THEM AND HELD HIS FEET, THE SUBJECT THRAHED AND CONTINUED ATTEMPTS TO BITE US. I HAD PREVIOUSLY ADVISED DISPATCH TO START AN AMBULANCE FOR A SUBJECT WITH ALTERED MENTAL STATUS THAT HAD BEEN TASED MULTIPLE TIMES. AFTER SEVERAL MINUTES THE SUBJECT APPEARED TO STOP RESISTING. I ATTEMPTED TO FIND APULSE ON HIS NECK AND WAS NOT ABLE TO. THE AMBULANCE ARRIVED ON SCENE AND THEY WERE ADVISED OF HIS CONDITION.

I LEFT THE SCENE AND DROVE A SHORT DISTANCE WHERE I LOCATED HIS SUSPECTED CLOTHING, A PAIR OF SHORTS AND A SHIRT IN THE MIDDLE OF OAK STREET WEST OF OUR LOCATION. A CAR KEY WAS LOCATED BUT NO ID. I WENT BACK TO THE SCENE AND WAS ADVISED EMS PERSONNEL WERE WORKING THE SUBJECT AND I COULD SEE THEM IN THE AMBULANCE DOING CHEST COMPRESSIONS.

I HAD ATTEMPTED TO TURN ON MY BODY WORN CAMERA AND IT WAS DEAD.

## INCIDENT REPORT - SUPPLEMENTAL

| | | |
|---|---|---|
| **RPTID:** 25024680 | HAMPTON POLICE DEPARTMENT | **CASENO:** 190904076 |
| **AGENCY:** GA0750300 | Print Date: 10/01/2019 12:21:40 PM | **COMPLAINANT:** CENTRAL DISPATCH, |
| | | **VICTIM:** CITY OF HAMPTON, |

### Supplemental Narrative/Report:

| **Officer Name:** BRADY, S.R. | **Badge:** 307 | **Date Added:** 09/26/2019 |
|---|---|---|
| **Narrative:** | | **SRID:** 2765 |

On September 26 at approximately 1050 hours, I went to Oak Street where the west end of the crimescene ended the night of the incident. I then walked both sides of Oak Street from the incident scene to Highway 19/41 on Oak Street. I was attempting to locate any shoes that night belong to Rodriguez. While walking I found a brownish colored cloth which appeared to be a table decoration center piece (Runner). Approximately 75 to 100 foot West of that I found a Black in color sock with a logo on it. Both of these items were on the South side of Oak Street on the grass. I took pictures of both where I found them and collected them as possible evidence or belongings of Rodriguez. I then collected both pieces and placed them into an evidence bag.

At approximately 1200 hours I went to the Exxon Tiger Mart located at 1000 Bearcreek Boulevard and asked to see the video from the night of the incident. I wanted to view the video to see if Rodriguez, his girlfriend or his brother ever entered the store. I viewed the video from 2100 to 2200 hours on September 20, 2019 and never observed any of the subjects in the store.

At approximately 1255 hours I placed both items that I had found into evidence locker # 012.

I attached all of the pictures I took of the items and attached them to the report if needed.

## INCIDENT REPORT - SUPPLEMENTAL

**RPTID:** 25024680　　　　*HAMPTON POLICE DEPARTMENT*　　　　**CASENO:** 190904076
**AGENCY:** GA0750300　　　　*Print Date: 10/01/2019 12:21:40 PM*
**COMPLAINANT:** CENTRAL DISPATCH,
**VICTIM:** CITY OF HAMPTON,

### Supplemental Narrative/Report:

| | | |
|---|---|---|
| **Officer Name:** BRADY, S.R. | **Badge:** 307 | **Date Added:** 09/30/2019 |
| **Narrative:** | | **SRID:** 2766 |

On September 26, 2019 at approximately 1340 hours I was given a post it note by our receptionist and advised that the two names on it were witnesses from night of the incident . I was told that they wanted to make statements in reference to what they had seen. The two names were as follows:
1) Jason Hydrick- 470-390-3824
2) Rebecca Neace- 470-829-7103

On September 30, 2019 at approximately 0831 hours I called Mr. Hydrick at 470-390-3824. I left a message for Hydrick that I had been given his number and that he could call me back at my office number. I provided my name and number for call back.

At approximately 0835 hours I called Miss. Neace at 470-829-7103. Neace stated that she was coming home and turned on Oak Street when she encountered Mr. Rodriguez. Neace stated that Rodriguez was wearing boxer type shorts and socks, with no shoes on. Neace stated that Rodriguez was placing himself in front of cars and walking the center line of Oak Street. Neace stated that Rodriguez was yelling at the cars and they went around him. Neace stated that she was one of the ones who called 911 on Rodriguez due to his strange behavior. I advised Neace I would type what she advised into the report and that If the GBI needed her, they would contact her.