

**TASER Information**
Serial: X00-671033
Model: TASER X26
Firmware Version: Rev. 24
Application Version: 3.15.104

**Offline Report**
Local Timezone: Eastern Daylight Time (UTC -04:00)
Generated On: 03 Oct 2019 14:30:08

## Device (X26)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 10 May 2012 12:55:09 | Sync | Invalid Date/Time to 10 May 2012 12:55:09 | | |
| 2 | 10 May 2012 12:55:12 | Sync | 10 May 2012 12:55:11 to 10 May 2012 12:55:12 | | |
| 3 | 10 May 2012 12:56:06 | Trigger | 5 | 23 | 99 |
| 4 | 10 May 2012 12:56:11 | Trigger | 5 | 24 | 99 |
| 5 | 10 May 2012 12:56:17 | Trigger | 5 | 24 | 99 |
| 6 | 24 May 2012 12:19:51 | Trigger | 1 | 22 | 98 |
| 7 | 28 May 2012 13:55:46 | Trigger | 1 | 28 | 98 |
| 8 | 30 May 2012 14:39:28 | Trigger | 1 | 21 | 98 |
| 9 | 05 Jun 2012 09:24:39 | Trigger | 1 | 21 | 98 |
| 10 | 11 Jun 2012 17:51:49 | Trigger | 1 | 23 | 98 |
| 11 | 15 Jun 2012 10:32:02 | Trigger | 1 | 22 | 98 |
| 12 | 16 Jun 2012 15:27:45 | Trigger | 1 | 28 | 98 |
| 13 | 17 Jun 2012 14:47:44 | Trigger | 1 | 27 | 97 |
| 14 | 20 Jun 2012 14:55:39 | Trigger | 2 | 27 | 97 |
| 15 | 24 Jun 2012 15:28:28 | Trigger | 1 | 22 | 97 |
| 16 | 27 Jun 2012 15:21:12 | Trigger | 2 | 21 | 97 |
| 17 | 04 Jul 2012 09:44:09 | Trigger | 1 | 22 | 97 |
| 18 | 14 Jul 2012 06:20:10 | Trigger | 2 | 23 | 97 |
| 19 | 15 Jul 2012 17:32:33 | Trigger | 2 | 25 | 97 |
| 20 | 18 Jul 2012 15:26:07 | Trigger | 2 | 30 | 96 |
| 21 | 19 Jul 2012 16:26:36 | Trigger | 2 | 23 | 96 |
| 22 | 20 Jul 2012 13:33:12 | Trigger | 1 | 28 | 96 |
| 23 | 28 Jul 2012 17:49:26 | Trigger | 1 | 32 | 96 |
| 24 | 29 Jul 2012 14:25:40 | Trigger | 1 | 26 | 96 |
| 25 | 02 Aug 2012 06:51:06 | Trigger | 2 | 22 | 96 |
| 26 | 11 Aug 2012 15:07:52 | Trigger | 2 | 26 | 95 |
| 27 | 15 Aug 2012 16:01:09 | Trigger | 2 | 28 | 95 |
| 28 | 16 Aug 2012 09:27:38 | Trigger | 2 | 24 | 95 |
| 29 | 20 Aug 2012 14:49:24 | Trigger | 1 | 26 | 95 |
| 30 | 25 Aug 2012 06:38:57 | Trigger | 2 | 21 | 95 |
| 31 | 30 Aug 2012 06:16:44 | Trigger | 2 | 23 | 95 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 32 | 12 Sep 2012 10:20:23 | Trigger | 1 | 21 | 94 |
| 33 | 17 Sep 2012 17:16:30 | Trigger | 2 | 23 | 94 |
| 34 | 18 Sep 2012 13:47:14 | Trigger | 1 | 18 | 94 |
| 35 | 21 Sep 2012 12:51:49 | Trigger | 1 | 20 | 94 |
| 36 | 23 Sep 2012 14:36:43 | Trigger | 1 | 23 | 94 |
| 37 | 01 Oct 2012 06:43:19 | Trigger | 2 | 21 | 94 |
| 38 | 04 Oct 2012 10:37:33 | Trigger | 2 | 25 | 94 |
| 39 | 04 Oct 2012 10:37:48 | Trigger | 2 | 25 | 93 |
| 40 | 06 Oct 2012 10:46:47 | Trigger | 2 | 21 | 93 |
| 41 | 10 Oct 2012 07:17:56 | Trigger | 2 | 20 | 93 |
| 42 | 15 Oct 2012 06:44:51 | Trigger | 2 | 21 | 93 |
| 43 | 16 Oct 2012 10:03:23 | Trigger | 2 | 21 | 92 |
| 44 | 25 Oct 2012 14:13:38 | Trigger | 2 | 22 | 92 |
| 45 | 29 Oct 2012 08:58:34 | Trigger | 2 | 18 | 92 |
| 46 | 02 Nov 2012 09:01:55 | Trigger | 2 | 19 | 92 |
| 47 | 04 Nov 2012 15:02:59 | Trigger | 1 | 19 | 92 |
| 48 | 08 Nov 2012 05:23:27 | Trigger | 2 | 16 | 91 |
| 49 | 12 Nov 2012 06:22:59 | Trigger | 2 | 17 | 91 |
| 50 | 13 Nov 2012 07:24:53 | Trigger | 2 | 16 | 91 |
| 51 | 13 Nov 2012 13:10:02 | Trigger | 1 | 18 | 91 |
| 52 | 16 Nov 2012 15:32:07 | Trigger | 2 | 19 | 91 |
| 53 | 17 Nov 2012 07:50:27 | Trigger | 5 | 18 | 91 |
| 54 | 21 Nov 2012 09:21:03 | Trigger | 2 | 18 | 90 |
| 55 | 22 Nov 2012 06:44:55 | Trigger | 2 | 18 | 90 |
| 56 | 26 Nov 2012 14:11:40 | Trigger | 3 | 23 | 90 |
| 57 | 30 Nov 2012 06:35:55 | Trigger | 2 | 17 | 90 |
| 58 | 01 Dec 2012 06:47:10 | Trigger | 2 | 19 | 89 |
| 59 | 05 Dec 2012 09:20:25 | Trigger | 1 | 17 | 89 |
| 60 | 10 Dec 2012 12:59:23 | Trigger | 2 | 24 | 89 |
| 61 | 16 Dec 2012 13:43:28 | Trigger | 3 | 21 | 89 |
| 62 | 19 Dec 2012 13:14:40 | Trigger | 2 | 21 | 88 |
| 63 | 20 Dec 2012 09:53:24 | Trigger | 2 | 20 | 88 |
| 64 | 24 Dec 2012 07:08:42 | Trigger | 2 | 18 | 88 |
