

| TASER Information | | Offline Report | |
|---|---|---|---|
| Serial | X12008XCM | Local Timezone | Eastern Daylight Time (UTC -04:00) |
| Model | TASER X26P | Generated On | 03 Oct 2019 14:10:12 |
| Firmware Version | Rev. 04.032 | | |
| Application Version | 3.15.104 | | |
| Health | Good | | |

## Device (X26P)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 25 Jan 2018 13:37:26 | Power Magazine Change | Manufacturing S/N: XXXXX6  Battery capacity: 99% | | |
| 2 | 25 Jan 2018 13:37:26 | Firmware Update | FW Bundle, Rev. 04.032, 4/7/17 | | |
| 3 | 25 Jan 2018 13:37:26 | Firmware Update | MC, Rev. 04.032, 4/7/17 | | |
| 4 | 25 Jan 2018 13:37:26 | Firmware Update | LDR, Rev. 04.025, 7/20/16 | | |
| 5 | 25 Jan 2018 13:37:26 | Firmware Update | HVM, Rev. 01.027, 3/28/17 | | |
| 6 | 25 Jan 2018 13:37:26 | Armed | | 28 | 99 |
| 7 | 25 Jan 2018 13:37:38 | Safe | 12 | 29 | 99 |
| 8 | 25 Jan 2018 13:37:53 | Power Magazine Change | Manufacturing S/N: DP  Battery capacity: 99% | | |
| 9 | 25 Jan 2018 13:37:53 | Armed | | 30 | 99 |
| 10 | 25 Jan 2018 13:37:53 | Safe | 0 | 30 | 99 |
| 11 | 25 Jan 2018 13:37:54 | Armed | | 30 | 100 |
| 12 | 25 Jan 2018 13:37:54 | Safe | 0 | 29 | 100 |
| 13 | 25 Jan 2018 13:38:36 | Power Magazine Change | Manufacturing S/N: XXXXX6  Battery capacity: 99% | | |
| 14 | 25 Jan 2018 13:38:36 | Armed | | 29 | 99 |
| 15 | 25 Jan 2018 13:38:37 | Trigger | 5 | | 99 |
| 16 | 25 Jan 2018 13:39:00 | Trigger | 5 | | 99 |
| 17 | 25 Jan 2018 13:39:06 | Trigger | 5 | | 99 |
| 18 | 25 Jan 2018 13:39:11 | Trigger | 5 | | 99 |
| 19 | 25 Jan 2018 13:39:18 | Trigger | 5 | | 99 |
| 20 | 25 Jan 2018 13:39:23 | Trigger | 5 | | 99 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 21 | 25 Jan 2018 13:39:28 | Trigger | 5 |  | 99 |
| 22 | 25 Jan 2018 13:39:34 | Trigger | 5 |  | 99 |
| 23 | 25 Jan 2018 13:39:40 | Trigger | 5 |  | 99 |
| 24 | 25 Jan 2018 13:39:46 | Trigger | 5 |  | 99 |
| 25 | 25 Jan 2018 13:39:51 | Trigger | 5 |  | 99 |
| 26 | 25 Jan 2018 13:39:57 | Trigger | 5 |  | 99 |
| 27 | 25 Jan 2018 13:40:02 | Trigger | 5 |  | 99 |
| 28 | 25 Jan 2018 13:40:08 | Trigger | 5 |  | 99 |
| 29 | 25 Jan 2018 13:40:15 | Trigger | 5 |  | 99 |
| 30 | 25 Jan 2018 13:40:21 | Safe | 105 | 38 | 99 |
| 31 | 25 Jan 2018 13:41:01 | Power Magazine Change | Standard  S/N: 783646  Battery capacity: 48% | | |
| 32 | 25 Jan 2018 13:41:01 | Configuration | | | |
| 33 | 25 Jan 2018 13:41:08 | USB Connected | | | |
| 34 | 25 Jan 2018 13:41:33 | Firmware Update | MC, Rev. 04.032, 4/7/17 | | |
| 35 | 25 Jan 2018 13:41:33 | Firmware Update | LDR, Rev. 04.025, 7/20/16 | | |
| 36 | 25 Jan 2018 13:41:33 | Firmware Update | HVM, Rev. 01.027, 3/28/17 | | |
| 37 | 25 Jan 2018 13:41:35 | Time Sync | 25 Jan 2018 13:41:34 to 25 Jan 2018 13:41:35 | | |
| 38 | 25 Jan 2018 13:43:48 | Power Magazine Change | Standard  S/N: 783814  Battery capacity: 56% | | |
| 39 | 25 Jan 2018 13:43:48 | Armed | | 34 | 56 |
| 40 | 25 Jan 2018 13:43:49 | Trigger | 5 | | 56 |
| 41 | 25 Jan 2018 13:43:56 | Trigger | 5 | | 56 |
| 42 | 25 Jan 2018 13:44:07 | Safe | 19 | 35 | 55 |
| 43 | 27 Feb 2018 09:33:32 | Power Magazine Change | Standard  S/N: 848573  Battery capacity: 100% | | |
| 44 | 27 Feb 2018 09:33:32 | Armed | | 20 | 100 |
| 45 | 27 Feb 2018 09:33:39 | Safe | 7 | 20 | 99 |
| 46 | 27 Feb 2018 09:33:40 | Armed | | 21 | 99 |
| 47 | 27 Feb 2018 09:33:47 | Safe | 7 | 21 | 99 |
| 48 | 27 Feb 2018 09:33:48 | Configuration | | | |
| 49 | 27 Feb 2018 09:33:55 | Configuration Exit | | | |
| 50 | 27 Feb 2018 09:33:55 | Armed | | 21 | 99 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 51 | 27 Feb 2018 09:33:57 | Safe | 2 | 21 | 99 |
| 52 | 27 Feb 2018 09:35:10 | Armed | | 22 | 99 |
| 53 | 27 Feb 2018 09:35:14 | Safe | 4 | 22 | 99 |
| 54 | 27 Feb 2018 09:35:15 | Armed | | 22 | 99 |
| 55 | 27 Feb 2018 09:35:15 | Safe | 0 | 22 | 99 |