| 65 | 25 Dec 2012 12:11:00 | Trigger | 1 | 19 | 88 |
| 66 | 28 Dec 2012 07:15:31 | Trigger | 2 | 16 | 88 |
| 67 | 29 Dec 2012 10:59:04 | Trigger | 1 | 15 | 87 |
| 68 | 02 Jan 2013 06:29:51 | Trigger | 2 | 20 | 87 |
| 69 | 03 Jan 2013 13:12:46 | Trigger | 2 | 18 | 87 |
| 70 | 10 Jan 2013 14:06:04 | Trigger | 2 | 18 | 87 |
| 71 | 11 Jan 2013 10:03:45 | Trigger | 1 | 18 | 87 |
| 72 | 13 Jan 2013 06:30:10 | Trigger | 2 | 22 | 87 |
| 73 | 16 Jan 2013 07:31:20 | Trigger | 2 | 18 | 86 |
| 74 | 21 Jan 2013 07:45:15 | Trigger | 3 | 16 | 86 |
| 75 | 25 Jan 2013 06:13:49 | Trigger | 2 | 18 | 86 |
| 76 | 26 Jan 2013 06:21:50 | Trigger | 3 | 19 | 86 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 77 | 27 Jan 2013 08:35:14 | Trigger | 2 | 18 | 85 |
| 78 | 30 Jan 2013 12:24:36 | Trigger | 3 | 20 | 85 |
| 79 | 04 Feb 2013 10:54:26 | Trigger | 2 | 19 | 85 |
| 80 | 08 Feb 2013 06:29:45 | Trigger | 2 | 21 | 85 |
| 81 | 13 Feb 2013 07:20:42 | Trigger | 2 | 18 | 85 |
| 82 | 14 Feb 2013 09:08:06 | Trigger | 2 | 17 | 84 |
| 83 | 18 Feb 2013 07:34:40 | Trigger | 2 | 17 | 84 |
| 84 | 22 Feb 2013 10:37:50 | Trigger | 2 | 21 | 84 |
| 85 | 04 Mar 2013 12:31:02 | Trigger | 2 | 28 | 84 |
| 86 | 09 Mar 2013 06:42:50 | Trigger | 2 | 21 | 84 |
| 87 | 14 Mar 2013 12:32:59 | Trigger | 2 | 23 | 83 |
| 88 | 18 Mar 2013 06:19:09 | Trigger | 2 | 21 | 83 |
| 89 | 19 Mar 2013 09:53:00 | Trigger | 2 | 20 | 83 |
| 90 | 22 Mar 2013 14:17:22 | Trigger | 2 | 19 | 83 |
| 91 | 23 Mar 2013 07:41:21 | Trigger | 3 | 21 | 83 |
| 92 | 14 Apr 2013 16:23:48 | Trigger | 2 | 16 | 82 |
| 93 | 24 Apr 2013 10:42:44 | Trigger | 2 | 22 | 82 |
| 94 | 29 Apr 2013 16:36:54 | Trigger | 3 | 24 | 82 |
| 95 | 30 Apr 2013 13:55:12 | Trigger | 2 | 21 | 82 |
| 96 | 03 May 2013 10:15:05 | Trigger | 3 | 21 | 81 |
| 97 | 04 May 2013 12:31:50 | Trigger | 2 | 23 | 81 |
| 98 | 05 May 2013 08:50:32 | Trigger | 2 | 17 | 81 |
| 99 | 13 May 2013 15:50:26 | Trigger | 1 | 19 | 81 |
| 100 | 14 May 2013 18:01:29 | Trigger | 2 | 24 | 81 |
| 101 | 18 May 2013 06:05:56 | Trigger | 2 | 18 | 81 |
| 102 | 19 May 2013 06:19:47 | Trigger | 2 | 18 | 80 |
| 103 | 01 Jun 2013 08:29:34 | Trigger | 1 | 20 | 80 |
| 104 | 02 Jun 2013 11:24:27 | Trigger | 1 | 25 | 80 |
| 105 | 05 Jun 2013 07:33:58 | Trigger | 3 | 21 | 80 |
| 106 | 10 Jun 2013 12:56:25 | Trigger | 2 | 24 | 79 |
| 107 | 15 Jun 2013 11:06:03 | Trigger | 1 | 23 | 79 |
| 108 | 19 Jun 2013 07:29:55 | Trigger | 2 | 19 | 79 |
| 109 | 20 Jun 2013 09:32:06 | Trigger | 2 | 23 | 79 |
| 110 | 24 Jun 2013 13:01:32 | Trigger | 2 | 20 | 79 |
| 111 | 28 Jun 2013 09:57:27 | Trigger | 2 | 21 | 79 |
| 112 | 04 Jul 2013 09:03:51 | Trigger | 2 | 20 | 78 |
| 113 | 12 Jul 2013 07:18:44 | Trigger | 2 | 19 | 78 |
| 114 | 17 Jul 2013 10:25:56 | Trigger | 1 | 22 | 78 |
| 115 | 22 Jul 2013 10:48:18 | Trigger | 2 | 23 | 78 |
| 116 | 23 Jul 2013 09:23:29 | Trigger | 2 | 22 | 78 |
| 117 | 27 Jul 2013 09:27:24 | Trigger | 2 | 21 | 78 |
| 118 | 31 Jul 2013 09:30:51 | Trigger | 2 | 21 | 77 |
| 119 | 11 Aug 2013 11:18:07 | Trigger | 2 | 25 | 77 |
| 120 | 19 Aug 2013 06:13:32 | Trigger | 2 | 19 | 77 |
| 121 | 20 Aug 2013 07:30:28 | Trigger | 3 | 20 | 77 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 122 | 20 Aug 2013 07:30:50 | Trigger | 3 | 21 | 76 |
| 123 | 20 Aug 2013 07:31:00 | Trigger | 3 | 21 | 76 |
| 124 | 25 Aug 2013 10:43:03 | Trigger | 2 | 23 | 76 |
| 125 | 02 Sep 2013 14:50:20 | Trigger | 2 | 23 | 75 |
| 126 | 06 Sep 2013 09:08:31 | Trigger | 1 | 21 | 75 |
| 127 | 12 Sep 2013 06:59:52 | Trigger | 1 | 21 | 75 |
| 128 | 16 Sep 2013 14:51:46 | Trigger | 2 | 23 | 75 |
| 129 | 17 Sep 2013 14:46:18 | Trigger | 2 | 24 | 75 |
| 130 | 20 Sep 2013 06:20:01 | Trigger | 2 | 20 | 75 |
| 131 | 22 Sep 2013 14:55:33 | Trigger | 1 | 24 | 74 |
| 132 | 24 Sep 2013 12:04:43 | Trigger | 3 | 21 | 74 |
| 133 | 24 Sep 2013 12:05:12 | Trigger | 4 | 21 | 74 |