| 56 | 27 Feb 2018 09:36:12 | Armed | | 22 | 99 |
| 57 | 27 Feb 2018 09:36:14 | Safe | 2 | 22 | 99 |
| 58 | 27 Feb 2018 09:36:15 | Armed | | 22 | 99 |
| 59 | 27 Feb 2018 09:36:16 | Safe | 1 | 22 | 99 |
| 60 | 27 Feb 2018 09:36:17 | Armed | | 22 | 99 |
| 61 | 27 Feb 2018 09:36:18 | Safe | 1 | 22 | 99 |
| 62 | 27 Feb 2018 09:36:19 | Armed | | 22 | 99 |
| 63 | 27 Feb 2018 09:36:19 | Safe | 0 | 22 | 99 |
| 64 | 27 Feb 2018 09:36:21 | Configuration | | | |
| 65 | 27 Feb 2018 09:36:24 | Configuration Exit | | | |
| 66 | 27 Feb 2018 09:36:24 | Armed | | 22 | 99 |
| 67 | 27 Feb 2018 09:36:26 | Safe | 2 | 22 | 99 |
| 68 | 27 Feb 2018 09:36:33 | Armed | | 23 | 99 |
| 69 | 27 Feb 2018 09:36:35 | Safe | 2 | 22 | 99 |
| 70 | 27 Feb 2018 09:36:36 | Armed | | 23 | 99 |
| 71 | 27 Feb 2018 09:36:38 | Safe | 2 | 22 | 99 |
| 72 | 27 Feb 2018 09:36:39 | Armed | | 22 | 99 |
| 73 | 27 Feb 2018 09:36:44 | Safe | 5 | 23 | 99 |
| 74 | 27 Feb 2018 09:36:49 | Armed | | 23 | 99 |
| 75 | 27 Feb 2018 09:36:50 | Safe | 1 | 23 | 99 |
| 76 | 27 Feb 2018 09:36:57 | Armed | | 23 | 99 |
| 77 | 27 Feb 2018 09:36:58 | Safe | 1 | 23 | 99 |
| 78 | 27 Feb 2018 09:37:09 | Armed | | 23 | 99 |
| 79 | 27 Feb 2018 09:37:10 | Safe | 1 | 23 | 99 |
| 80 | 27 Feb 2018 09:37:21 | Armed | | 23 | 99 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 81 | 27 Feb 2018 09:37:22 | Safe | 1 | 23 | 99 |
| 82 | 27 Feb 2018 09:43:36 | Armed | | 26 | 99 |
| 83 | 27 Feb 2018 09:43:43 | Safe | 7 | 26 | 99 |
| 84 | 27 Feb 2018 09:43:46 | Armed | | 27 | 99 |
| 85 | 27 Feb 2018 09:43:51 | Safe | 5 | 26 | 99 |
| 86 | 27 Feb 2018 09:43:55 | Armed | | 26 | 99 |
| 87 | 27 Feb 2018 09:44:02 | Safe | 7 | 27 | 99 |
| 88 | 27 Feb 2018 09:44:10 | Armed | | 27 | 99 |
| 89 | 27 Feb 2018 09:44:30 | Safe | 20 | 28 | 99 |
| 90 | 27 Feb 2018 09:44:47 | Armed | | 27 | 99 |
| 91 | 27 Feb 2018 09:44:51 | Safe | 4 | 27 | 99 |
| 92 | 27 Feb 2018 09:44:54 | Armed | | 28 | 99 |
| 93 | 27 Feb 2018 09:45:17 | Safe | 23 | 28 | 99 |
| 94 | 27 Feb 2018 09:45:27 | Armed | | 29 | 99 |
| 95 | 27 Feb 2018 09:45:28 | Safe | 1 | 28 | 99 |
| 96 | 27 Feb 2018 09:45:31 | Armed | | 28 | 99 |
| 97 | 27 Feb 2018 09:45:32 | Safe | 1 | 28 | 99 |
| 98 | 27 Feb 2018 09:45:34 | Armed | | 28 | 99 |
| 99 | 27 Feb 2018 09:45:36 | Safe | 2 | 28 | 99 |
| 100 | 27 Feb 2018 09:45:40 | Armed | | 28 | 99 |
| 101 | 27 Feb 2018 09:45:44 | Safe | 4 | 28 | 99 |
| 102 | 27 Feb 2018 09:45:51 | Armed | | 29 | 99 |
| 103 | 27 Feb 2018 09:45:52 | Safe | 1 | 28 | 99 |
| 104 | 27 Feb 2018 09:45:54 | Armed | | 28 | 99 |
| 105 | 27 Feb 2018 09:45:55 | Safe | 1 | 28 | 99 |
| 106 | 27 Feb 2018 09:45:56 | Armed | | 28 | 99 |
| 107 | 27 Feb 2018 09:45:57 | Safe | 1 | 28 | 99 |
| 108 | 27 Feb 2018 09:46:08 | Armed | | 28 | 99 |
| 109 | 27 Feb 2018 09:46:10 | Safe | 2 | 28 | 99 |
| 110 | 27 Feb 2018 09:46:12 | Armed | | 28 | 99 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 111 | 27 Feb 2018 09:46:13 | Safe | 1 | 28 | 99 |
| 112 | 27 Feb 2018 09:46:14 | Armed |  | 28 | 99 |
| 113 | 27 Feb 2018 09:46:15 | Safe | 1 | 28 | 99 |
| 114 | 27 Feb 2018 09:46:16 | Armed |  | 28 | 99 |
| 115 | 27 Feb 2018 09:46:17 | Safe | 1 | 28 | 99 |
| 116 | 27 Feb 2018 09:46:19 | Armed |  | 28 | 99 |
| 117 | 27 Feb 2018 09:46:21 | Safe | 2 | 28 | 99 |
| 118 | 27 Feb 2018 09:46:25 | Armed |  | 28 | 99 |
| 119 | 27 Feb 2018 09:46:25 | Safe | 0 | 28 | 99 |
| 120 | 27 Feb 2018 09:46:28 | Armed |  | 28 | 99 |
| 121 | 27 Feb 2018 09:46:30 | Safe | 2 | 28 | 99 |
| 122 | 27 Feb 2018 09:46:31 | Armed |  | 28 | 99 |
| 123 | 27 Feb 2018 09:46:32 | Safe | 1 | 28 | 99 |
| 124 | 27 Feb 2018 09:46:36 | Armed |  | 28 | 99 |
| 125 | 27 Feb 2018 09:46:38 | Safe | 2 | 28 | 99 |
| 126 | 27 Feb 2018 09:46:40 | Armed |  | 28 | 99 |
| 127 | 27 Feb 2018 09:46:41 | Safe | 1 | 28 | 99 |
| 128 | 27 Feb 2018 09:46:42 | Armed |  | 28 | 99 |