| 134 | 24 Sep 2013 12:05:37 | Trigger | 3 | 22 | 74 |
| 135 | 24 Sep 2013 12:22:25 | Trigger | 2 | 20 | 73 |
| 136 | 24 Sep 2013 12:22:39 | Trigger | 2 | 21 | 73 |
| 137 | 25 Sep 2013 05:50:05 | Trigger | 1 | 20 | 73 |
| 138 | 30 Sep 2013 08:03:23 | Trigger | 2 | 15 | 73 |
| 139 | 01 Oct 2013 09:59:04 | Trigger | 3 | 22 | 73 |
| 140 | 06 Oct 2013 07:24:15 | Trigger | 1 | 21 | 72 |
| 141 | 15 Oct 2013 09:25:13 | Trigger | 2 | 21 | 72 |
| 142 | 18 Oct 2013 09:50:41 | Trigger | 1 | 20 | 72 |
| 143 | 23 Oct 2013 06:05:46 | Trigger | 1 | 18 | 72 |
| 144 | 24 Oct 2013 10:43:47 | Trigger | 2 | 24 | 72 |
| 145 | 28 Oct 2013 06:13:48 | Trigger | 1 | 18 | 72 |
| 146 | 01 Nov 2013 09:07:04 | Trigger | 2 | 19 | 72 |
| 147 | 02 Nov 2013 08:13:02 | Trigger | 2 | 23 | 71 |
| 148 | 03 Nov 2013 07:28:23 | Trigger | 1 | 20 | 71 |
| 149 | 15 Nov 2013 10:47:31 | Trigger | 2 | 15 | 71 |
| 150 | 20 Nov 2013 12:31:51 | Trigger | 1 | 20 | 71 |
| 151 | 25 Nov 2013 05:59:11 | Trigger | 2 | 14 | 71 |
| 152 | 26 Nov 2013 07:48:18 | Trigger | 2 | 22 | 70 |
| 153 | 30 Nov 2013 07:44:20 | Trigger | 2 | 22 | 70 |
| 154 | 05 Dec 2013 13:47:06 | Trigger | 3 | 23 | 70 |
| 155 | 09 Dec 2013 15:49:10 | Trigger | 2 | 22 | 70 |
| 156 | 13 Dec 2013 07:52:15 | Trigger | 2 | 17 | 70 |
| 157 | 18 Dec 2013 15:32:26 | Trigger | 2 | 20 | 69 |
| 158 | 23 Dec 2013 07:27:13 | Trigger | 2 | 21 | 69 |
| 159 | 29 Dec 2013 06:21:45 | Trigger | 2 | 18 | 69 |
| 160 | 01 Jan 2014 07:19:01 | Trigger | 1 | 18 | 69 |
| 161 | 06 Jan 2014 06:39:39 | Trigger | 2 | 18 | 69 |
| 162 | 15 Jan 2014 07:58:54 | Trigger | 2 | 20 | 68 |
| 163 | 20 Jan 2014 08:20:57 | Trigger | 2 | 20 | 68 |
| 164 | 24 Jan 2014 11:03:00 | Trigger | 2 | 19 | 68 |
| 165 | 08 Feb 2014 11:23:18 | Trigger | 2 | 23 | 68 |
| 166 | 12 Feb 2014 13:57:48 | Trigger | 2 | 20 | 67 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 167 | 18 Feb 2014 12:34:35 | Trigger | 2 | 23 | 67 |
| 168 | 23 Feb 2014 06:11:39 | Trigger | 2 | 18 | 67 |
| 169 | 26 Feb 2014 15:45:13 | Trigger | 2 | 18 | 67 |
| 170 | 04 Mar 2014 13:04:25 | Trigger | 1 | 22 | 67 |
| 171 | 07 Mar 2014 13:27:17 | Trigger | 1 | 24 | 66 |
| 172 | 17 Mar 2014 12:25:51 | Trigger | 2 | 18 | 66 |
| 173 | 21 Mar 2014 04:56:43 | Trigger | 1 | 16 | 66 |
| 174 | 23 Mar 2014 08:29:18 | Trigger | 1 | 22 | 66 |
| 175 | 31 Mar 2014 08:42:09 | Trigger | 1 | 19 | 66 |
| 176 | 04 Apr 2014 07:47:14 | Trigger | 1 | 23 | 66 |
| 177 | 18 Apr 2014 13:15:25 | Trigger | 2 | 15 | 66 |
| 178 | 24 Apr 2014 07:33:31 | Trigger | 2 | 18 | 65 |
| 179 | 28 Apr 2014 15:43:08 | Trigger | 2 | 24 | 65 |
| 180 | 02 May 2014 07:43:51 | Trigger | 1 | 20 | 65 |
| 181 | 12 May 2014 10:44:48 | Trigger | 2 | 23 | 65 |
| 182 | 17 May 2014 11:13:04 | Trigger | 2 | 22 | 65 |
| 183 | 26 May 2014 12:59:22 | Trigger | 2 | 31 | 65 |
| 184 | 10 Jun 2014 05:18:35 | Trigger | 2 | 20 | 64 |
| 185 | 13 Jun 2014 07:14:36 | Trigger | 2 | 20 | 64 |
| 186 | 19 Jun 2014 08:20:56 | Trigger | 2 | 21 | 64 |
| 187 | 24 Jun 2014 14:38:46 | Trigger | 2 | 26 | 63 |
| 188 | 12 Jul 2014 18:16:40 | Trigger | 2 | 22 | 63 |
| 189 | 21 Jul 2014 09:37:28 | Trigger | 2 | 18 | 63 |
| 190 | 25 Jul 2014 17:12:43 | Trigger | 1 | 22 | 62 |
| 191 | 31 Jul 2014 15:27:03 | Trigger | 1 | 28 | 62 |
| 192 | 10 Aug 2014 11:44:15 | Trigger | 2 | 22 | 62 |
| 193 | 18 Aug 2014 15:36:48 | Trigger | 2 | 20 | 62 |
| 194 | 23 Aug 2014 06:37:27 | Trigger | 2 | 19 | 62 |
| 195 | 28 Aug 2014 13:17:40 | Trigger | 2 | 33 | 62 |
| 196 | 01 Sep 2014 16:15:23 | Trigger | 1 | 22 | 61 |
| 197 | 05 Sep 2014 16:17:30 | Trigger | 1 | 25 | 61 |
| 198 | 07 Sep 2014 07:10:11 | Trigger | 2 | 22 | 61 |
| 199 | 19 Sep 2014 18:15:24 | Trigger | 3 | 24 | 61 |
| 200 | 21 Sep 2014 06:21:41 | Trigger | 2 | 19 | 61 |
| 201 | 25 Sep 2014 09:25:38 | Trigger | 2 | 20 | 60 |
| 202 | 25 Sep 2014 09:25:59 | Trigger | 1 | 21 | 60 |
| 203 | 03 Oct 2014 13:07:30 | Trigger | 1 | 23 | 60 |