| 129 | 27 Feb 2018 09:46:43 | Safe | 1 | 28 | 99 |
| 130 | 27 Feb 2018 09:46:43 | Armed |  | 28 | 99 |
| 131 | 27 Feb 2018 09:46:44 | Safe | 1 | 28 | 99 |
| 132 | 27 Feb 2018 09:46:48 | Armed |  | 28 | 99 |
| 133 | 27 Feb 2018 09:46:49 | Safe | 1 | 28 | 99 |
| 134 | 27 Feb 2018 09:46:51 | Armed |  | 27 | 99 |
| 135 | 27 Feb 2018 09:46:52 | Safe | 1 | 28 | 99 |
| 136 | 27 Feb 2018 09:46:54 | Armed |  | 28 | 99 |
| 137 | 27 Feb 2018 09:46:55 | Safe | 1 | 28 | 99 |
| 138 | 27 Feb 2018 09:46:55 | Armed |  | 28 | 99 |
| 139 | 27 Feb 2018 09:46:56 | Safe | 1 | 28 | 99 |
| 140 | 27 Feb 2018 09:46:57 | Armed |  | 28 | 99 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 141 | 27 Feb 2018 09:46:58 | Safe | 1 | 28 | 99 |
| 142 | 27 Feb 2018 09:46:58 | Armed |  | 28 | 99 |
| 143 | 27 Feb 2018 09:46:59 | Safe | 1 | 28 | 99 |
| 144 | 27 Feb 2018 09:47:00 | Armed |  | 27 | 99 |
| 145 | 27 Feb 2018 09:47:00 | Safe | 0 | 28 | 99 |
| 146 | 27 Feb 2018 09:49:38 | Armed |  | 26 | 99 |
| 147 | 27 Feb 2018 09:49:46 | Safe | 8 | 26 | 99 |
| 148 | 27 Feb 2018 09:50:12 | Configuration |  |  |  |
| 149 | 27 Feb 2018 09:50:23 | Configuration Exit |  |  |  |
| 150 | 27 Feb 2018 09:50:23 | Armed |  | 26 | 99 |
| 151 | 27 Feb 2018 09:50:25 | Safe | 2 | 26 | 99 |
| 152 | 27 Feb 2018 09:50:26 | Armed |  | 27 | 99 |
| 153 | 27 Feb 2018 09:50:27 | Safe | 1 | 27 | 99 |
| 154 | 27 Feb 2018 09:52:25 | Armed |  | 26 | 99 |
| 155 | 27 Feb 2018 09:52:25 | Trigger | 5 |  | 99 |
| 156 | 27 Feb 2018 09:52:31 | Safe | 6 | 26 | 99 |
| 157 | 27 Feb 2018 09:52:37 | Armed |  | 26 | 99 |
| 158 | 27 Feb 2018 09:52:38 | Trigger | 1 |  | 99 |
| 159 | 27 Feb 2018 09:52:39 | Safe | 2 | 26 | 99 |
| 160 | 27 Feb 2018 10:16:37 | Armed |  | 23 | 99 |
| 161 | 27 Feb 2018 10:16:39 | Safe | 2 | 23 | 99 |
| 162 | 27 Feb 2018 10:16:47 | Armed |  | 24 | 99 |
| 163 | 27 Feb 2018 10:16:52 | Safe | 5 | 24 | 99 |
| 164 | 27 Feb 2018 10:33:06 | Armed |  | 24 | 99 |
| 165 | 27 Feb 2018 10:33:08 | Trigger | 1 |  | 99 |
| 166 | 27 Feb 2018 10:33:09 | Safe | 3 | 24 | 99 |
| 167 | 27 Feb 2018 10:33:13 | Armed |  | 24 | 99 |
| 168 | 27 Feb 2018 10:33:14 | Trigger | 5 |  | 99 |
| 169 | 27 Feb 2018 10:33:20 | Safe | 7 | 24 | 99 |
| 170 | 27 Feb 2018 10:33:27 | Armed |  | 25 | 99 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 171 | 27 Feb 2018 10:33:29 | Trigger | 5 |  | 99 |
| 172 | 27 Feb 2018 10:33:35 | Safe | 8 | 25 | 99 |
| 173 | 27 Feb 2018 11:52:23 | Armed |  | 27 | 99 |
| 174 | 27 Feb 2018 11:52:54 | Safe | 31 | 27 | 99 |
| 175 | 27 Feb 2018 11:52:54 | Armed |  | 28 | 99 |
| 176 | 27 Feb 2018 11:53:01 | Safe | 7 | 28 | 99 |
| 177 | 27 Feb 2018 11:53:02 | Armed |  | 28 | 99 |
| 178 | 27 Feb 2018 11:53:02 | Trigger | 1 |  | 99 |
| 179 | 27 Feb 2018 11:53:03 | Safe | 1 | 28 | 99 |
| 180 | 28 Feb 2018 16:22:23 | Armed |  | 24 | 99 |
| 181 | 28 Feb 2018 16:22:24 | Trigger | 2 |  | 99 |
| 182 | 28 Feb 2018 16:22:25 | Safe | 2 | 24 | 99 |
| 183 | 01 Mar 2018 18:14:04 | Armed |  | 27 | 98 |
| 184 | 01 Mar 2018 18:14:05 | Trigger | 5 |  | 98 |
| 185 | 01 Mar 2018 18:14:10 | Safe | 6 | 27 | 98 |
| 186 | 09 Mar 2018 16:56:58 | Armed |  | 23 | 98 |
| 187 | 09 Mar 2018 16:56:59 | Trigger | 1 |  | 98 |
| 188 | 09 Mar 2018 16:56:59 | Safe | 1 | 23 | 98 |
| 189 | 18 May 2018 22:12:32 | Armed |  | 29 | 95 |
| 190 | 18 May 2018 22:12:44 | Safe | 12 | 29 | 95 |
| 191 | 21 May 2018 04:35:20 | Armed |  | 28 | 94 |
| 192 | 21 May 2018 04:35:22 | Safe | 2 | 27 | 94 |
| 193 | 01 Jun 2018 16:45:00 | Armed |  | 20 | 94 |
| 194 | 01 Jun 2018 16:45:02 | Trigger | 4 |  | 94 |
| 195 | 01 Jun 2018 16:45:05 | Safe | 5 | 20 | 94 |
| 196 | 04 Jun 2018 00:40:01 | Armed |  | 30 | 94 |
| 197 | 04 Jun 2018 00:40:05 | Safe | 4 | 30 | 94 |
| 198 | 07 Jun 2018 06:18:45 | Armed |  | 29 | 93 |
| 199 | 07 Jun 2018 06:19:23 | Safe | 38 | 31 | 93 |