| 204 | 05 Oct 2014 10:38:46 | Trigger | 2 | 22 | 60 |
| 205 | 09 Oct 2014 08:52:12 | Trigger | 1 | 20 | 60 |
| 206 | 18 Oct 2014 14:56:27 | Trigger | 2 | 23 | 60 |
| 207 | 19 Oct 2014 09:50:22 | Trigger | 2 | 14 | 60 |
| 208 | 27 Oct 2014 10:17:24 | Trigger | 1 | 21 | 59 |
| 209 | 01 Nov 2014 06:15:05 | Trigger | 2 | 16 | 59 |
| 210 | 05 Nov 2014 17:56:41 | Trigger | 2 | 21 | 59 |
| 211 | 06 Nov 2014 11:25:05 | Trigger | 3 | 23 | 59 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 212 | 11 Nov 2014 09:43:08 | Trigger | 1 | 18 | 59 |
| 213 | 14 Nov 2014 17:21:36 | Trigger | 2 | 18 | 58 |
| 214 | 16 Nov 2014 06:25:19 | Trigger | 2 | 17 | 58 |
| 215 | 25 Nov 2014 08:03:56 | Trigger | 2 | 22 | 58 |
| 216 | 29 Nov 2014 06:14:46 | Trigger | 2 | 27 | 58 |
| 217 | 08 Dec 2014 13:13:31 | Trigger | 2 | 18 | 58 |
| 218 | 13 Dec 2014 06:39:31 | Trigger | 2 | 18 | 57 |
| 219 | 17 Dec 2014 06:42:13 | Trigger | 2 | 15 | 57 |
| 220 | 22 Dec 2014 11:31:13 | Trigger | 2 | 25 | 57 |
| 221 | 26 Dec 2014 06:32:46 | Trigger | 2 | 18 | 57 |
| 222 | 31 Dec 2014 07:21:51 | Trigger | 2 | 17 | 57 |
| 223 | 01 Jan 2015 16:07:10 | Trigger | 2 | 25 | 56 |
| 224 | 05 Jan 2015 15:08:33 | Trigger | 2 | 24 | 56 |
| 225 | 11 Jan 2015 08:50:17 | Trigger | 2 | 18 | 56 |
| 226 | 19 Jan 2015 05:41:33 | Trigger | 2 | 18 | 56 |
| 227 | 25 Jan 2015 17:08:58 | Trigger | 2 | 21 | 56 |
| 228 | 02 Feb 2015 10:08:04 | Trigger | 2 | 19 | 55 |
| 229 | 16 Feb 2015 18:10:32 | Trigger | 2 | 23 | 55 |
| 230 | 03 Mar 2015 07:38:29 | Trigger | 2 | 22 | 55 |
| 231 | 08 Mar 2015 05:39:57 | Trigger | 2 | 18 | 55 |
| 232 | 20 Apr 2015 16:17:58 | Trigger | 2 | 25 | 54 |
| 233 | 18 May 2015 08:01:20 | Trigger | 2 | 21 | 54 |
| 234 | 05 Jun 2015 13:58:43 | Trigger | 2 | 20 | 54 |
| 235 | 15 Jun 2015 14:34:48 | Trigger | 2 | 21 | 54 |
| 236 | 29 Jun 2015 08:05:53 | Trigger | 2 | 20 | 53 |
| 237 | 08 Jul 2015 13:26:21 | Trigger | 2 | 20 | 53 |
| 238 | 17 Jul 2015 17:02:39 | Trigger | 2 | 30 | 53 |
| 239 | 05 Aug 2015 12:27:40 | Trigger | 3 | 22 | 52 |
| 240 | 25 Aug 2015 13:55:21 | Trigger | 5 | 25 | 52 |
| 241 | 25 Aug 2015 13:55:36 | Trigger | 5 | 26 | 52 |
| 242 | 05 Sep 2015 15:32:12 | Trigger | 5 | 25 | 51 |
| 243 | 18 Sep 2015 09:44:34 | Trigger | 3 | 19 | 51 |
| 244 | 04 Oct 2015 08:53:27 | Trigger | 5 | 22 | 50 |
| 245 | 07 Oct 2015 18:34:57 | Trigger | 5 | 22 | 50 |
| 246 | 01 Nov 2015 10:42:02 | Trigger | 2 | 19 | 49 |
| 247 | 09 Nov 2015 15:26:11 | Trigger | 5 | 16 | 49 |
| 248 | 29 Nov 2015 17:24:43 | Trigger | 2 | 23 | 49 |
| 249 | 08 Dec 2015 07:05:15 | Trigger | 3 | 18 | 48 |
| 250 | 21 Dec 2015 06:57:53 | Trigger | 5 | 17 | 48 |
| 251 | 09 Jan 2016 08:16:05 | Trigger | 5 | 15 | 48 |
| 252 | 23 Jan 2016 08:39:45 | Trigger | 3 | 21 | 47 |
| 253 | 20 Feb 2016 08:38:42 | Trigger | 3 | 16 | 47 |
| 254 | 05 Mar 2016 10:27:03 | Trigger | 5 | 23 | 46 |
| 255 | 23 Mar 2016 07:22:11 | Trigger | 5 | 18 | 46 |
| 256 | 28 Mar 2016 07:52:10 | Trigger | 5 | 21 | 45 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 257 | 28 Mar 2016 07:52:49 | Trigger | 5 | 21 | 45 |
| 258 | 28 Mar 2016 07:55:53 | Trigger | 5 | 22 | 44 |
| 259 | 28 Mar 2016 07:56:16 | Trigger | 5 | 23 | 44 |
| 260 | 15 Jun 2016 18:21:10 | Trigger | 3 | 19 | 43 |
| 261 | 20 Jun 2016 07:46:50 | Trigger | 5 | 17 | 43 |
| 262 | 04 Jul 2016 09:14:18 | Trigger | 5 | 22 | 42 |
| 263 | 18 Jul 2016 09:35:01 | Trigger | 5 | 22 | 42 |
| 264 | 07 Aug 2016 09:47:51 | Trigger | 3 | 24 | 41 |
| 265 | 15 Aug 2016 14:24:07 | Trigger | 4 | 21 | 41 |
| 266 | 30 Aug 2016 07:47:07 | Trigger | 5 | 23 | 40 |
| 267 | 24 Oct 2016 18:57:08 | Trigger | 4 | 21 | 39 |
| 268 | 07 Nov 2016 19:07:30 | Trigger | 3 | 22 | 39 |
| 269 | 26 Nov 2016 23:54:39 | Trigger | 4 | 17 | 38 |
| 270 | 20 Dec 2016 19:58:51 | Trigger | 2 | 22 | 38 |
| 271 | 29 Dec 2016 19:10:48 | Trigger | 5 | 12 | 38 |