| 200 | 07 Jun 2018 06:21:12 | Armed |  | 31 | 93 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 201 | 07 Jun 2018 06:22:06 | Safe | 54 | 33 | 93 |
| 202 | 07 Jun 2018 06:24:47 | Armed |  | 29 | 93 |
| 203 | 07 Jun 2018 06:25:12 | Safe | 25 | 30 | 93 |
| 204 | 07 Jun 2018 16:47:15 | Armed |  | 18 | 93 |
| 205 | 07 Jun 2018 16:48:06 | Safe | 51 | 21 | 93 |
| 206 | 07 Jun 2018 16:48:07 | Armed |  | 21 | 93 |
| 207 | 07 Jun 2018 16:48:07 | Trigger | 1 |  | 93 |
| 208 | 07 Jun 2018 16:48:08 | Safe | 1 | 21 | 93 |
| 209 | 12 Jun 2018 02:40:49 | Armed |  | 29 | 93 |
| 210 | 12 Jun 2018 02:40:58 | Safe | 9 | 29 | 93 |
| 211 | 12 Jun 2018 06:17:07 | Armed |  | 28 | 93 |
| 212 | 12 Jun 2018 06:17:30 | Safe | 23 | 29 | 93 |
| 213 | 16 Jun 2018 06:20:33 | Armed |  | 27 | 92 |
| 214 | 16 Jun 2018 06:21:38 | Safe | 65 | 30 | 92 |
| 215 | 22 Jun 2018 06:13:10 | Armed |  | 29 | 92 |
| 216 | 22 Jun 2018 06:16:28 | Safe | 198 | 35 | 91 |
| 217 | 26 Jun 2018 06:13:31 | Armed |  | 29 | 91 |
| 218 | 26 Jun 2018 06:14:13 | Safe | 42 | 31 | 91 |
| 219 | 26 Jun 2018 06:16:57 | Armed |  | 30 | 91 |
| 220 | 26 Jun 2018 06:17:11 | Safe | 14 | 29 | 91 |
| 221 | 27 Jun 2018 06:07:21 | Armed |  | 29 | 91 |
| 222 | 27 Jun 2018 06:07:39 | Safe | 18 | 29 | 91 |
| 223 | 28 Jun 2018 10:31:29 | Armed |  | 19 | 91 |
| 224 | 28 Jun 2018 10:31:29 | Safe | 0 | 20 | 91 |
| 225 | 28 Jun 2018 10:31:45 | Armed |  | 20 | 91 |
| 226 | 28 Jun 2018 10:32:53 | Safe | 68 | 24 | 90 |
| 227 | 28 Jun 2018 10:32:54 | Armed |  | 23 | 90 |
| 228 | 28 Jun 2018 10:32:55 | Trigger | 3 |  | 90 |
| 229 | 28 Jun 2018 10:32:58 | Safe | 4 | 24 | 90 |
| 230 | 30 Jun 2018 09:52:37 | Armed |  | 26 | 90 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 231 | 30 Jun 2018 09:52:39 | Trigger | 2 |  | 90 |
| 232 | 30 Jun 2018 09:52:41 | Safe | 4 | 26 | 90 |
| 233 | 30 Jun 2018 09:52:44 | Armed |  | 26 | 90 |
| 234 | 30 Jun 2018 09:52:48 | Trigger | 2 |  | 90 |
| 235 | 30 Jun 2018 09:52:50 | Safe | 6 | 27 | 90 |
| 236 | 09 Jul 2018 15:02:04 | Armed |  | 24 | 90 |
| 237 | 09 Jul 2018 15:02:12 | Safe | 8 | 24 | 90 |
| 238 | 09 Jul 2018 15:02:13 | Armed |  | 25 | 90 |
| 239 | 09 Jul 2018 15:02:14 | Trigger | 1 |  | 90 |
| 240 | 09 Jul 2018 15:02:14 | Safe | 1 | 24 | 90 |
| 241 | 11 Jul 2018 06:11:26 | Armed |  | 32 | 90 |
| 242 | 11 Jul 2018 06:11:51 | Safe | 25 | 32 | 90 |
| 243 | 14 Jul 2018 16:52:37 | Armed |  | 25 | 89 |
| 244 | 14 Jul 2018 16:53:16 | Safe | 39 | 27 | 89 |
| 245 | 14 Jul 2018 18:17:23 | Armed |  | 31 | 89 |
| 246 | 14 Jul 2018 18:17:25 | Trigger | 5 |  | 89 |
| 247 | 14 Jul 2018 18:17:30 | Safe | 7 | 32 | 89 |
| 248 | 15 Jul 2018 06:14:57 | Armed |  | 30 | 89 |
| 249 | 15 Jul 2018 06:15:25 | Safe | 28 | 31 | 89 |
| 250 | 16 Jul 2018 06:10:12 | Armed |  | 29 | 89 |
| 251 | 16 Jul 2018 06:10:24 | Safe | 12 | 29 | 89 |
| 252 | 23 Jul 2018 16:50:28 | Armed |  | 25 | 89 |
| 253 | 23 Jul 2018 16:51:04 | Safe | 36 | 26 | 88 |
| 254 | 30 Jul 2018 05:46:37 | Armed |  | 31 | 88 |
| 255 | 30 Jul 2018 05:47:39 | Safe | 62 | 35 | 88 |
| 256 | 02 Aug 2018 06:13:03 | Armed |  | 32 | 88 |
| 257 | 02 Aug 2018 06:13:22 | Safe | 19 | 32 | 88 |
| 258 | 07 Aug 2018 06:22:06 | Armed |  | 30 | 87 |
| 259 | 07 Aug 2018 06:22:38 | Safe | 32 | 32 | 87 |
| 260 | 13 Aug 2018 00:02:53 | Armed |  | 31 | 87 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 261 | 13 Aug 2018 00:02:56 | Safe | 3 | 31 | 87 |
| 262 | 13 Aug 2018 00:03:02 | Armed | | 31 | 87 |
| 263 | 13 Aug 2018 00:03:04 | Safe | 2 | 31 | 87 |
| 264 | 16 Aug 2018 06:21:50 | Armed | | 31 | 87 |
| 265 | 16 Aug 2018 06:22:32 | Safe | 42 | 33 | 87 |
| 266 | 16 Aug 2018 06:22:37 | Armed | | 33 | 87 |
| 267 | 16 Aug 2018 06:22:51 | Safe | 14 | 34 | 87 |
| 268 | 16 Aug 2018 06:27:32 | Armed | | 31 | 87 |
| 269 | 16 Aug 2018 06:27:38 | Safe | 6 | 31 | 87 |
| 270 | 16 Aug 2018 06:27:45 | Armed | | 31 | 87 |