| 272 | 29 Dec 2016 19:11:58 | Trigger | 5 | 13 | 37 |
| 273 | 29 Dec 2016 19:12:13 | Trigger | 5 | 13 | 37 |
| 274 | 13 Jan 2017 11:02:17 | Sync | 13 Jan 2017 12:06:56 to 13 Jan 2017 11:02:17 | | |
| 275 | 13 Jan 2017 11:09:04 | Trigger | 1 | 21 | 36 |
| 276 | 17 Jan 2017 23:56:49 | Trigger | 5 | 18 | 36 |
| 277 | 21 Jan 2017 18:43:25 | Trigger | 5 | 21 | 35 |
| 278 | 25 Jan 2017 21:13:41 | Trigger | 5 | 20 | 35 |
| 279 | 31 Jan 2017 17:50:35 | Trigger | 5 | 18 | 35 |
| 280 | 31 Jan 2017 17:50:37 | Trigger | 2 | 17 | 34 |
| 281 | 03 Feb 2017 18:16:56 | Trigger | 5 | 20 | 34 |
| 282 | 22 Feb 2017 18:39:06 | Trigger | 5 | 23 | 33 |
| 283 | 28 Feb 2017 18:11:58 | Trigger | 5 | 20 | 33 |
| 284 | 03 Mar 2017 18:23:16 | Trigger | 5 | 20 | 32 |
| 285 | 07 Mar 2017 16:53:56 | Trigger | 2 | 22 | 32 |
| 286 | 07 Mar 2017 16:54:08 | Trigger | 5 | 23 | 32 |
| 287 | 07 Mar 2017 16:54:29 | Trigger | 5 | 23 | 31 |
| 288 | 07 Mar 2017 16:56:31 | Trigger | 2 | 23 | 31 |
| 289 | 07 Mar 2017 16:56:44 | Trigger | 5 | 23 | 31 |
| 290 | 07 Mar 2017 16:57:04 | Trigger | 5 | 24 | 30 |
| 291 | 07 Mar 2017 18:05:01 | Trigger | 5 | 21 | 30 |
| 292 | 08 Mar 2017 17:44:45 | Trigger | 5 | 22 | 30 |
| 293 | 09 Mar 2017 17:28:04 | Trigger | 5 | 30 | 29 |
| 294 | 13 Mar 2017 17:35:24 | Trigger | 5 | 12 | 29 |
| 295 | 14 Mar 2017 17:50:59 | Trigger | 5 | 16 | 28 |
| 296 | 22 Mar 2017 17:37:54 | Trigger | 5 | 24 | 28 |
| 297 | 23 Mar 2017 17:49:46 | Trigger | 5 | 21 | 27 |
| 298 | 27 Mar 2017 18:35:18 | Trigger | 5 | 25 | 27 |
| 299 | 31 Mar 2017 17:41:49 | Trigger | 5 | 23 | 27 |
| 300 | 02 Apr 2017 19:42:34 | Trigger | 6 | 24 | 26 |
| 301 | 06 Apr 2017 18:11:10 | Trigger | 5 | 17 | 26 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 302 | 10 Apr 2017 21:56:51 | Trigger | 5 | 21 | 25 |
| 303 | 12 Apr 2017 05:54:01 | Trigger | 5 | 19 | 25 |
| 304 | 16 Apr 2017 17:49:49 | Trigger | 5 | 21 | 24 |
| 305 | 29 Apr 2017 17:57:07 | Trigger | 5 | 21 | 24 |
| 306 | 04 May 2017 05:02:19 | Trigger | 5 | 21 | 23 |
| 307 | 04 May 2017 05:02:29 | Trigger | 5 | 22 | 23 |
| 308 | 04 May 2017 18:01:23 | Trigger | 5 | 21 | 22 |
| 309 | 08 May 2017 17:28:14 | Trigger | 5 | 25 | 22 |
| 310 | 17 May 2017 17:55:28 | Trigger | 5 | 28 | 21 |
| 311 | 17 May 2017 18:19:36 | Trigger | 5 | 26 | 99 |
| 312 | 18 May 2017 05:37:19 | Trigger | 6 | 23 | 99 |
| 313 | 23 May 2017 18:14:39 | Trigger | 5 | 23 | 99 |
| 314 | 26 May 2017 17:58:25 | Trigger | 5 | 26 | 98 |
| 315 | 27 May 2017 17:54:22 | Trigger | 5 | 31 | 98 |
| 316 | 27 May 2017 23:40:55 | Trigger | 5 | 20 | 97 |
| 317 | 27 May 2017 23:41:07 | Trigger | 5 | 21 | 97 |
| 318 | 28 May 2017 17:54:40 | Trigger | 5 | 36 | 96 |
| 319 | 30 May 2017 11:14:03 | Sync | 30 May 2017 11:19:11 to 30 May 2017 11:14:03 | | |
| 320 | 05 Jun 2017 17:36:17 | Trigger | 5 | 28 | 96 |
| 321 | 05 Jun 2017 17:36:19 | Trigger | 2 | 27 | 96 |
| 322 | 14 Jun 2017 18:02:37 | Trigger | 5 | 39 | 95 |
| 323 | 19 Jun 2017 17:37:35 | Trigger | 5 | 28 | 95 |
| 324 | 24 Jun 2017 17:20:50 | Trigger | 5 | 27 | 95 |
| 325 | 29 Jun 2017 18:16:55 | Trigger | 5 | 23 | 94 |
| 326 | 04 Jul 2017 17:58:33 | Trigger | 5 | 23 | 94 |
| 327 | 07 Jul 2017 18:07:55 | Trigger | 5 | 25 | 93 |
| 328 | 17 Jul 2017 18:17:06 | Trigger | 5 | 26 | 93 |
| 329 | 04 Aug 2017 18:29:02 | Trigger | 5 | 22 | 92 |
| 330 | 10 Aug 2017 18:15:40 | Trigger | 5 | 23 | 92 |
| 331 | 02 Sep 2017 16:47:43 | Trigger | 5 | 19 | 91 |
| 332 | 12 Sep 2017 22:53:23 | Trigger | 5 | 17 | 91 |
| 333 | 21 Sep 2017 05:38:46 | Trigger | 4 | 20 | 90 |
| 334 | 21 Sep 2017 05:38:58 | Trigger | 2 | 20 | 90 |
| 335 | 24 Oct 2017 16:27:36 | Trigger | 5 | 18 | 90 |
| 336 | 06 Nov 2017 17:14:28 | Trigger | 5 | 18 | 89 |
| 337 | 21 Nov 2017 16:55:40 | Trigger | 5 | 20 | 89 |
| 338 | 10 Dec 2017 17:45:02 | Trigger | 3 | 20 | 88 |
| 339 | 20 Dec 2017 05:53:55 | Trigger | 5 | 19 | 88 |