| 271 | 16 Aug 2018 06:27:55 | Safe | 10 | 31 | 87 |
| 272 | 20 Aug 2018 16:38:04 | Armed | | 19 | 86 |
| 273 | 20 Aug 2018 16:38:49 | Safe | 45 | 21 | 86 |
| 274 | 20 Aug 2018 16:38:50 | Armed | | 21 | 86 |
| 275 | 20 Aug 2018 16:38:51 | Trigger | 1 | | 86 |
| 276 | 20 Aug 2018 16:38:51 | Safe | 1 | 21 | 86 |
| 277 | 21 Aug 2018 06:23:51 | Armed | | 30 | 86 |
| 278 | 21 Aug 2018 06:24:39 | Safe | 48 | 33 | 86 |
| 279 | 21 Aug 2018 06:26:54 | Armed | | 32 | 86 |
| 280 | 21 Aug 2018 06:29:01 | Safe | 127 | 36 | 86 |
| 281 | 21 Aug 2018 06:29:05 | Armed | | 37 | 86 |
| 282 | 21 Aug 2018 06:29:06 | Trigger | 1 | | 86 |
| 283 | 21 Aug 2018 06:29:06 | Safe | 1 | 36 | 86 |
| 284 | 21 Aug 2018 06:29:25 | Armed | | 35 | 86 |
| 285 | 21 Aug 2018 06:30:02 | Safe | 37 | 36 | 86 |
| 286 | 22 Aug 2018 06:18:53 | Armed | | 31 | 85 |
| 287 | 22 Aug 2018 06:19:14 | Safe | 21 | 32 | 85 |
| 288 | 22 Aug 2018 06:19:52 | Armed | | 32 | 85 |
| 289 | 22 Aug 2018 06:20:33 | Safe | 41 | 33 | 85 |
| 290 | 27 Aug 2018 06:07:15 | Armed | | 32 | 85 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 291 | 27 Aug 2018 06:08:30 | Safe | 75 | 35 | 85 |
| 292 | 27 Aug 2018 06:15:02 | Armed |  | 31 | 85 |
| 293 | 27 Aug 2018 06:15:05 | Safe | 3 | 31 | 85 |
| 294 | 30 Aug 2018 06:13:28 | Armed |  | 32 | 85 |
| 295 | 30 Aug 2018 06:13:56 | Safe | 28 | 33 | 85 |
| 296 | 30 Aug 2018 06:14:50 | Armed |  | 32 | 85 |
| 297 | 30 Aug 2018 06:15:43 | Safe | 53 | 34 | 84 |
| 298 | 31 Aug 2018 06:27:28 | Armed |  | 30 | 84 |
| 299 | 31 Aug 2018 06:27:37 | Safe | 9 | 31 | 84 |
| 300 | 31 Aug 2018 07:04:58 | Armed |  | 29 | 84 |
| 301 | 31 Aug 2018 07:06:01 | Safe | 63 | 31 | 84 |
| 302 | 31 Aug 2018 07:06:54 | Armed |  | 31 | 84 |
| 303 | 31 Aug 2018 07:08:00 | Safe | 66 | 34 | 84 |
| 304 | 05 Sep 2018 06:06:05 | Armed |  | 31 | 84 |
| 305 | 05 Sep 2018 06:06:30 | Safe | 25 | 32 | 84 |
| 306 | 05 Sep 2018 06:07:02 | Armed |  | 33 | 84 |
| 307 | 05 Sep 2018 06:07:55 | Safe | 53 | 35 | 83 |
| 308 | 05 Sep 2018 06:09:35 | Armed |  | 33 | 83 |
| 309 | 05 Sep 2018 06:09:36 | Safe | 1 | 33 | 83 |
| 310 | 06 Sep 2018 06:01:01 | Armed |  | 32 | 83 |
| 311 | 06 Sep 2018 06:01:20 | Safe | 19 | 32 | 83 |
| 312 | 06 Sep 2018 16:57:15 | Armed |  | 22 | 83 |
| 313 | 06 Sep 2018 16:57:35 | Safe | 20 | 23 | 83 |
| 314 | 07 Sep 2018 06:15:48 | Armed |  | 31 | 83 |
| 315 | 07 Sep 2018 06:16:28 | Safe | 40 | 33 | 83 |
| 316 | 07 Sep 2018 06:16:30 | Armed |  | 34 | 83 |
| 317 | 07 Sep 2018 06:16:32 | Trigger | 1 |  | 83 |
| 318 | 07 Sep 2018 06:16:32 | Safe | 2 | 33 | 83 |
| 319 | 18 Sep 2018 06:12:25 | Armed |  | 30 | 82 |
| 320 | 18 Sep 2018 06:12:40 | Safe | 15 | 31 | 82 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 321 | 18 Sep 2018 18:09:41 | Armed |  | 30 | 82 |
| 322 | 18 Sep 2018 18:09:42 | Trigger | 1 |  | 82 |
| 323 | 18 Sep 2018 18:09:42 | Safe | 1 | 30 | 82 |
| 324 | 18 Sep 2018 18:09:43 | Armed |  | 30 | 82 |
| 325 | 18 Sep 2018 18:09:44 | Safe | 1 | 29 | 82 |
| 326 | 27 Sep 2018 06:28:37 | Armed |  | 32 | 82 |
| 327 | 27 Sep 2018 06:29:13 | Safe | 36 | 33 | 82 |
| 328 | 02 Oct 2018 06:21:35 | Armed |  | 31 | 82 |
| 329 | 02 Oct 2018 06:21:59 | Safe | 24 | 32 | 81 |
| 330 | 02 Oct 2018 06:22:03 | Armed |  | 32 | 81 |
| 331 | 02 Oct 2018 06:22:21 | Safe | 18 | 32 | 81 |
| 332 | 02 Oct 2018 06:22:41 | Armed |  | 32 | 81 |
| 333 | 02 Oct 2018 06:22:45 | Safe | 4 | 33 | 81 |
| 334 | 11 Oct 2018 06:26:46 | Armed |  | 29 | 81 |
| 335 | 11 Oct 2018 06:26:59 | Safe | 13 | 30 | 81 |
| 336 | 11 Oct 2018 06:27:01 | Armed |  | 30 | 81 |
| 337 | 11 Oct 2018 06:27:01 | Trigger | 1 |  | 81 |
| 338 | 11 Oct 2018 06:27:02 | Safe | 1 | 30 | 81 |
| 339 | 12 Oct 2018 09:40:06 | Armed |  | 28 | 81 |
| 340 | 12 Oct 2018 09:40:14 | Safe | 8 | 28 | 81 |
| 341 | 12 Oct 2018 09:40:16 | Armed |  | 28 | 81 |