| 340 | 10 Jan 2018 18:32:24 | Trigger | 5 | 23 | 87 |
| 341 | 20 Jan 2018 18:22:34 | Trigger | 7 | 21 | 87 |
| 342 | 13 Feb 2018 18:07:35 | Trigger | 5 | 18 | 86 |
| 343 | 16 Feb 2018 18:29:42 | Trigger | 5 | 23 | 85 |
| 344 | 28 Feb 2018 18:56:13 | Trigger | 5 | 19 | 85 |
| 345 | 06 Mar 2018 09:14:45 | Trigger | 5 | 15 | 84 |
| 346 | 06 Mar 2018 11:12:10 | Trigger | 3 | 22 | 83 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 347 | 06 Mar 2018 11:12:24 | Trigger | 5 | 23 | 83 |
| 348 | 06 Mar 2018 11:12:37 | Trigger | 5 | 23 | 83 |
| 349 | 16 Mar 2018 18:33:53 | Trigger | 5 | 22 | 82 |
| 350 | 18 Apr 2018 10:09:48 | Trigger | 4 | 21 | 82 |
| 351 | 26 Apr 2018 17:27:27 | Trigger | 5 | 17 | 81 |
| 352 | 16 May 2018 19:07:17 | Trigger | 5 | 23 | 81 |
| 353 | 24 May 2018 18:06:06 | Trigger | 1 | 18 | 80 |
| 354 | 27 Jun 2018 18:33:07 | Trigger | 5 | 23 | 77 |
| 355 | 08 Jul 2018 18:49:09 | Trigger | 5 | 23 | 76 |
| 356 | 17 Jul 2018 06:01:17 | Trigger | 5 | 24 | 76 |
| 357 | 03 Aug 2018 18:22:42 | Trigger | 5 | 25 | 75 |
| 358 | 14 Aug 2018 19:29:35 | Trigger | 5 | 24 | 75 |
| 359 | 29 Aug 2018 11:28:52 | Trigger | 1 | 23 | 74 |
| 360 | 24 Oct 2018 09:42:20 | Trigger | 5 | 16 | 74 |
| 361 | 24 Oct 2018 09:42:27 | Trigger | 5 | 16 | 74 |
| 362 | 24 Oct 2018 16:55:55 | Trigger | 2 | 18 | 73 |
| 363 | 31 Oct 2018 12:22:44 | Trigger | 1 | 22 | 73 |
| 364 | 03 Nov 2018 17:42:50 | Trigger | 2 | 19 | 73 |
| 365 | 07 Nov 2018 15:03:10 | Trigger | 1 | 19 | 72 |
| 366 | 08 Nov 2018 17:52:26 | Trigger | 1 | 20 | 72 |
| 367 | 12 Nov 2018 17:41:45 | Trigger | 2 | 20 | 72 |
| 368 | 13 Nov 2018 17:43:18 | Trigger | 1 | 14 | 72 |
| 369 | 16 Nov 2018 17:09:56 | Trigger | 2 | 21 | 72 |
| 370 | 17 Nov 2018 17:58:14 | Trigger | 2 | 20 | 72 |
| 371 | 18 Nov 2018 17:46:53 | Trigger | 2 | 20 | 71 |
| 372 | 19 Nov 2018 01:28:38 | Trigger | 1 | 22 | 71 |
| 373 | 21 Nov 2018 17:43:16 | Trigger | 4 | 16 | 71 |
| 374 | 22 Nov 2018 17:20:35 | Trigger | 3 | 19 | 71 |
| 375 | 22 Nov 2018 21:07:54 | Trigger | 1 | 19 | 70 |
| 376 | 23 Nov 2018 23:07:43 | Trigger | 2 | 21 | 70 |
| 377 | 23 Nov 2018 23:08:50 | Trigger | 1 | 22 | 70 |
| 378 | 27 Nov 2018 17:38:24 | Trigger | 5 | 18 | 70 |
| 379 | 30 Nov 2018 17:30:13 | Trigger | 1 | 20 | 69 |
| 380 | 03 Dec 2018 17:37:31 | Trigger | 1 | 20 | 69 |
| 381 | 04 Dec 2018 17:15:11 | Trigger | 2 | 21 | 69 |
| 382 | 07 Dec 2018 17:40:44 | Trigger | 2 | 20 | 69 |
| 383 | 08 Dec 2018 06:07:12 | Trigger | 2 | 23 | 69 |
| 384 | 08 Dec 2018 17:47:37 | Trigger | 2 | 20 | 69 |
| 385 | 09 Dec 2018 17:49:16 | Trigger | 2 | 19 | 69 |
| 386 | 12 Dec 2018 18:04:21 | Trigger | 2 | 14 | 68 |
| 387 | 13 Dec 2018 17:47:08 | Trigger | 2 | 19 | 68 |
| 388 | 17 Dec 2018 17:20:08 | Trigger | 5 | 19 | 68 |
| 389 | 18 Dec 2018 17:40:12 | Trigger | 5 | 19 | 67 |
| 390 | 19 Dec 2018 08:14:17 | Trigger | 1 | 21 | 67 |
| 391 | 23 Dec 2018 17:46:43 | Trigger | 5 | 18 | 67 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 392 | 26 Dec 2018 17:53:23 | Trigger | 2 | 18 | 66 |
| 393 | 27 Dec 2018 17:46:17 | Trigger | 2 | 18 | 66 |
| 394 | 31 Dec 2018 17:47:25 | Trigger | 2 | 19 | 66 |
| 395 | 01 Jan 2019 17:52:48 | Trigger | 2 | 19 | 66 |
| 396 | 04 Jan 2019 15:28:51 | Trigger | 3 | 19 | 66 |
| 397 | 04 Jan 2019 18:25:52 | Trigger | 5 | 22 | 65 |
| 398 | 05 Jan 2019 17:50:58 | Trigger | 2 | 18 | 65 |
| 399 | 06 Jan 2019 17:50:53 | Trigger | 2 | 19 | 65 |
| 400 | 10 Jan 2019 17:32:46 | Trigger | 5 | 20 | 65 |
| 401 | 10 Jan 2019 17:33:28 | Trigger | 2 | 21 | 64 |
| 402 | 14 Jan 2019 15:44:59 | Trigger | 2 | 18 | 64 |
| 403 | 15 Jan 2019 15:53:45 | Sync | 15 Jan 2019 16:16:15 to 15 Jan 2019 15:53:45 | | |
| 404 | 15 Jan 2019 15:54:38 | Trigger | 2 | 23 | 64 |
| 405 | 15 Jan 2019 17:55:49 | Trigger | 2 | 20 | 64 |
| 406 | 16 Jan 2019 11:57:49 | Trigger | 2 | 18 | 63 |
| 407 | 18 Jan 2019 17:22:16 | Trigger | 2 | 21 | 63 |