| 342 | 12 Oct 2018 09:40:16 | Trigger | 1 |  | 81 |
| 343 | 12 Oct 2018 09:40:17 | Safe | 1 | 29 | 81 |
| 344 | 31 Oct 2018 06:13:32 | Armed |  | 29 | 80 |
| 345 | 31 Oct 2018 06:13:55 | Safe | 23 | 29 | 80 |
| 346 | 31 Oct 2018 06:14:24 | Armed |  | 30 | 80 |
| 347 | 31 Oct 2018 06:14:46 | Safe | 22 | 30 | 80 |
| 348 | 31 Oct 2018 06:14:47 | Armed |  | 31 | 80 |
| 349 | 31 Oct 2018 06:14:48 | Trigger | 1 |  | 80 |
| 350 | 31 Oct 2018 06:14:48 | Safe | 1 | 31 | 80 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 351 | 31 Oct 2018 06:15:27 | Armed | | 30 | 80 |
| 352 | 31 Oct 2018 06:15:32 | Safe | 5 | 31 | 80 |
| 353 | 07 Nov 2018 20:57:16 | Armed | | 18 | 79 |
| 354 | 07 Nov 2018 20:57:18 | Trigger | 1 | | 79 |
| 355 | 07 Nov 2018 20:57:19 | Safe | 3 | 19 | 79 |
| 356 | 07 Nov 2018 20:59:51 | Armed | | 19 | 79 |
| 357 | 07 Nov 2018 20:59:52 | Trigger | 1 | | 79 |
| 358 | 07 Nov 2018 20:59:53 | Safe | 2 | 20 | 79 |
| 359 | 07 Nov 2018 21:00:03 | Armed | | 21 | 79 |
| 360 | 07 Nov 2018 21:00:05 | Safe | 2 | 21 | 79 |
| 361 | 29 Nov 2018 05:54:24 | Armed | | 29 | 78 |
| 362 | 29 Nov 2018 05:54:40 | Safe | 16 | 30 | 78 |
| 363 | 29 Nov 2018 19:54:57 | Armed | | 29 | 78 |
| 364 | 29 Nov 2018 19:55:09 | Trigger | 5 | | 78 |
| 365 | 29 Nov 2018 19:55:15 | Safe | 18 | 31 | 78 |
| 366 | 29 Nov 2018 19:55:29 | Armed | | 31 | 78 |
| 367 | 29 Nov 2018 19:55:29 | Safe | 0 | 31 | 78 |
| 368 | 30 Nov 2018 06:13:33 | Armed | | 27 | 78 |
| 369 | 30 Nov 2018 06:14:21 | Safe | 48 | 29 | 78 |
| 370 | 30 Nov 2018 06:15:33 | Armed | | 28 | 78 |
| 371 | 30 Nov 2018 06:15:50 | Safe | 17 | 28 | 78 |
| 372 | 03 Dec 2018 06:06:41 | Armed | | 28 | 78 |
| 373 | 03 Dec 2018 06:06:57 | Safe | 16 | 28 | 78 |
| 374 | 15 Dec 2018 17:02:38 | Armed | | 23 | 77 |
| 375 | 15 Dec 2018 17:02:40 | Trigger | 1 | | 77 |
| 376 | 15 Dec 2018 17:02:41 | Safe | 3 | 22 | 77 |
| 377 | 25 Dec 2018 16:14:51 | Armed | | 28 | 77 |
| 378 | 25 Dec 2018 16:14:52 | Trigger | 1 | | 77 |
| 379 | 25 Dec 2018 16:14:52 | Safe | 1 | 29 | 77 |
| 380 | 28 Dec 2018 16:38:21 | Armed | | 26 | 76 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 381 | 28 Dec 2018 16:38:23 | Trigger | 1 |  | 76 |
| 382 | 28 Dec 2018 16:38:23 | Safe | 2 | 26 | 76 |
| 383 | 03 Jan 2019 06:16:26 | Armed |  | 28 | 76 |
| 384 | 03 Jan 2019 06:16:29 | Safe | 3 | 28 | 76 |
| 385 | 03 Jan 2019 06:16:31 | Armed |  | 28 | 76 |
| 386 | 03 Jan 2019 06:16:44 | Trigger | 1 |  | 76 |
| 387 | 03 Jan 2019 06:16:44 | Safe | 13 | 28 | 76 |
| 388 | 07 Jan 2019 16:17:11 | Armed |  | 24 | 76 |
| 389 | 07 Jan 2019 16:17:14 | Trigger | 5 |  | 76 |
| 390 | 07 Jan 2019 16:17:20 | Safe | 9 | 25 | 76 |
| 391 | 07 Jan 2019 17:00:58 | Armed |  | 26 | 76 |
| 392 | 07 Jan 2019 17:01:20 | Safe | 22 | 26 | 76 |
| 393 | 08 Jan 2019 10:04:06 | Armed |  | 25 | 76 |
| 394 | 08 Jan 2019 10:04:07 | Safe | 1 | 26 | 76 |
| 395 | 08 Jan 2019 10:04:09 | Armed |  | 25 | 76 |
| 396 | 08 Jan 2019 10:04:09 | Safe | 0 | 25 | 76 |
| 397 | 08 Jan 2019 10:04:10 | Armed |  | 25 | 76 |
| 398 | 08 Jan 2019 10:04:11 | Safe | 1 | 25 | 76 |
| 399 | 08 Jan 2019 10:04:27 | Armed |  | 25 | 76 |
| 400 | 08 Jan 2019 10:04:27 | Safe | 0 | 25 | 76 |
| 401 | 08 Jan 2019 10:04:29 | Armed |  | 25 | 76 |
| 402 | 08 Jan 2019 10:04:31 | Safe | 2 | 25 | 76 |
| 403 | 08 Jan 2019 10:04:32 | Armed |  | 25 | 76 |
| 404 | 08 Jan 2019 10:04:32 | Trigger | 1 |  | 76 |
| 405 | 08 Jan 2019 10:04:34 | Safe | 2 | 25 | 76 |
| 406 | 08 Jan 2019 10:04:37 | Armed |  | 26 | 76 |
| 407 | 08 Jan 2019 10:04:39 | Safe | 2 | 25 | 76 |
| 408 | 08 Jan 2019 10:04:40 | Armed |  | 26 | 76 |
| 409 | 08 Jan 2019 10:04:41 | Safe | 1 | 26 | 76 |
| 410 | 08 Jan 2019 10:04:42 | Armed |  | 26 | 76 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 411 | 08 Jan 2019 10:04:42 | Safe | 0 | 26 | 76 |
| 412 | 08 Jan 2019 10:04:43 | Armed |  | 26 | 76 |