| 408 | 18 Jan 2019 17:42:02 | Trigger | 2 | 20 | 63 |
| 409 | 19 Jan 2019 17:32:18 | Trigger | 2 | 19 | 63 |
| 410 | 23 Jan 2019 17:04:29 | Trigger | 2 | 20 | 63 |
| 411 | 24 Jan 2019 17:35:28 | Trigger | 2 | 19 | 62 |
| 412 | 24 Jan 2019 17:37:18 | Trigger | 1 | 19 | 62 |
| 413 | 25 Jan 2019 06:46:55 | Trigger | 1 | 21 | 62 |
| 414 | 25 Jan 2019 16:28:14 | Trigger | 1 | 20 | 62 |
| 415 | 28 Jan 2019 17:58:33 | Trigger | 1 | 20 | 62 |
| 416 | 29 Jan 2019 17:32:34 | Trigger | 2 | 19 | 62 |
| 417 | 29 Jan 2019 17:36:40 | Trigger | 1 | 18 | 62 |
| 418 | 30 Jan 2019 06:41:34 | Trigger | 1 | 20 | 62 |
| 419 | 01 Feb 2019 17:19:19 | Trigger | 2 | 21 | 61 |
| 420 | 02 Feb 2019 17:01:56 | Trigger | 2 | 20 | 61 |
| 421 | 03 Feb 2019 17:06:18 | Trigger | 1 | 19 | 61 |
| 422 | 06 Feb 2019 17:01:45 | Trigger | 2 | 19 | 61 |
| 423 | 07 Feb 2019 17:19:14 | Trigger | 1 | 20 | 61 |
| 424 | 09 Feb 2019 23:54:31 | Trigger | 1 | 19 | 61 |
| 425 | 09 Feb 2019 23:57:01 | Trigger | 2 | 21 | 60 |
| 426 | 12 Feb 2019 17:08:53 | Trigger | 1 | 21 | 60 |
| 427 | 12 Mar 2019 18:20:31 | Trigger | 2 | 18 | 60 |
| 428 | 20 Mar 2019 08:33:20 | Trigger | 1 | 16 | 60 |
| 429 | 20 Mar 2019 21:34:51 | Trigger | 1 | 17 | 60 |
| 430 | 25 Mar 2019 17:19:25 | Trigger | 3 | 19 | 60 |
| 431 | 26 Mar 2019 17:17:01 | Trigger | 2 | 19 | 59 |
| 432 | 27 Mar 2019 16:01:19 | Trigger | 1 | 18 | 59 |
| 433 | 27 Mar 2019 16:02:03 | Trigger | 5 | 19 | 59 |
| 434 | 27 Mar 2019 16:02:23 | Trigger | 4 | 19 | 59 |
| 435 | 27 Mar 2019 16:02:30 | Trigger | 5 | 19 | 58 |
| 436 | 27 Mar 2019 19:16:12 | Trigger | 1 | 25 | 58 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 437 | 27 Mar 2019 19:16:24 | Trigger | 3 | 25 | 58 |
| 438 | 27 Mar 2019 19:17:05 | Trigger | 1 | 25 | 57 |
| 439 | 27 Mar 2019 19:17:07 | Trigger | 1 | 25 | 57 |
| 440 | 28 Mar 2019 17:13:24 | Trigger | 2 | 18 | 57 |
| 441 | 29 Mar 2019 17:27:12 | Trigger | 1 | 20 | 57 |
| 442 | 30 Mar 2019 17:13:04 | Trigger | 1 | 18 | 57 |
| 443 | 31 Mar 2019 02:09:40 | Trigger | 2 | 22 | 57 |
| 444 | 31 Mar 2019 16:59:27 | Trigger | 1 | 18 | 57 |
| 445 | 03 Apr 2019 17:09:12 | Trigger | 2 | 18 | 56 |
| 446 | 04 Apr 2019 17:06:36 | Trigger | 1 | 19 | 56 |
| 447 | 08 Apr 2019 17:16:50 | Trigger | 1 | 20 | 56 |
| 448 | 09 Apr 2019 17:17:51 | Trigger | 2 | 20 | 56 |
| 449 | 12 Apr 2019 17:15:29 | Trigger | 1 | 20 | 56 |
| 450 | 13 Apr 2019 17:25:29 | Trigger | 1 | 19 | 56 |
| 451 | 14 Apr 2019 17:17:32 | Trigger | 1 | 19 | 56 |
| 452 | 17 Apr 2019 17:18:00 | Trigger | 1 | 18 | 55 |
| 453 | 18 Apr 2019 17:19:49 | Trigger | 1 | 20 | 55 |
| 454 | 22 Apr 2019 17:16:48 | Trigger | 1 | 19 | 55 |
| 455 | 23 Apr 2019 17:26:12 | Trigger | 1 | 20 | 55 |
| 456 | 26 Apr 2019 17:09:46 | Trigger | 1 | 20 | 55 |
| 457 | 27 Apr 2019 17:29:53 | Trigger | 1 | 19 | 55 |
| 458 | 27 Apr 2019 22:04:09 | Trigger | 1 | 22 | 55 |
| 459 | 28 Apr 2019 17:32:27 | Trigger | 1 | 21 | 55 |
| 460 | 01 May 2019 16:43:43 | Trigger | 1 | 20 | 55 |
| 461 | 02 May 2019 17:21:37 | Trigger | 1 | 20 | 55 |
| 462 | 06 May 2019 17:28:42 | Trigger | 1 | 21 | 54 |
| 463 | 07 May 2019 17:16:31 | Trigger | 1 | 20 | 54 |
| 464 | 10 May 2019 17:06:36 | Trigger | 1 | 20 | 54 |
| 465 | 11 May 2019 16:50:35 | Trigger | 1 | 20 | 53 |
| 466 | 12 May 2019 17:21:43 | Trigger | 1 | 20 | 53 |
| 467 | 15 May 2019 17:10:36 | Trigger | 1 | 19 | 53 |
| 468 | 16 May 2019 16:47:15 | Trigger | 1 | 20 | 53 |
| 469 | 17 May 2019 06:41:46 | Trigger | 2 | 22 | 53 |
| 470 | 17 May 2019 06:41:54 | Trigger | 2 | 22 | 53 |
| 471 | 17 May 2019 06:41:57 | Trigger | 2 | 22 | 53 |
| 472 | 20 May 2019 17:11:59 | Trigger | 1 | 20 | 53 |
| 473 | 21 May 2019 17:18:51 | Trigger | 1 | 21 | 52 |
| 474 | 21 May 2019 17:22:38 | Trigger | 1 | 21 | 52 |
| 475 | 24 May 2019 17:27:57 | Trigger | 1 | 22 | 52 |
| 476 | 24 May 2019 17:29:05 | Trigger | 1 | 22 | 52 |