| 413 | 08 Jan 2019 10:04:43 | Safe | 0 | 26 | 76 |
| 414 | 08 Jan 2019 10:04:44 | Armed |  | 26 | 76 |
| 415 | 08 Jan 2019 10:04:44 | Safe | 0 | 26 | 76 |
| 416 | 08 Jan 2019 10:04:45 | Armed |  | 26 | 76 |
| 417 | 08 Jan 2019 10:04:45 | Safe | 0 | 25 | 76 |
| 418 | 08 Jan 2019 10:04:46 | Armed |  | 26 | 76 |
| 419 | 08 Jan 2019 10:04:46 | Safe | 0 | 26 | 76 |
| 420 | 08 Jan 2019 10:04:47 | Armed |  | 26 | 76 |
| 421 | 08 Jan 2019 10:04:47 | Safe | 0 | 26 | 76 |
| 422 | 08 Jan 2019 10:05:55 | USB Connected |  |  |  |
| 423 | 08 Jan 2019 09:59:50 | Time Sync | 08 Jan 2019 10:05:57 to 08 Jan 2019 09:59:50 | | |
| 424 | 08 Jan 2019 10:00:42 | Armed |  | 28 | 76 |
| 425 | 08 Jan 2019 10:00:44 | Safe | 2 | 28 | 76 |
| 426 | 08 Jan 2019 10:00:47 | Armed |  | 27 | 76 |
| 427 | 08 Jan 2019 10:00:48 | Trigger | 1 |  | 76 |
| 428 | 08 Jan 2019 10:00:48 | Safe | 1 | 27 | 76 |
| 429 | 08 Jan 2019 10:02:12 | Armed |  | 27 | 76 |
| 430 | 08 Jan 2019 10:02:14 | Safe | 2 | 27 | 76 |
| 431 | 08 Jan 2019 18:02:44 | Armed |  | 27 | 76 |
| 432 | 08 Jan 2019 18:02:45 | Trigger | 3 |  | 76 |
| 433 | 08 Jan 2019 18:02:48 | Safe | 4 | 27 | 76 |
| 434 | 12 Jan 2019 16:45:23 | Armed |  | 23 | 75 |
| 435 | 12 Jan 2019 16:45:24 | Trigger | 5 |  | 75 |
| 436 | 12 Jan 2019 16:45:30 | Safe | 7 | 24 | 75 |
| 437 | 13 Jan 2019 18:17:58 | Armed |  | 27 | 75 |
| 438 | 13 Jan 2019 18:17:59 | Trigger | 5 |  | 75 |
| 439 | 13 Jan 2019 18:18:05 | Safe | 7 | 28 | 75 |
| 440 | 17 Jan 2019 05:54:22 | Armed |  | 30 | 75 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 441 | 17 Jan 2019 05:54:51 | Safe | 29 | 31 | 75 |
| 442 | 21 Jan 2019 16:47:47 | Armed |  | 21 | 74 |
| 443 | 21 Jan 2019 16:47:48 | Trigger | 1 |  | 74 |
| 444 | 21 Jan 2019 16:47:48 | Safe | 1 | 22 | 74 |
| 445 | 25 Jan 2019 16:50:54 | Armed |  | 22 | 74 |
| 446 | 25 Jan 2019 16:50:55 | Trigger | 1 |  | 74 |
| 447 | 25 Jan 2019 16:50:56 | Safe | 2 | 22 | 74 |
| 448 | 26 Jan 2019 05:37:21 | Armed |  | 32 | 74 |
| 449 | 26 Jan 2019 05:37:22 | Trigger | 1 |  | 74 |
| 450 | 26 Jan 2019 05:37:23 | Safe | 2 | 32 | 74 |
| 451 | 30 Jan 2019 18:10:54 | Armed |  | 29 | 74 |
| 452 | 30 Jan 2019 18:10:55 | Trigger | 1 |  | 74 |
| 453 | 30 Jan 2019 18:10:56 | Safe | 2 | 28 | 74 |
| 454 | 15 Feb 2019 06:06:08 | Armed |  | 27 | 73 |
| 455 | 15 Feb 2019 06:06:35 | Safe | 27 | 29 | 73 |
| 456 | 15 Feb 2019 06:07:08 | Armed |  | 29 | 73 |
| 457 | 15 Feb 2019 06:07:56 | Safe | 48 | 30 | 73 |
| 458 | 15 Feb 2019 06:07:57 | Armed |  | 31 | 73 |
| 459 | 15 Feb 2019 06:07:58 | Trigger | 5 |  | 73 |
| 460 | 15 Feb 2019 06:08:03 | Safe | 6 | 30 | 73 |
| 461 | 15 Feb 2019 06:08:06 | Armed |  | 31 | 73 |
| 462 | 15 Feb 2019 06:08:14 | Safe | 8 | 31 | 73 |
| 463 | 08 Mar 2019 18:10:34 | Armed |  | 29 | 72 |
| 464 | 08 Mar 2019 18:10:36 | Trigger | 5 |  | 72 |
| 465 | 08 Mar 2019 18:10:41 | Safe | 7 | 29 | 72 |
| 466 | 13 Mar 2019 18:38:04 | Armed |  | 29 | 71 |
| 467 | 13 Mar 2019 18:38:06 | Trigger | 1 |  | 71 |
| 468 | 13 Mar 2019 18:38:06 | Safe | 2 | 29 | 71 |
| 469 | 13 Mar 2019 18:38:35 | Armed |  | 29 | 71 |
| 470 | 13 Mar 2019 18:38:36 | Trigger | 5 |  | 71 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 471 | 13 Mar 2019 18:38:41 | Safe | 6 | 29 | 71 |
| 472 | 13 Mar 2019 18:38:45 | Armed |  | 30 | 71 |
| 473 | 13 Mar 2019 18:38:50 | Trigger | 4 |  | 71 |
| 474 | 13 Mar 2019 18:38:53 | Safe | 8 | 29 | 71 |
| 475 | 13 Mar 2019 18:39:00 | Armed |  | 30 | 71 |
| 476 | 13 Mar 2019 18:39:01 | Trigger | 5 |  | 71 |
| 477 | 13 Mar 2019 18:39:06 | Safe | 6 | 30 | 71 |
| 478 | 13 Mar 2019 18:39:48 | Armed |  | 30 | 71 |
| 479 | 13 Mar 2019 18:39:48 | Trigger | 3 |  | 71 |
| 480 | 13 Mar 2019 18:39:51 | Safe | 3 | 30 | 71 |
| 481 | 22 May 2019 17:00:34 | Armed |  | 22 | 68 |
| 482 | 22 May 2019 17:00:35 | Trigger | 3 |  | 68 |
| 483 | 22 May 2019 17:00:38 | Safe | 4 | 21 | 68 |