| 477 | 25 May 2019 17:14:45 | Trigger | 1 | 22 | 52 |
| 478 | 26 May 2019 17:34:15 | Trigger | 1 | 22 | 52 |
| 479 | 03 Jun 2019 15:49:36 | Trigger | 1 | 21 | 52 |
| 480 | 04 Jun 2019 17:42:28 | Trigger | 1 | 21 | 52 |
| 481 | 08 Jun 2019 17:32:41 | Trigger | 1 | 23 | 52 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 482 | 09 Jun 2019 04:04:23 | Trigger | 1 | 21 | 52 |
| 483 | 09 Jun 2019 17:45:19 | Trigger | 1 | 23 | 51 |
| 484 | 10 Jun 2019 17:26:08 | Trigger | 1 | 25 | 51 |
| 485 | 11 Jun 2019 17:19:03 | Trigger | 1 | 26 | 51 |
| 486 | 14 Jun 2019 17:36:15 | Trigger | 1 | 21 | 51 |
| 487 | 15 Jun 2019 17:32:03 | Trigger | 1 | 21 | 51 |
| 488 | 16 Jun 2019 17:36:13 | Trigger | 1 | 21 | 51 |
| 489 | 19 Jun 2019 17:19:46 | Trigger | 1 | 21 | 51 |
| 490 | 20 Jun 2019 17:15:36 | Trigger | 1 | 21 | 51 |
| 491 | 24 Jun 2019 16:49:59 | Trigger | 1 | 21 | 51 |
| 492 | 25 Jun 2019 17:37:30 | Trigger | 1 | 21 | 50 |
| 493 | 29 Jun 2019 15:47:10 | Trigger | 2 | 31 | 50 |
| 494 | 03 Jul 2019 17:21:27 | Trigger | 1 | 22 | 50 |
| 495 | 04 Jul 2019 16:52:10 | Trigger | 2 | 23 | 50 |
| 496 | 08 Jul 2019 17:33:27 | Trigger | 2 | 23 | 50 |
| 497 | 09 Jul 2019 17:10:56 | Trigger | 2 | 22 | 50 |
| 498 | 12 Jul 2019 17:15:22 | Trigger | 2 | 22 | 49 |
| 499 | 13 Jul 2019 17:42:01 | Trigger | 1 | 23 | 49 |
| 500 | 14 Jul 2019 17:31:15 | Trigger | 2 | 23 | 49 |
| 501 | 15 Jul 2019 20:14:59 | Trigger | 2 | 23 | 49 |
| 502 | 22 Jul 2019 17:13:13 | Trigger | 2 | 22 | 49 |
| 503 | 23 Jul 2019 17:20:57 | Trigger | 5 | 22 | 49 |
| 504 | 26 Jul 2019 17:17:21 | Trigger | 2 | 22 | 48 |
| 505 | 27 Jul 2019 17:23:05 | Trigger | 1 | 22 | 48 |
| 506 | 28 Jul 2019 17:23:39 | Trigger | 1 | 22 | 48 |
| 507 | 28 Jul 2019 18:57:05 | Trigger | 2 | 25 | 48 |
| 508 | 31 Jul 2019 16:49:27 | Trigger | 2 | 22 | 48 |
| 509 | 01 Aug 2019 17:32:39 | Trigger | 2 | 23 | 47 |
| 510 | 05 Aug 2019 17:12:28 | Trigger | 2 | 21 | 47 |
| 511 | 06 Aug 2019 17:21:48 | Trigger | 2 | 22 | 47 |
| 512 | 09 Aug 2019 16:54:02 | Trigger | 1 | 22 | 47 |
| 513 | 10 Aug 2019 17:07:27 | Trigger | 1 | 23 | 47 |
| 514 | 11 Aug 2019 17:30:15 | Trigger | 1 | 23 | 47 |
| 515 | 14 Aug 2019 17:31:05 | Trigger | 4 | 23 | 46 |
| 516 | 15 Aug 2019 17:01:26 | Trigger | 2 | 23 | 46 |
| 517 | 19 Aug 2019 17:28:04 | Trigger | 2 | 22 | 46 |
| 518 | 23 Aug 2019 22:00:07 | Trigger | 2 | 25 | 46 |
| 519 | 24 Aug 2019 19:33:53 | Trigger | 2 | 22 | 46 |
| 520 | 25 Aug 2019 17:24:36 | Trigger | 2 | 21 | 45 |
| 521 | 28 Aug 2019 17:13:45 | Trigger | 2 | 22 | 45 |
| 522 | 29 Aug 2019 17:30:11 | Trigger | 2 | 22 | 45 |
| 523 | 02 Sep 2019 17:41:30 | Trigger | 1 | 22 | 45 |
| 524 | 06 Sep 2019 17:10:43 | Trigger | 2 | 22 | 45 |
| 525 | 07 Sep 2019 17:17:24 | Trigger | 1 | 22 | 45 |
| 526 | 08 Sep 2019 17:17:34 | Trigger | 1 | 21 | 44 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 527 | 11 Sep 2019 17:15:20 | Trigger | 2 | 23 | 44 |
| 528 | 12 Sep 2019 17:05:50 | Trigger | 2 | 22 | 44 |
| 529 | 13 Sep 2019 20:36:25 | Trigger | 2 | 23 | 44 |
| 530 | 13 Sep 2019 21:06:50 | Trigger | 1 | 26 | 44 |
| 531 | 13 Sep 2019 21:07:05 | Trigger | 2 | 26 | 44 |
| 532 | 16 Sep 2019 17:19:30 | Trigger | 1 | 33 | 43 |
| 533 | 17 Sep 2019 17:04:03 | Trigger | 1 | 22 | 43 |
| 534 | 18 Sep 2019 12:03:51 | Trigger | 1 | 27 | 43 |
| 535 | 20 Sep 2019 17:35:14 | Trigger | 1 | 21 | 43 |
| 536 | 20 Sep 2019 22:21:49 | Trigger | 5 | 21 | 43 |
| 537 | 20 Sep 2019 22:21:55 | Trigger | 5 | 21 | 43 |
| 538 | 20 Sep 2019 22:22:12 | Trigger | 5 | 22 | 42 |
| 539 | 20 Sep 2019 22:22:23 | Trigger | 5 | 22 | 42 |
| 540 | 20 Sep 2019 22:22:54 | Trigger | 5 | 23 | 41 |
| 541 | 20 Sep 2019 22:25:54 | Trigger | 5 | 25 | 40 |
| 542 | 20 Sep 2019 22:26:21 | Trigger | 5 | 26 | 40 |
| 543 | 23 Sep 2019 13:17:21 | Trigger | 5 | 22 | 39 |
| 544 | 03 Oct 2019 14:29:13 | Sync | 03 Oct 2019 14:39:18 to 03 Oct 2019 14:29:13 | | |