| 484 | 10 Jun 2019 16:48:42 | Armed |  | 23 | 67 |
| 485 | 10 Jun 2019 16:48:43 | Trigger | 1 |  | 67 |
| 486 | 10 Jun 2019 16:48:44 | Safe | 2 | 24 | 67 |
| 487 | 15 Jun 2019 07:41:23 | Armed |  | 24 | 67 |
| 488 | 15 Jun 2019 07:41:25 | Trigger | 2 |  | 67 |
| 489 | 15 Jun 2019 07:41:27 | Safe | 4 | 24 | 66 |
| 490 | 18 Jun 2019 21:05:25 | Armed |  | 20 | 66 |
| 491 | 18 Jun 2019 21:05:26 | Trigger | 1 |  | 66 |
| 492 | 18 Jun 2019 21:05:26 | Safe | 1 | 21 | 66 |
| 493 | 19 Jun 2019 21:14:52 | Armed |  | 31 | 66 |
| 494 | 19 Jun 2019 21:14:53 | Trigger | 5 |  | 66 |
| 495 | 19 Jun 2019 21:15:05 | Trigger | 4 |  | 66 |
| 496 | 19 Jun 2019 21:15:10 | Safe | 18 | 33 | 66 |
| 497 | 19 Jun 2019 21:15:18 | Armed |  | 33 | 66 |
| 498 | 19 Jun 2019 21:19:31 | Safe | 253 | 39 | 65 |
| 499 | 19 Jun 2019 21:22:22 | Armed |  | 34 | 65 |
| 500 | 19 Jun 2019 21:22:23 | Trigger | 1 |  | 65 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 501 | 19 Jun 2019 21:22:24 | Safe | 2 | 33 | 65 |
| 502 | 19 Jun 2019 23:08:00 | Armed | | 31 | 65 |
| 503 | 19 Jun 2019 23:08:02 | Trigger | 1 | | 65 |
| 504 | 19 Jun 2019 23:08:03 | Safe | 3 | 32 | 65 |
| 505 | 20 Jun 2019 01:12:09 | Armed | | 29 | 65 |
| 506 | 20 Jun 2019 01:12:10 | Trigger | 1 | | 65 |
| 507 | 20 Jun 2019 01:12:11 | Safe | 2 | 29 | 65 |
| 508 | 24 Jun 2019 16:03:53 | Armed | | 23 | 65 |
| 509 | 24 Jun 2019 16:03:54 | Trigger | 1 | | 65 |
| 510 | 24 Jun 2019 16:03:56 | Safe | 3 | 22 | 65 |
| 511 | 25 Jun 2019 07:51:57 | Armed | | 23 | 65 |
| 512 | 25 Jun 2019 07:51:58 | Safe | 1 | 23 | 65 |
| 513 | 25 Jun 2019 07:52:01 | Armed | | 24 | 65 |
| 514 | 25 Jun 2019 07:52:03 | Safe | 2 | 24 | 65 |
| 515 | 25 Jun 2019 09:16:56 | Armed | | 26 | 65 |
| 516 | 25 Jun 2019 09:16:57 | Safe | 1 | 26 | 65 |
| 517 | 25 Jun 2019 09:20:38 | USB Connected | | | |
| 518 | 25 Jun 2019 09:17:35 | Time Sync | 25 Jun 2019 09:20:44 to 25 Jun 2019 09:17:35 | | |
| 519 | 25 Jun 2019 17:10:38 | Armed | | 25 | 65 |
| 520 | 25 Jun 2019 17:10:41 | Trigger | 1 | | 65 |
| 521 | 25 Jun 2019 17:10:42 | Safe | 4 | 26 | 65 |
| 522 | 29 Jun 2019 19:16:28 | Armed | | 30 | 64 |
| 523 | 29 Jun 2019 19:16:29 | Trigger | 5 | | 64 |
| 524 | 29 Jun 2019 19:16:35 | Safe | 7 | 31 | 64 |
| 525 | 30 Jun 2019 18:45:37 | Armed | | 35 | 64 |
| 526 | 30 Jun 2019 18:45:42 | Safe | 5 | 34 | 64 |
| 527 | 27 Jul 2019 18:33:23 | Armed | | 30 | 63 |
| 528 | 27 Jul 2019 18:33:24 | Trigger | 1 | | 63 |
| 529 | 27 Jul 2019 18:33:24 | Safe | 1 | 31 | 63 |
| 530 | 27 Jul 2019 18:33:26 | Armed | | 30 | 63 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 531 | 27 Jul 2019 18:33:27 | Safe | 1 | 31 | 63 |
| 532 | 20 Aug 2019 16:47:30 | Armed | | 22 | 62 |
| 533 | 20 Aug 2019 16:47:31 | Trigger | 3 | | 62 |
| 534 | 20 Aug 2019 16:47:34 | Safe | 4 | 23 | 62 |
| 535 | 28 Aug 2019 18:22:59 | Armed | | 31 | 61 |
| 536 | 28 Aug 2019 18:23:01 | Trigger | 5 | | 61 |
| 537 | 28 Aug 2019 18:23:06 | Safe | 7 | 32 | 61 |
| 538 | 20 Sep 2019 22:18:08 | Armed | | 27 | 60 |
| 539 | 20 Sep 2019 22:18:11 | Trigger | 5 | | 60 |
| 540 | 20 Sep 2019 22:18:32 | Trigger | 5 | | 60 |
| 541 | 20 Sep 2019 22:19:18 | Trigger | 1 | | 60 |
| 542 | 20 Sep 2019 22:19:19 | Safe | 71 | 32 | 59 |
| 543 | 20 Sep 2019 22:19:20 | Armed | | 32 | 59 |
| 544 | 20 Sep 2019 22:19:21 | Trigger | 4 | | 59 |
| 545 | 20 Sep 2019 22:19:25 | Safe | 5 | 31 | 59 |
| 546 | 23 Sep 2019 13:01:04 | Armed | | 28 | 59 |
| 547 | 23 Sep 2019 13:01:08 | Trigger | 5 | | 59 |
| 548 | 23 Sep 2019 13:01:15 | Safe | 11 | 29 | 59 |
| 549 | 23 Sep 2019 13:01:22 | USB Connected | | | |
| 550 | 23 Sep 2019 12:59:55 | Time Sync | 23 Sep 2019 13:01:36 to 23 Sep 2019 12:59:55 | | |
| 551 | 23 Sep 2019 13:00:01 | Weapon Mode | SPPM Transmit in Safe Off | | |
| 552 | 03 Oct 2019 14:09:26 | Time Sync | 03 Oct 2019 14:09:38 to 03 Oct 2019 14:09:26 | | |