# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Friday, September 20, 2019, the Georgia Bureau of Investigation was requested by the Henry County Police Department (HCPD) to investigate an officer use of force incident involving Hampton Police Department and HCPD officers.   SA DAVID JONES was assigned as the case agent.

At approximately 10:05 p.m., Hampton Police Department Officers RYAN BOWLDEN and MASON LEWIS responded to a report of a nude male, later identified as FERNANDO RODRIGUEZ, walking along Oak street near the intersection with Windsor Parkway .   Hampton PD officers located RODRIGEZ and during contact with him, he became combative. HCPD Officer QUINTON PHILLIPS responded to the scene to assist.   During the incident, RODRIGUEZ was Tasered by officers of both departments. After RODRIGUEZ was subdued, he exhibited signs of medical distress and emergency medical services were dispatched. RODRIGUEZ   was initially taken to Piedmont Henry Hospital before being transported to Grady Memorial Hospital where he later died.

No officers were injured during the incident.

Body-worn camera video and vehicle-mounted camera video recorded parts of the incident.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
727610

EXHIBIT _____1_____

SPECIAL AGENT IN CHARGE JOHN B RICH, III:   9/23/2019
jbr:   9/23/2019

727610

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____1____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Friday, September 20, 2019, at approximately 11:17 p.m., Special Agent (SA) DAVID JONES received a call from Georgia State Patrol Dispatch regarding a request for assistance from the Georgia Bureau of Investigation (GBI).   SA JONES was advised by Henry County Sergeant NICK ROBERTS that the Henry County Police Department (HCPD) requested the GBI regarding an individual, identified as FERNANDO RODRIGUEZ, that went into cardiac arrest during the course of arrest and Taser deployment.

The investigation continues…

SPECIAL AGENT DAVID JONES:   9/23/2019
dj:   9/23/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT _____2_____

727595

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 12:45 a.m., Special Agent (SA) DAVID JONES was located in Hampton, Henry County, Georgia for the purpose of attending a briefing.   SA JONES met with Hampton Police Chief DERRICK AUSTIN and Henry County Major JASON BOLTON.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ. Also present, SA KESHIA MORRIS and Special Agent in Charge (SAC) BAHAN RICH.

Chief AUSTIN advised that their department received a 911 call regarding a naked male in the middle of Oak Street.   Three (3) Hampton Police Officers, GREGORY BOWLDEN, MARCUS STROUD, and MASON LEWIS, responded and made contact with the male, later identified as FERNANDO RODRIGUEZ.   At some point, RODRIGUEZ became combative towards the officers.   Officer LEWIS and Officer BOWLDEN deployed their department-issued Tasers.   Officer STROUD did not deploy his Taser.

Officers attempted to handcuff RODRIGUEZ in the front.   RODRIGUEZ continued to be combative and screaming.   The officers also used leg irons to restrain RODRIGUEZ. Henry County Police Officers QUENTIN PHILLIPS and ROBERT BUTERA responded and assisted with trying to get RODRIGUEZ in custody.   Officer PHILLIPS deployed his Taser.   Officer BUTERA did not deploy his Taser.   Officers also contacted Emergency Medical Services (EMS) believing that RODRIGUEZ was

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___3___

728100

<u>10-0090-34-20</u>

under the influence of some kind of drug.   Officers gained control of RODRIGUEZ and he went into medical distress.   EMS and Henry County Fire arrived on scene and transported RODRIGUEZ to Piedmont Hospital - Henry.   Police were advised that RODRIGUEZ's was in grave condition.

Chief AUSTIN advised that they later learned that a Lyft driver, later identified as HARRIS LICO, was flagged down by a female, later identified as IVONE BECERRA and believed to be the girlfriend of RODRIGUEZ.   LICO and BECERRA were interviewed by Henry County Police and advised that they did not witness RODRIGUEZ's walking down Oak Street naked and arrived after the incident with police.   BECERRA advised police that she and RODRIGUEZ were attending the Imagine Festival at the Atlanta Motor Speedway when RODRIGUEZ walked off.

Chief AUSTIN advised that he will be the point of contact for their agency.   Major BOLTON advised that the point of contact for their agency is Lieutenant DANNY STAPP.

Nothing further was advised at this time.

<u>ID DATA:</u>

**AUSTIN, DERRICK**   (CHIEF)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE CHIEF
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___3___

728100

SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___3___

728100

# GEORGIA BUREAU OF INVESTIGATION
## REGION 10
## INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 1:02 a.m., Special Agent KESHIA MORRIS received text messages from Hampton Police Department (HPD) Detective (DET) SHANNON BRADY. This investigative act was in reference to a request by the HPD for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA MORRIS received nine (9) photographs of RODRIGUEZ's injuries. The photographs were taken by DET BRADY. See attached

This concluded this investigate act.

**ATTACHMENTS**

PHOTOGRAPH photographs of FERNANDO                    (Attachments)
RODRIGUEZ at Henry Piedmont Hospital

**ID DATA:**

**BRADY, SHANNON**   (DETECTIVE)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: DETECTIVE
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228
CELLULAR:(404)569-9703

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____4____

731781

SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/21/2019

731781

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____4____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 1:35 a.m., Special Agent (SA) DAVID JONES was located at the Hampton Police Department in Hampton, Georgia for the purpose of evidence collection.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.   SA JONES made contact with Henry County Police Officer QUINTON PHILLIPS.   Also present, GRADY DUKES, an attorney with Police Officer's Benevolence Association.

Officer PHILLIPS was assigned to Uniform Patrol and worked evening watch at the South Precinct.   SA JONES photographed PHILLIPS in the uniform and gear he wore during the incident.   SA JONES also photographed PHILLIPS hands.   The photos taken by SA JONES are attached to this summary.

SA JONES asked Officer PHILLIPS about the Taser he deployed during the incident. Officer PHILLIPS advised SA JONES that his Taser was taken by his supervisor, Sergeant BESSIE SIMPSON-BAUGH.   SA JONES advised Special Agent in Charge (SAC) BAHAN RICH that the Taser assigned to Officer PHILLIPS may be on scene. SAC RICH later advised SA JONES that the Taser was located and documented on GBI Form 20 E-566782.   SA JONES attached a copy of the Form 20.   The Taser was entered into GBI electronic evidence by SA JOSH ELLIS under barcode BB60940.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT     5

**10-0090-34-20**

SA JONES advised Officer PHILLIPS of the following statement:

"This investigation is to determine whether any criminal laws have been violated during the use of force incident.   It is not an administrative or disciplinary inquiry.   You are not being compelled to give any statement or answer any questions.   Your cooperation in this investigation is voluntary."

SA JONES asked Officer PHILLIPS if he would consent to obtaining information for the purpose of the Public Safety Statement.   Officer PHILLIPS agreed to answer questions. Officer PHILLIPS advised that he was not injured.   Officer PHILLIPS advised that he was not aware of any other weapons or hazards that need to be located.   Officer PHILLIPS advised SA JONES of a house located at the corner of Oak Street and Windsor Pkwy that may have witness.   Officer PHILLIPS advised that he observed individuals on the front porch during the incident.   Officer PHILLIPS advised SA JONES that he was unable to answer questions regarding the scope of the scene because he responded as a backup unit.

This act concluded at approximately 2:00 a.m..

**ATTACHMENTS**

GBI EVIDENCE RECEIPT E-566782                                    (Attachments)

PHOTOGRAPH Henry County Police Officer                          (Attachments)
QUINTON PHILLIPS

**EVIDENCE**

ONE (1) TASER MODEL X2, X29009R3N                      BB60940-Evidence.pdf

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___5___

**ID DATA:**

**PHILLIPS, QUINTON**   (OFFICER)
SEX/RACE: MALE/UNKNOWN
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT
110 S ZACK HINTON PKWY
MCDONOUGH, GA 30253

SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728108

EXHIBIT ___5___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 1:39 a.m. Special Agent (SA) KESHIA MORRIS was located at the Hampton Police Department (HPD), 17 East Main Street, Hampton, Georgia for the purpose of evidence collection from Henry County Police Officer ROBERT BUTERA. This investigative act was in reference to a request by the HPD for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA MORRIS advised OFC BUTERA that this investigation was criminal in nature, not administrative or disciplinary, and as such, he was not being compelled to answer any questions or make any statements.

SA MORRIS asked OFC BUTERA if he would consent to answering questions related to the Public Safety Statement.   OFC BUTERA agreed to answer questions.   OFC BUTERA advised that he was not injured during the incident; however, OFC BUTERA showed SA MORRIS two injures on his arm from a previous incident. SA MORRIS took photographs of the previous injuries to BUTERA's arm. See attached. OFC BUTERA was not aware of any other weapons or hazards that needed to be secured.   OFC BUTERA was not aware of any outstanding witnesses or suspects.   OFC BUTERA advised SA MORRIS the scene of the incident was Oak Street near Windsor Parkway contained within the evidence tape.

OFC BUTERA advised SA MORRIS that he did not deploy his Taser. SA MORRIS photographed one (1) Black in color Taser, serial number X2900A89E and two

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
731787

EXHIBIT _____ 6

**10-0090-34-20**

cartridges.

SA MORRIS did not collect BUTERA's Taser.   The photographs were attached to this summary.

SA MORRIS took photographs of BUTERA in the attire worn during the incident.   The photographs were attached to this summary.

This investigative act was concluded at approximately 1:48 a.m.

**ATTACHMENTS**

PHOTOGRAPH Photographs of attire worn by
Officer Robert Butera

(Attachments)

PHOTOGRAPH Photographs of Robert
Buteras Taser

(Attachments)

PHOTOGRAPH Photographs of previous
injuries on Officer Robert Buteras arm

(Attachments)

**ID DATA:**

**BUTERA, ROBERT PAUL**   (OFFICER)
DOB: 12/8/1978
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT
110 SOUTH ZACH HINTON PARKWAY
MCDONOUGH, GA 30253
CELLULAR:(770)527-3521

SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/21/2019

731787

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___6___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019 at approximately 1:50 a.m., SPECIAL AGENT JOSH ELLIS was located near the intersection of Oak Street and Windsor Parkway to process the scene of a Use of Force Investigation.   Officers from the Hampton Police Department and the Henry County Police Department had been involved an altercation at this location.   Upon arrival SA ELLIS spoke with SA DAVID JONES via telephone. SA JONES stated essentially the following:

Earlier that night, Hampton Police Officers had responded to call referencing an individual walking down the street and behaving erratically.   This individual, later identified as FERNANDO RODRIGUEZ, had apparently removed his clothing.   The Henry County Police Department had also responded to the call.   An altercation had ensued in which RODRIGUEZ had been tased multiple times.   While attempting to gain control of RODRIGUEZ he had apparently become unresponsive and was transported to an area hospital.   Three (3) Tasers had apparently been used during this incident. Clothing located within the scene had apparently been brought to the scene by local officers and left in the area after the initial incident..   The exact sequence of events was currently under investigation.

The scene consisted of multiple police vehicles and the roadway and shoulders of Oak Street.   Oak Street ran generally east and west and the eastern edge of the scene was bounded by the intersection of Oak Street and Windsor Parkway which ran south.   The western bound of the scene was located near the driveway of Calvary Baptist Church which also ran to the south.   The northern edge of the scene was bounded by a steep hill and a wooded area beyond.   The southern extreme of

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____7____

**10-0090-34-20**

the scene was bounded by a residential area which appeared to consist of multiple mobile and small homes.   A sidewalk was located between the roadway and these homes.

The scene was illuminated by headlights from the assembled vehicles and street lamps in the general area.   The scene was secured by the presence of multiple officers, police vehicles and yellow barrier tape at the time of SA ELLIS' arrival.   It was approximately 64 degree Fahrenheit and clear at the time of SA ELLIS' arrival. SA ELLIS photographed the scene using a Nikon D7100 camera.   These photographs are attached.   SA ELLIS also scanned the scene using a Leica P40 scanner.   This scan data and associated tru-views are attached.   SA ELLIS was assisted with processing portions of the scene by SPECIAL AGENT IN CHARGE BAHAN RICH.

SA ELLIS arbitrarily began processing the scene near its western extreme.   A marked Hampton Police Crown Victoria, Georgia Tag GV6921B, Unit 34, was located near the described church driveway.   This vehicle faced generally south, was running and the blue lights were activated.   SA ELLIS noted that this vehicle appeared to have a dash cam.   The vehicle contained common police items.   A blue in color medical bag which contained a AED was located on the rear driver seat.

It was unknown if this vehicle was involved in the incident currently under investigation, and had apparently been positioned in this location help secure the scene.

SA ELLIS then continued processing the scene by moving east.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728470

EXHIBIT ____7____

**10-0090-34-20**

SA ELLIS noted that four (4) marked police vehicles were located near the eastern edge of the scene near Windsor parkway.   Each of these vehicles were running and a combination of headlights and blue emergency lights were active on these vehicles.   To facilitate photographing the scene, the headlights and blue emergency lights were turned off.   These vehicles will be described in greater detail later in this summary. Each of these vehicles appeared to have a dash camera.

Two (2) green in color Taser blast doors (Placard 1 and 2) were located on the roadway west of the mentioned cars.   One of these doors (Placard 1) was near the approximate center of the westbound travel lane.   The other (Placard 2) was located near the approximate middle of the east bound travel lane.   These doors were marked as Item 1, BB60935.

A red in in color "Top Secret UV Pen" (Placard 3) was located on the shoulder of the roadway south of these two Placards.   It was unknown if this pen was related to the current investigation.   This pen was marked as Item 1, BB60936.

Moving east, a spent Taser X26 cartridge, serial # C41063RT5 (Placard 4) was located near the center of the roadway.   Wires led from this cartridge generally eastward and terminated near the front of a marked Hampton PD Police vehicle.   This general area also contained another green in color blast door and what appeared to be a fragment from a purple disposable glove.   This cartridge and blast door were marked as Item 2, BB60935.

A quantity of Taser afids (Placard 5) and a green in color blast door were located east and slightly north Placard 4.   These afids and door were marked as Item 3,

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____7____

**10-0090-34-20**

BB60935.

EMS artifacts in the form of purple disposable gloves were located on the northern shoulder of the road north of these items.

A marked Hampton Police Department Crown Victoria, Unit 22, Georgia Tag GV96376 was located southeast of Placard 5.   This vehicle faced a generally western direction and was located in the eastbound travel lane.   The front driver window was partially down.

A case of water and a black in color shoe were located on the trunk of the vehicle.   This shoe was believed to belong to the subject of this investigation and was collected.   The shoe was marked as Item 4, BB60937.

Visual Examination of the exterior of the vehicle revealed what appeared to be left hand palm/hand print on the vehicle.   This print was located on the front passenger door of the vehicle near the approximate midpoint and the forward seam of the door.   It was unknown if this print was related to the current investigation.   Due to the odd position and orientation of this print, it was collected out of an abundance of caution.   This print indicated movement from the door from the rear of the vehicle toward the front of the vehicle.   SA ELLIS enhanced this print with black fingerprint powder and lifted it using lift tape.   This lift was marked with Inventory # BB60938.

The vehicle contained common police items including a blue in color medical kit located on the rear driver's seat.   This kit contained an AED.

A spent X26 Taser cartridge, serial # C41073Y35 (Placard 6) was located near the

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____7____

**10-0090-34-20**

rear passenger tire of this vehicle. Wires were extended from this cartridge to the
northeast.   This cartridge was marked as Item 4, BB60935.

An area east of Placard 6 near the center of the roadway contain numerous items
including a quantity of Taser afids, two (2) Taser probes, and four (4) black in color X2
blast doors.   These items were marked as Item 5, BB60935.

Clothing items were located on the roadway east of these items (Placard 8).   These
items included a black in color shirt and a green in color were located in a pile here.
Upon further inspection the green shorts contained a vehicle key fob.   A pink in color
sheet was located beside these items.   The shirt, the shorts and fob and the sheet were
marked as Item 1 - 3, BB60937.

A silver in color marked Henry County Police Crown Victoria, Georgia Tag GV82255,
Unit 7906 was located north of these items.   This vehicle was parked on the shoulder of
the roadway and faced generally west.   The vehicle contained common police items.

A black in color, marked Hampton Police Ford SUV, Georgia Tag GV9789E, Unit 2, was
located on the southern shoulder of the roadway south of the clothing items.   This
vehicle faced a generally eastern direction.   A blue in color medical bag with an AED
was located in the rear cargo area of the vehicle.

A silver in color, marked Henry County Police Dodge Charger, Georgia Tag GV2957D,
Unit 8167 was located east of the clothing items.   This vehicle was in the middle of the
roadway and faced a generally northwest direction.   This vehicle contained common
police items.   A range bag located in the trunk of the vehicle

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT ___7___

**10-0090-34-20**

contained pistol ammunition and a clear plastic cover for a Taser X26 cartridge.

Two (2) spent Taser X2 cartridges, serial # C6203HDVX, C62061NYR (Placard 9) were located on the roadway northeast of this vehicle.   These cartridges were marked as Item 6, BB60935.

Two (2) pieces of a "Henry County Sheriff's Office" (Placard 10) pencil were located on the shoulder of the roadway north east of the taser cartridges.   These pieces were marked as Item 2, BB60936.

While on scene SA ELLIS was provided with the following:

From SA KESHIA MORRIS, SA ELLIS received one (1) Taser Model X26P, Serial # X12008XCM.   This Taser was originally listed as Item 1, GBI Receipt for Property E-564412 and later transferred to Inventory # BB60939. SA ELLIS later downloaded the attached taser logs and pulse graphs for this weapon.

From SAC BAHAN RICH, SA ELLIS received one (1) Taser Model X2, Serial # x29009R3N.   This Taser was originally listed as Item 1, GBI Receipt for Property E-566782 and later transferred to Inventory # BB60940.   SA ELLIS later attempted to download the Taser logs and pulse graphs for the weapon, but while attempted to conduct an online download was informed that he could not access this information.

From SA DAVID JONES, SA ELLIS received one (1) Taser Model X26, Serial #X00-671033.   This Taser was originally listed as Item 1, GBI Receipt for Property E-565722 and later transferred to Inventory # BBB60941.   SA ELLIS later attempted to download the Taser logs and pulse graphs for this weapon.   After multiple

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____7____

__10-0090-34-20__

attempts, SA ELLIS was unable to download information from this weapon.

SA ELLIS notes that he later photographed these Tasers under more controlled conditions.   These photographs are attached.    SA ELLIS also spark tested each weapon, which appeared to function normally.

SA ELLIS completed processing the scene at approximately 4:25 a.m.   The scene was then released to the Hampton Police Department and the Henry County Police Department.   SA ELLIS left the area soon thereafter.

On Friday, October 11, 2019 this summary was peer reviewed by TECHNICAL LEADER AUDEY MURPHY.

__ATTACHMENTS__

| | |
|---|---|
| CRIME SCENE PHOTOS | (Attachments) |
| OTHER Google Map | (Attachments) |
| OTHER Leica Scan Data | (Attachments) |
| OTHER Leica Truveiw | (Attachments) |
| GBI EVIDENCE RECEIPT | (Attachments) |
| OTHER Taser Logs and pulse graph X26P X12008XCM | (Attachments) |

__EVIDENCE__

| | |
|---|---|
| 1. TWO (2) GREEN IN COLOR BLAST DOORS, PLACARD 1, 2 | BB60935-Evidence.pdf |
| 1. ONE (1) RED IN COLOR "TOP SECRET UV PEN", | BB60936-Evidence.pdf |
| CLOTHING ITEMS: | BB60937-Evidence.pdf |
| ONE (1) FINGERPRINT CARD FROM HAMPTON PD VEHICLE | BB60938-Evidence.pdf |
| ONE (1) TASER MODEL X26P, SERIAL # X12008XCM | BB60939-Evidence.pdf |
| ONE (1) TASER MODEL X2, X29009R3N | BB60940-Evidence.pdf |
| ONE (1) TASER MODEL X26, | BB60941-Evidence.pdf |

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____7____

728470

SPECIAL AGENT JOSH ELLIS:   9/27/2019
je:   9/27/2019

728470

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____7____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 1:58 a.m. Special Agent (SA) KESHIA MORRIS was located at the Hampton Police Department (HPD), 17 East Main Street, Hampton, Georgia for the purpose of evidence collection from Hampton Police Officer GREGORY BOWLDEN. This investigative act was in reference to a request by the HPD for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA MORRIS advised OFC BOWLDEN that this investigation was criminal in nature, not administrative or disciplinary, and as such, he was not being compelled to answer any questions or make any statements.

SA MORRIS asked OFC BOWLDEN if he would consent to answering questions related to the Public Safety Statement.   OFC BOWLDEN agreed to answer questions.   OFC BOWLDEN was not injured during the incident. OFC BOWLDEN was not aware of any other weapons or hazards that needed to be secured.   OFC BOWLDEN was not aware of any outstanding witnesses or suspects.   OFC BUTERA advised SA MORRIS the scene of the incident was Oak Street and Windsor Drive within the evidence tape.

SA MORRIS received BOWLDEN's Taser from BOWLDEN. SA MORRIS received one (1) Black in color Taser, serial number X12008XCM.   There were no cartridges inside the taser. The photographs were attached to this summary. SA MORRIS collected BOWLDEN'S taser.   SA MORRIS completed a GBI form 20, E-564412,

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

731816

EXHIBIT ____8____

**10-0090-34-20**

see attached.

SA MORRIS took photographs of BOWLDEN in the attire worn during the incident.    The photographs were attached to this summary.

This investigative act was concluded at approximately 2:11 a.m.

**ATTACHMENTS**

PHOTOGRAPH Photographs of attire worn by
Officer Gregory Bowlden                                                                    (Attachments)

PHOTOGRAPH Photographs of Officer
Gregory Bowldens Taser                                                                    (Attachments)

GBI EVIDENCE RECEIPT GBI Evidence
Receipt #   E-564412                                                                    (Attachments)

**ID DATA:**

**BOWLDEN, GREGORY**   (OFFICER)
DOB: 4/15/1981
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/21/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___8___

731816

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**<u>10-0090-34-20</u>**

On Saturday, September 21, 2019, at approximately 2:03 a.m., Special Agent (SA) DAVID JONES was located at the Hampton Police Department in Hampton, Georgia for the purpose of evidence collection.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.   SA JONES made contact with Hampton Police Department Officer MASON LEWIS.

Officer LEWIS was assigned to Uniform Division.   SA JONES photographed Officer LEWIS in the uniform and gear he wore during the incident.   SA JONES also photographed Officer LEWIS' hands.   The photos taken by SA JONES are attached to this summary.

Officer LEWIS advised SA JONES that he deployed his X26 Taser (Serial Number: ).   SA JONES collected the Taser.   SA JONES photographed the Taser in the condition it was received.   The Taser was collected following GBI evidence collection procedures.   SA JONES utilized GBI Form 20 E-565722.   SA JONES later transferred custody of the Taser to SA JOSH ELLIS.   SA ELLIS entered the item into GBI electronic evidence, under barcode BB60941.   SA JONES attached a copy of the GBI Form 20 to this summary.

SA JONES advised Officer LEWIS of the following statement:

"This investigation is to determine whether any criminal laws have been violated

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT ___9___
728117

**10-0090-34-20**

during the use of force incident.   It is not an administrative or disciplinary inquiry.   You are not being compelled to give any statement or answer any questions.   Your cooperation in this investigation is voluntary."

SA JONES asked Officer LEWIS if he would consent to obtaining information for the purpose of the Public Safety Statement.   Officer LEWIS agreed to answer questions. Officer LEWIS advised that he was not injured.   Officer LEWIS advised that he was not aware of any other weapons or hazards that need to be located.   Officer LEWIS advised SA JONES that he was not aware of any outstanding witnesses participants. Officer PHILLIPS advised SA JONES the scene of the incident is contained within the evidence tape, the intersection of Oak Street and Windsor Pkwy.

This act was concluded at approximately 2:21 a.m..

**ATTACHMENTS**

GBI EVIDENCE RECEIPT E-565722                                              (Attachments)

PHOTOGRAPH Hampton Police Officer                                         (Attachments)
MASON LEWIS

PHOTOGRAPH Taser X26                                                      (Attachments)

**EVIDENCE**

ONE (1) TASER MODEL X26,                              BB60941-Evidence.pdf

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___9___

**ID DATA:**

**LEWIS, MASON**   (OFFICER)
DOB: 11/21/1993
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___9___

728117

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 2:16 a.m. Special Agent (SA) KESHIA MORRIS was located at the Hampton Police Department (HPD), 17 East Main Street, Hampton, Georgia for the purpose of evidence collection from Hampton Police Officer MARCUS JEROMY STROUD. This investigative act was in reference to a request by the HPD for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

OFC STROUD advised SA MORRIS that he did not deploy his Taser. SA MORRIS photographed one (1) Black in color Taser, serial number X12008XPC and one (1) cartridge.   SA MORRIS did not collect STROUD's Taser.   The photographs were attached to this summary.

SA MORRIS took photographs of STROUD in the attire worn during the incident.   The photographs were attached to this summary.

This investigative act was concluded at approximately 2:21 a.m.


**ATTACHMENTS**

PHOTOGRAPH Photographs of attire worn by
Officer Marcus Stroud

(Attachments)

PHOTOGRAPH Photographs of Officers
Marcus Strouds Taser

(Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___10___

731902

**ID DATA:**

**STROUD, MARCUS JEROMY**   (OFFICER)
DOB: 8/22/1970
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
17 EAST MAIN STREET
HAMPTON, GA
CELLULAR:(404)931-9926

SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/21/2019

731902

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___10___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 2:23 a.m., Special Agent (SA) KESHIA MORRIS was located at the Hampton Police Department (HPD), 17 East Main Street, Hampton, Georgia for the purpose of interviewing HPD Officer (OFC) MARCUS JEROMY STROUD. This investigative act was in reference to a request by the HPD for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

The interview of STROUD was digitally recorded using an Olympus WS-852 digital voice recorder.   The recording was attached to this Investigative Summary and should be referred to for complete details of the interview.

Prior to the interview, STROUD was advised that this investigation was criminal in nature, not administrative or disciplinary, and as such, he was not being compelled to answer any questions or make any statements.   During the interview STROUD essentially stated the following:

OFC STROUD was employed by HPD for 6 years but had worked in law enforcement since 2006. OFC STROUD was assigned to the Patrol Division, and his work hours were 10:00 a.m. to 10:00 p.m. with rotating off days. On date of incident, OFC STROUD worked a swing shift due to the Imagine Festival which was being held in Hampton, Georgia. OFC STROUD was assigned to patrol and worked 12:00 p.m. to 12:00 a.m.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___11___

731950

**10-0090-34-20**

On September 20, 2019, at approximately 10:00 p.m. OFC STROUD heard a call from dispatch to OFC (MASON) LEWIS in reference to a person walking down Oak Street naked or undressing. OFC STROUD was in the area for an unrelated missing person call. Based on OFC STROUD's training and experience he knew this type of call took precedent and the officer would possibly need assistance. OFC STROUD was on Still Drive coming towards Oak Street, he pulled into a BP gas station, 78 Oak Street, Hampton, Georgia to inquire if a parked motorist had seen a naked person walking on the roadway. The motorist advised she had not seen a naked person. OFC STROUD was exiting the BP gas station when he was stopped by a passing motorist, who advised that a naked male was walking down Oak Street in the middle of the roadway near Highway 19/41.

OFC STROUD and OFC LEWIS arrived at approximately the same time. OFC STROUD observed an unknown male (later identified as RODRIGUEZ) naked and sweating profusely. OFC STROUD and OFC LEWIS attempted to make contact with RODGUIEZ who was walking East bound on Oak Street towards town. OFC STROUD and OFC LEWIS gave RODRIGUEZ verbal commands to stop. RODIGUEZ refused to comply by continuing to walk down Oak Street. OFC LEWIS told RODIRIGUEZ to stop or he was going to tase him. RODRIGUEZ turned around and said something to the effect of, "I'm not going to stop" and growled at the officers. OFC STROUD told OFC LEWIS to tase RODRIGUEZ in the back.

OFC LEWIS tased RODRIGUEZ. RODRIGUEZ fell to the ground but refused to comply with orders given by OFC STROUD to roll to his stomach to be handcuffed. RODRIGUEZ remained on his back bringing his feet to his butt and pushing away from officers on his back "like a baby". RODRIGUEZ attempted to get up a few times during the incident and OFC STROUD believed OFC LEWIS tased RODRIGUEZ

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___11___

731950

**10-0090-34-20**

several times to prevent that from happening. RODIGUEZ continued to make comments about fighting and his son.

After approximately 2 to 3 minutes OFC (QUINTON) PHILLIPS arrived. OFC STROUD then attempted to grab RODIRGUEZ's arm, but RODRIGUEZ was able to pull his arm away and began to growl at OFC STROUD. OFC STROUD told OFC LEWIS to tase RODIGUEZ once more and he would attempt to gain control during the ride. OFC LEWIS attempted to tase RODIGUEZ; however, OFC LEWIS' taser had a bad connection and was no longer effective. Since OFC LEWIS's taser was not effective, OFC PHILLIP'S deployed his taser. RODRIGUEZ still refused to comply with verbal commands given by officers and continued to slide up the street on his back.

After approximately 5 minutes OFC (GREGORY) BOWLDEN arrived.   OFC BOWLDEN was giving verbal commands while attempting to grab RODRIGUEZ to gain control. While OFC BOWLDEN was attempting to grab RODRIGUEZ, RODRIGUEZ attempted to bite OFC BOWLDEN. OFC BOWLDEN deployed his taser. RODRIGUEZ still not did comply with commands after being tased.

OFC STROUD made the decision that hands of force needed to be used to gain control of RODRIGUEZ. OFC STROUD went hands on and was able to gain control of RODRIGUEZ's left arm enough to bring it to an almost flexing position, while OFC BOWLDEN handcuffed RODRIGUEZ.   Due to an unknown deformity on RODRIGUEZ's left hand RODRIGUEZ was able to slip out of the handcuff. OFC STROUD regained control of RODRIGUEZ's left arm and secured the handcuff. OFC LEWIS secured and handcuffed RODRIGUEZ's right arm. RODRIGUEZ was secured behind his head as officers were unable to get RODRIGUEZ's hands

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
731950          EXHIBIT ____11____

**10-0090-34-20**

behind his back. After being handcuffed, RODRIGUEZ fully extended both arms above his head and was flat on the ground. RODRIGUEZ continued to resist after being handcuffed by attempting to bite officers and get off the ground. OFC STROUD restrained RODRIGUEZ's left arm, OFC LEWIS restrained RODRIGUEZ's right arm, OFC BOWLDEN placed RODRIGUEZ in leg irons and OFC PHILLIPS applied pressure to RODRIGUEZ's lower back.

OFC STROUD called for Emergency Medical Services (EMS) once RODRIGUEZ was restrained. RODRIGUEZ was restrained for approximately 4 minutes prior to EMS arriving.

Approximately 20 to 30 seconds before EMS arrived OFC STROUD heard OFC PHILLIPS state, "I'm not sure if he is breathing". OFC STROUD told OFC PHILLIPS to get off of RODRIGUEZ's back and OFC STROUD attempted to check RODRIGUEZ for a pulse using his index and middle finger.   OFC STROUD was unsure if he located a pulse. OFC STROUD advised EMS arrived and took over care.

SA MORRIS asked a series of questions, and STROUD provided the following responses:

STROUD qualified with his taser once a year but did not remember the exact date.

STROUD advised that policy stated do not tase more than 3 or 4 times unless absolutely necessary.

The lighting was dark, but RODRIGUEZ moved towards the light at the entrance of

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___11___

**10-0090-34-20**

Clover Ranch neighborhood.

STROUD originally parked his vehicle near the church but later moved his vehicle to incident location. STROUD's assigned vehicle was car number #2.

STROUD located RODRIGUEZ's shorts and shirt approximately one hundred (100) to one hundred and fifty (150) feet west of the incident location towards highway 19/41. Items were located in the middle of the road.

STROUD pulled his taser but did not deploy. STROUD kept his taser loaded with one (1) cartridge.

The distance between OFC LEWIS and RODRIGUEZ when he tased was approximately eight (8) to ten (10) feet.

RODRIGUEZ was commenting when they were giving verbal commands but was not responding to their commands.   STROUD remembered RODRIGUEZ saying things, but he could not remember exactly what he was saying.

STROUD used force to gain control of situation.

STROUD did not sustain any injures during incident.

STROUD had given a briefing to SGT COOLEY.

STROUD advised he was involved in a previous use of force incident.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

731950

EXHIBIT    11

**10-0090-34-20**

STROUD had never been charged with any criminal offense.

STROUD's dash camera was not activated and his body camera was dead. STROUD believed that BOWLDEN's and LEWIS's body camera should have been on during the incident.

STROUD was asked to draw a sketch.   The sketch was attached to this summary.

The interview concluded at approximately 3:34 a.m.

**ATTACHMENTS**

AUDIO Digital recording of interview with
Officer MARCUS STROUD                                      (Attachments)

OTHER Sketch drawn by Officer MARCUS                      (Attachments)
STROUD

**ID DATA:**

**STROUD, MARCUS JEROMY**   (OFFICER)
DOB: 8/22/1970
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
17 EAST MAIN STREET
HAMPTON, GA
CELLULAR:(404)931-9926

SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/21/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT ___11___
731950

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 2:24 a.m., Special Agent (SA) DAVID JONES was located at the Hampton Police Department for the purpose of conducting an interview.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES interviewed HPD Officer MASON LEWIS.   Officer LEWIS has worked with the HPD for 11 months.   Officer LEWIS has previous law enforcement experience with Georgia Department of Public Safety - Motor Carrier and Compliance and Spalding County Sheriff's Office.   Officer LEWIS was assigned to Patrol in the Uniform Division. Officer LEWIS advised SA JONES that he came on duty at 6:00 p.m., working a 12 hour shift.

Officer LEWIS was advised the following statement:

"This investigation is to determine whether any criminal laws have been violated during the use of force incident.   It is not an administrative or disciplinary inquiry.   You are not being compelled to give any statement or answer any questions.   Your cooperation in this investigation is voluntary."

The following is a summary of the Officer LEWIS interview.   For a complete account, refer to the attached audio file.   After advising him of the identity of the interviewing agent and the nature of the interview, Officer LEWIS essentially stated the following:

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT ___12___

**10-0090-34-20**

At approximately 10:05 p.m., he was dispatched to a male in the street taking off his clothing.   He arrived in the area with Officer [MARCUS] STROUD at approximately 10:11 p.m..   He located the male on Oak Street near Windsor Pkwy near the Calvary Church.   The male was walking in the center of the street, wearing no clothing.   He gave the male verbal commands to stop and to get on the ground.   While he was giving the male verbal commands, the male yelled expletives and "flipped" him off.   When the male wasn't yelling expletives, he ignored his commands and continued to walk down Oak Street.

He drew his taser and continued to tell the male to stop and get on the ground.   At two points, the male got into a fighting stance (closed, clinch fist and bowed out his arms). The male also yelled, "fuck you, you ain't gonna touch me."   The male continued to walk on the street and into traffic.   He made the decision to deploy his taser.   The probes hit the male in the back and he dropped to the ground.   The male tried to get up.   He told the male to roll over and put his hands behind his back.   The male refused to follow commands. The male also began to mock them, repeating what they were tell him to do. Officer [GREGORY] BOWLDEN was called to the scene to assist.

He, Officer STROUD and Officer BOWLDEN continued to give the male verbal commands to roll over and put his hands behind his back.   The male remained on his back and began rubbed his back on the ground and moving "like a worm."   The male got to Officer BOWLDEN.   He attempted to administer another shock but it no longer had a neuromuscular effect.

At this time a Henry County Police Officer arrived on scene.   The male had moved

728142

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___12___

**10-0090-34-20**

himself to the front of one of their patrol vehicles and tried to pull himself up.   One of the officers deployed their taser and administered another shock to the male.   At this point, they felt that they had enough manpower to subdue the male.   They went hands on and the male resisted greatly but refusing to allow them to handcuff him.   The male seemed to have a great deal of strength.

At some point, they got him into the handcuffs.   They got some leg shackles to restrain his feet.   They held him until Emergency Medical Services (EMS) arrived.   Officer BOWLDEN released the wrist cuffs and he released the leg shackles for EMS.   The male became unresponsive.

Towards the end of his statement, Officer LEWIS advised that he remembered the male growling and saying something about his angel dust and his son.   Officer LEWIS advised that he also remembered the male biting Officer Shroud's boot and trying to bite his shoe while they were holding him for EMS.

SA JONES asked Officer LEWIS some follow up questions in order to clarify some parts of his statement.   Officer LEWIS advised that the male sustained injuries to his back when he was moving on the ground after being tased.   Officer LEWIS advised SA JONES that he administered 3 cycles on the male and when he tried to administer the fourth cycle he discovered that the probes had likely dislodged.   Officer LEWIS advised SA JONES that he did not know the male prior to the night of the incident.   SA JONES asked Officer LEWIS who called for EMS.   Officer LEWIS advised that he believed Officer STROUD called EMS.

SA JONES asked Officer LEWIS if he had anything further to add.   Officer LEWIS advised that a Lyft driver named LECO HARRIS advised him of a female FNU LNU

Page 3 of 4

728142

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___12___

**10-0090-34-20**

frantically looking for her boyfriend, who turned out to be the male and identified as
FERNANDO RODRIGUEZ.   Officer LEWIS advised that the female was also with
FERNANDO'S brother FNU LNU.   Officer LEWIS advised SA JONES that he had
nothing further to add to his statement.

Officer LEWIS did not draw a sketch of the scene.

The interview was concluded at approximately 2:53 a.m..

**ATTACHMENTS**

AUDIO Interview of Officer MASON LEWIS

(Attachments)

**ID DATA:**

**LEWIS, MASON**   (OFFICER)
DOB: 11/21/1993
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728142

EXHIBIT ___12___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday September 21, 2019 at approximately 12:42 a.m. Special Agent (SA) JUSTIN MCALLISTER was located at Grady Memorial Hospital, 80 Jesse Hill Jr Drive Southeast, Atlanta, Fulton County, Georgia for the purpose of interviewing registered nurse KIMBERLY BRZOZA. BRZOZA was responsible for treating FERNANDO RODRIGUEZ when he arrived at Grady Hospital.

BRZOZA advised SA MCALLISTER that when RODRIGUEZ arrived, she was given information from the paramedics that RODRIGUEZ had gone into cardiopulmonary arrest three (3) separate times on the way to the hospital. When RODRIGUEZ arrived, he had six (6) taser probes in his body. BROZOZA provided these probes to SA MCALLISTER. SA MCALLISTER collected these probes, and they were placed on property receipt number 566792 (see attached). BRZOZA advised SA MCALLISTER that RODRIGUEZ'S pulse rate had been up since he arrived at Grady. RODRIGUEZ was received a Computed Tomography (CT) scan when SA MCALLISTER arrived at the hospital. When RODRIGUEZ came out of the CT scan, he was still unconscious. SA MCALLISTER took photographs of RODRIGUEZ injuries (see attached).

This investigative act was completed at approximately 1:30 a.m.

**ATTACHMENTS**

PHOTOGRAPH Rodriguez Photographs                                    (Attachments)
GBI EVIDENCE RECEIPT Taser Probes                                    (Attachments)
evidence reciept

**EVIDENCE**

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT _____ 13 _____

SIX (6) TASER PRONGS TAKEN FROM THE BODY OF          AA03699-Evidence.pdf

**ID DATA:**

**BRZOZA, KIMBERLY**   (Previously Submitted)

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT _____ 13_____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday September 21, 2019 at approximately 2:32 a.m. Special Agent (SA) JUSTIN MCALLISTER was located at Grady Memorial Hospital, 80 Jesse Hill Jr Drive Southeast, Atlanta, Fulton County, Georgia for the purpose of interviewing IVONNE BECERRA. BECERRA was the subject in the current investigation (FERNANDO RODRIGUEZ) girlfriend.

This is a summary of the interview conducted with BECERRA. For a complete account of the interview refer to the attached recording.

BECERRA stated essentially the following:

On the night of September 20, 2019, BECERRA and RODRIGUEZ were at the Imagine Festival in Hampton, Georgia. BECARRA advised SA MCALLISTER that RODRIGUEZ was not acting out of the ordinary throughout the night. When BECERRA and RODRIGUEZ were about to leave the festival, RODRIGUEZ ran out of the entrance and BECERRA did not know where he went. BECERRA advised SA MCALLISTER that RODRIGUEZ did not say anything out of the ordinary that night. BECERRA advised SA MCALLISTER that she did not see RODGRIGUEZ take any drugs during the festival. BECERRA advised SA MCALLISTER that he had never ran off by himself without telling anybody before.

After RODRIGUEZ ran toward the entrance BECERRA could not find him. RODRIGUEZ's brother (KEVIN RODRIGUEZ) was also at the festival. KEVIN attempted to help BECERRA find RODRIGUEZ, but he could not be found

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___14___

734524

**10-0090-34-20**

anywhere close to the entrance of the festival.

BECERRA advised SA MCALLISTER that a LYFT driver gave her and KEVIN a ride to where RODRIGUEZ was supposed to be located. When BECERRA arrived, RODRIGUEZ was no longer located at the crime scene. There were multiple police officers located at the scene. RODRIGUEZ had already been transported to the hospital.

BECERRA did not see any of the use of force incident. Prior to arriving at Grady Hospital, the last time BECERRA saw RODRIGUEZ was when he ran away from her at the festival.

This interview was completed at approximately 2:41 a.m.

**ATTACHMENTS**

AUDIO Audio Recording                                    (Attachments)

**ID DATA:**

**BECERRA, IVONNE**   (Previously Submitted)

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___14___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday September 21, 2019 at approximately 2:43 a.m. Special Agent (SA)
JUSTIN MCALLSITER was located at Grady Memorial Hospital, 80 Jesse Hill Jr Drive
Southeast, Atlanta, Fulton County, Georgia for the purpose of interviewing KEVIN
RODRIGUEZ. KEVIN'S brother, FERNANDO RODRIGUEZ is the subject of the current
use of force investigation.

This is a summary of the interview conducted with KEVIN. For a complete account of the
interview refer to the attached recording.

KEVIN stated essentially the following:

On the night of September 20, 2019, KEVIN was located at the Imagine Festival in
Hampton, Georgia. KEVIN and FERNANDO drove separately to the festival. KEVIN
arrived at the festival at around 7 or 8 p.m. After arriving at the festival, KEVIN met with
FERNANDO. KEVIN advised SA MCALLISTER that when he initially saw FERNANDO it
looked like he was having fun, and he was not acting out of the ordinary. Before KEVIN
left FERNANDO again FERNANDO was sitting on the ground with his legs crossed and
acting out of the ordinary. KEVIN advised SA MCALLISTER that FERNANDO was
acting as if he was on some type of drug. KEVIN did not know what type of drug
FERNANDO might have taken. FERNANDO has had an issue with using drugs in the
past. After KEVIN saw FERNANDO sitting on the ground, he left with his girlfriend.

Shortly after leaving FERNANDO, FERNANDO'S girlfriend IVONNE BECERRA

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT ___15___

**10-0090-34-20**

called KEVIN and advised him that she could not find FERNANDO. BECERRA told KEVIN that FERNANDO ran into the street. After looking for FENDANDO for awhile, KEVIN was about to call a LYFT driver to take him and BECERRA to FERNANDO'S house. Before KEVIN called the driver, one of his other friends that was a LYFT driver contacted him and told him he knew where his brother was at. KEVIN then went to this location and there were multiple police officers located in the area. FERNANDO was already gone when KEVIN got to the scene. KEVIN advised the Police Officers at the scene of FERNANDO'S identity.

KEVIN did not see the use of force incident. The last time KEVIN saw FERNANDO before arriving at Grady Hospital was at the Imagine Festival.

This interview was completed at approximately 2:52 a.m.

**ATTACHMENTS**

AUDIO Kevin Rodriguez                                                         (Attachments)

**ID DATA:**

**RODRIGUEZ, KEVIN**   (Previously Submitted)

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___15___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 2:47 a.m., Special Agent in Charge (SAC) BAHAN RICH met with Lieutenant RICHARD HARNED of the Henry County Police Department (HCPD) at the intersection of Oak Street and Windsor Parkway in Hampton Georgia.   HARNED turned over to RICH the Taser which had been used by HCPD QUINTON PHILLIPS during the use of force incident.

HARNED stated that PHILLIPS had turned over his Taser to HCPD Sergeant BESS BAUGH after BAUGH responded to the scene.   HARNED stated that BAUGH then turned the Taser over to HARNED to relinquish to the GBI.

The Taser, with serial number X2-9009R3N, was listed on GBI Property Receipt #E-566782 (see attached).   RICH noted that the Taser did not have any cartridges attached.

HARNED provided no further information and the investigative act ended at approximately 2:55 a.m.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____16____

**ID DATA:**

**HARNED, RICHARD**   (LIEUTENANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT
GA
:(770)288-7578

SPECIAL AGENT IN CHARGE JOHN B RICH, III:   9/23/2019
Id:   10/11/2019

Page 2 of 2

730872

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___16___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 2:58 a.m., Special Agent (SA) DAVID JONES was located at the Hampton Police Department in Hampton, Henry County, Georgia for the purpose of collecting evidence.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES met with Henry County Police Lieutenant DANNY STAPP.   Lieutenant STAPP advised that he sent a link for access to the body camera footage from Henry County Police Officers QUENTIN PHILLIPS and ROBERT BUTERA.   SA JONES downloaded the videos and viewed them.

Officer QUENTIN PHILLIPS' body camera video duration was approximately 41 seconds.   Officer PHILLIPS approached RODRIGUEZ who was naked, lying on his back, and surrounded by other officers.   Officers gave RODRIGUEZ verbal commands to roll over.   RODRIGUEZ was not being compliant and was moving away from the officers by sliding backwards.   An officer deployed his Taser at RODRIGUEZ but it did not have an immobilizing effect as RODRIGUEZ.   Other officers attempted to subdue RODRIGUEZ with hands but RODRIGUEZ began flailing his hands and yelling as the video ended.

Officer ROBERT BUTERA body camera video was in two parts, the duration of the first was approximately 20 minutes and the duration of the second was about 3

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___17___

728109

**10-0090-34-20**

minutes.   Officer BUTERA walked up after officers had RODRIGUEZ pinned to the ground.   The view of the camera shows one officer holding the feet of RODRIGUEZ. RODRIGUEZ was yelling and physically resisting the officers' efforts to gain physical control by moving his body and not being compliant with the officer's commands.   At one point, RODRIGUEZ told the officers to get off of him and made reference to "angel dust."   RODRIGUEZ appeared to be face down.   At one point officers gained control of RODRIGUEZ and pinned him to the ground as they waited for the ambulance. After approximately five (5) minutes after Officer BUTERA arrived, RODRIGUEZ was still yelling as he was being pinned to the ground.   After approximately eight (8) minutes after Officer BUTERA arrived, RODRIGUEZ's movement begun to stop and one of the officers asked if he was still breathing.   An officer said that RODRIGUEZ was still breathing.   An officer said that RODRIGUEZ was holding his breath (8:12).     An officer said that RODRIGUEZ has stopped breathing (8:20).   The same officer said that he was breathing again (8:24).   At counter 10:00 one of the officers said that they can't tell if whether he was breathing or not.   At counter 10:26, HPD Officer BOWLDEN asked HCPD Officer PHILLIPS if he was breathing and Officer PHILLIPS replied that he saw him twitching.     At counter 10:30 an officer is heard tapping RODRIGUEZ in order to get a response.   At counter 11:55, Henry County Fire Department arrived and discovered that RODRIGUEZ was not breathing.   They loaded him onto a gurney and began Cardiopulmonary Resuscitation (CPR) (12:40).   At counter 15:15, the body camera was put in the car and it continued to record for approximately five (5) more minutes.   The second video resumes in the vehicle and runs for about three (3) minutes before it ended.

The videos obtained were attached to this summary.

Nothing further was obtained at this time.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728109

EXHIBIT ___17___

**ATTACHMENTS**

VIDEO Henry County Police Body Camera
Video

(Attachments)

**ID DATA:**

**STAPP, DANNY**   (LIEUTENANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT

SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
728109

EXHIBIT ___17___

# GEORGIA BUREAU OF INVESTIGATION
## REGION 10
## INVESTIGATIVE SUMMARY

**10-0090-34-20**

<span style="color:red">*JUVENILE*</span>

On Saturday, September 21, 2019, at approximately 3:36 a.m., Special Agent (SA) DAVID JONES was located at 419 Windsor Pkwy, Hampton, Henry County, Georgia, for the purpose of conducting an interview during a neighborhood canvass.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of RODRIGUEZ.

The following is a summary of the BRUMFIELD interview.   For a complete account, refer to the attached audio file.   After advising him of the identity of the interviewing agent and the nature of the interview, BRUMFIELD essentially stated the following:

SA JONES made contact with the homeowner, BRANDON BRUMFIELD.   BRUMFIELD advised SA JONES that he wasn't present during the incident.   BRUMFIELD advised that his 11 year old son, LOFTON BRUMFIELD, and LOFTON'S friend AIDEN LAWSON were home at the time of the incident.   BRUMFIELD advised that LOFTON called him and told him that there were 3 cops fighting with a guy.   BRUMFIELD advised SA JONES that he told LOFTON to stay in the house.   BRUMFIELD advised SA JONES that LOFTON did not record the event.

This act was concluded at approximately 3:42 a.m..

**ATTACHMENTS**

AUDIO Interview of BRANDON BRUMFIELD

(Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___18___

**ID DATA:**

**BRUMFIELD, BRANDON**   (MR)
SEX/RACE: MALE/WHITE
ADDRESS: 419 WINDSOR PKWY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
UNKNOWN
CELLULAR:(470)424-1302

SPECIAL AGENT DAVID JONES:  9/25/2019
dj:  9/25/2019

728144

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___18___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday, September 21, 2019, at approximately 11:58 a.m. Special Agent (SA) KESHIA MORRIS was located at Clover Ranch, 100 Oxford Circle, Hampton, Georgia for the purpose of conducting a neighborhood canvass. This investigative act was in reference to a request by the Hampton Police Department for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

The neighborhood canvass was digitally recorded using an Olympus WS-852 digital voice recorder. The recording was attached to this investigative summary and should be referred to for completed details of the interviews.

417 Windsor Parkway, SA MORRIS spoke with DONNA BUICE. BUICE did not see or hear anything regarding the incident. She was asleep at the time of the incident. BUICE lived with her brother who was on vacation at time of incident.

418 Windsor Parkway, SA MORRIS spoke with IVONNE FIGUEROA and HEIDI FLORES. FIGUEROA was not home at the time of incident and had returned to her residence at approximately 2:00 a.m. FIGUEROA only observed police presence. FIGUEROA had no pertinent information regarding what happened. FLORES was home with her minor children at the time of incident. FLORES stated she saw police vehicles but did not see any officers. FLORES saw a red item in the road believed to be a human body part.

419 Windsor Parkway- There was no activity at the residence, and no one answered

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___19___

**10-0090-34-20**

the door.

420 Windsor Parkway- There was no activity at the residence, and no one answered the door.

421 Windsor Parkway, SA MORRIS spoke with PEGGY TRAILER and JAYSHONRIVON IRVIN. TRAILER saw the police lights and attempted to determine what had occurred but was advised by law enforcement to stay back. TRAILER observed police presence for approximately 4 hours. SA MORRIS inquired about surveillance cameras. TRAILER advised SA MORRIS that she had four (4) exterior cameras. TRAILER allowed SA MORRIS to view the video surveillance system. SA MORRIS noted that the four (4) exterior cameras did not cover the area of where the incident occurred. There were two (2) surveillance cameras angled towards the front yard and two (2) surveillance cameras angled towards the back yard. Due to the light conditions and trees no activity could be seen on Oak Street. SA MORRIS was only able to see blue police lights. SA MORRIS inquired about an unknown male witnessed by a neighbor. TRAILER had to get ready for work and requested SA MORRIS return on Sunday, September 22, 2019 at 9:00 a.m., to review additional footage. IRVIN only saw police presence. IRVIN had no pertinent information regarding what happened.

422 Windsor Parkway, SA MORRIS spoke with IVONNE CUEBAS. CUEBAS did not see or hear anything regarding incident. CUEBAS did observe an unknown male shirtless running and screaming down the street on her surveillance cameras. CUEBAS had a prior obligation but advised SA MORRIS that she could return on September 22, 2019 to view the footage.

731949

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___19___

**10-0090-34-20**

504 Windsor Parkway, SA MORRIS spoke with STEVE MCENTYRA. STEVE advised his son JOSHUA MCENTYRA was smoking a cigarette on the porch when he noticed police lights and advised STEVE that he was missing all the action. STEVE and JOSHUA were advised by unknown persons that someone had been shot. STEVE advised he did not hear any gunshots.

SA MORRIS contacted the Case Agent, SA DAVID JONES, and advised him of the information obtained during the canvass.

The neighborhood canvass was concluded at approximately 11:48 a.m.

**ATTACHMENTS**

AUDIO Neighborhood Canvass at Clover                    (Attachments)
Ranch, 100 Oxford Circle, Hampton, Georgia

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

731949

EXHIBIT ___19___

## ID DATA:

**BUICE, DONNA**   (MS)
SEX/RACE: FEMALE/WHITE
ADDRESS: 417 WINDSOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

**CUEBAS, IVONNE**   (MS)
SEX/RACE: FEMALE/HISPANIC
ADDRESS: 422 WINDSOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

**FIGUEROA, IVONNE**   (MS)
SEX/RACE: FEMALE/HISPANIC
ADDRESS: 418 WINDSOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

**FLORES, HEIDI**   (MS)
SEX/RACE: FEMALE/HISPANIC
ADDRESS: 418 WINSDOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

**IRVIN, JAYSHONRIVON**   (MR)
SEX/RACE: MALE/BLACK
ADDRESS: 421 WINDSOR PARKWAY

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
731949

EXHIBIT ___19___

HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

**MCENTYRA, JOSHUA**   (MR)
SEX/RACE: MALE/WHITE
ADDRESS: 504 WINDSOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

**TRAILER, PEGGY**   (MS)
SEX/RACE: FEMALE/BLACK
ADDRESS: 421 WINDSOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A

SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/21/2019

731949

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT _____ 19

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**<u>10-0090-34-20</u>**

On Saturday September 21, 2019 at approximately 12:30 a.m. Special Agent (SA)
JUSTIN MCALLISTER was located at Piedmont Henry Hospital 1133 Eagles Landing
Parkway, Stockbridge, Henry County, Georgia. SA MCALLISTER was at this location for
the purpose of interviewing Registered Nurse BRITTANY LANGFORD. LANGFORD
was the nurse that attended to FERNANDO RODRIGUEZ (the subject of the current
investigation) when he arrived at the hospital.

LANGFORD advised SA MCALLISTER that RODRIGUEZ was completely naked when
he arrived at the hospital. RODRIGUEZ had abrasions and bruising all over his body.
RODRIGUEZ had scratches on his chest and back. When RODRIGUEZ arrived at the
hospital there were six (6) taser probes in him. Emergency medical personnel that were
at the scene of the use of force advised LANGFORD that two (2) taser prongs were
taken out of RODRIGUEZ at the scene. LANGFORD advised SA MCALLISTER that
RODRIGUEZ was not located at Piedmont Henry Hospital for a long time. Shortly after
RODRIGUEZ arrived at the hospital, he was transported to Grady Memorial Hospital.

This interview was completed at approximately 12:37 a.m.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

734505

EXHIBIT ___20___

**ID DATA:**

**LANGFORD, BRITTANY**   (NURSE)
SEX/RACE: FEMALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: REGISTERED NURSE
EMPLOYER:
PIEDMONT HOSPITAL


SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___20___

734505

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Saturday September 21, 2019 at approximately 12:40 a.m. Special Agent (SA) JUSTIN MCALLISTER was located at Piedmont Henry Hospital, 1133 Eagles Landing Parkway, Stockbridge, Henry County, Georgia for the purpose of interviewing ANDREW KOEHN. KOEHN was a firefighter paramedic with the Henry County Fire department. KOEHN responded to the scene of a use of force incident, that resulted in the injuries of FERNANDO RODRIGUEZ.

This is a summary of the interview conducted with KOEHN. For a complete account of the interview refer to the attached recording.

KOEHN stated essentially the following:

KOEHN advised SA MCALLISTER that he along with other Henry County fire fighter paramedics, responded to a use of force incident on the night of September 20, 2019. When KOEHN arrived on scene there were approximately four Police Officers located at the scene. KOEHN advised SA MCALLISTER that when he arrived at the scene one of the officers was on top of RODRIGUEZ with his knee in RODRIGUEZ's back. RODRIGUEZ was in the prone position handcuffed behind his back when KOEHN arrived. RODRIGUEZ did not have a pulse and did not have a chest rise. KOEHN noticed bruising and abrasions on the left side of RODRIGUEZ face. KOEHN counted six (6) separate taser probes in RODRIGUEZ. RODRIGUEZ had abrasions all over his body. RODRIGUEZ was also completely naked when KOEHN arrived. KOEHN and other paramedics performed cardio pulmonary resuscitation (CPR) on RODRIGUEZ and continued while he was being transported

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___21___

734514

**10-0090-34-20**

to the hospital.

RODRIGUEZ was taken from the scene to Piedmont Henry Hospital. RODRIGUEZ was then transported from Piedmont Henry Hospital to Grady Memorial Hospital.

This interview was completed at approximately 12:55 a.m.

**ATTACHMENTS**

AUDIO Koehn Audio                                                                                    (Attachments)

**ID DATA:**

**KOEHN, ANDREW**   (FIREFIGHTER)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: FIREFIGHTER
EMPLOYER:
HENRY COUNTY FIRE

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___21___

734514

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Sunday, September 22, 2019, at approximately 9:00 a.m. Special Agent (SA) KESHIA MORRIS was located at Clover Ranch, 100 Oxford Circle, Hampton, Georgia for the purpose of obtaining a copy of surveillance footage. This investigative act was in reference to a request by the Hampton Police Department for the Georgia Bureau of Investigation (GBI) to investigate an officer involved use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

At approximately 9:00 a.m. SA MORRIS attempted to contact PEGGY TRAILER at 421 Windsor Parkway, Hampton, Georgia. SA MORRIS observed that there were vehicles in the driveway, but no one answered the door. SA MORRIS attempted to contact TRAILER via cellular telephone with no success.

SA MORRIS contacted IVONNE CUEBAS who resided at 422 Windsor Parkway, Hampton Georgia, via cellular telephone. CUEBAS advised SA MORRIS that she was not at her residence and did not wish to provide surveillance footage as she did not want to get involved.

SA MORRIS contacted the Case Agent, SA DAVID JONES, and advised him of the information obtained during the canvass.

This investigative act was concluded at approximately 9:20 a.m.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___22___

732240

**ID DATA:**

**TRAILER, PEGGY**   (MS)
SEX/RACE: FEMALE/BLACK
ADDRESS: 421 WINDSOR PARKWAY
HAMPTON, HENRY COUNTY, GA 30228
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
N/A


SPECIAL AGENT KESHIA MORRIS:   10/21/2019
km:   10/22/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
732240
EXHIBIT ___22___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, September 23, 2019, at approximately 10:56 a.m., Special Agent (SA) DAVID JONES received an email from SA KESHIA MORRIS from Henry County Police Detective ASHLEY RAMSEY.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of RODRIGUEZ.

The email contained documented investigative acts conducted by Detective RAMSEY that she wanted to pass on to the GBI.   The email also contained an audio statement from IVONNE BECERRA, girlfriend of FERNANDO RODRIGUEZ.

The email and audio file provided by Detective RAMSEY was attached to this summary.

Nothing further was obtained at this time.

**ATTACHMENTS**

E-MAIL(S) Email from ASHLEY RAMSEY and
audio file.

(Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___23___

**ID DATA:**

**RAMSEY, ASHLEY**   (DETECTIVE)
SEX/RACE: FEMALE/UNKNOWN
COUNTRY: UNITED STATES
OCCUPATION: DETECTIVE
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT


SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

735201

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____23____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, September 23, 2019, at approximately 11:12 a.m., Special Agent (SA) DAVID JONES received information regarding the condition of FERNANDO RODRIGUEZ.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of RODRIGUEZ.

SA JONES contacted Lieutenant DANNY STAPP with Henry County Police Department. Lieutenant STAPP advised SA JONES that Major JASON BOLTON received a text message from a representative with Grady Hospital advising that RODRGUEZ had passed away.

SA JONES contacted Grady Memorial Hospital.   SA JONES was advised that RODRIGUEZ was declared deceased at 1:43 a.m. on Monday, September 23, 2019. SA JONES contacted Deputy Director ASHLEY GARRISH with the Georgia Bureau of Investigation Medical Examiner's Office.   Deputy Director GARRISH advised SA JONES that the Henry County Coroner's Office notified them of RODRIGUEZ'S death. Deputy Director GARRISH advised SA JONES that they will transport RODRIGUEZ to the Medical Examiner's Office for autopsy.   SA JONES was later advised that the autopsy was scheduled on Tuesday, September 22, 2019, at 8:45 a.m..

Nothing further was advised at this time.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
735109

EXHIBIT __24__

**ID DATA:**

**RODRIGUEZ, FERNANDO**   (MR)
DOB: 8/17/1995
SEX/RACE: MALE/HISPANIC
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
UNKNOWN

SPECIAL AGENT DAVID JONES:   9/23/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___24___

735109

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, September 23, 2019, at approximately 2:03 p.m., Special Agent (SA) DAVID JONES sent an email request for records to Chief DERRICK AUSTIN with the Hampton Police Department.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

The request is attached to this summary.

Nothing further was requested at this time.

**ATTACHMENTS**

REQUEST LETTERS Records Request
Hampton Police

(Attachments)

**ID DATA:**

**AUSTIN, DERRICK**   (CHIEF)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE CHIEF
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT DAVID JONES:  9/25/2019
dj:  9/25/2019

Page 1 of 1

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728135

EXHIBIT ____25____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**<u>10-0090-34-20</u>**

On Monday, September 23, 2019, at approximately 2:07 p.m., Special Agent (SA) DAVID JONES sent an email request for records to Lieutenant DANNY STAPP with the Henry County Police Department.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

The request is attached to this summary.

Nothing further was requested at this time.

**<u>ATTACHMENTS</u>**

REQUEST LETTERS Henry County Police                                <u>(Attachments)</u>

**<u>ID DATA:</u>**

**STAPP, DANNY**   (LIEUTENANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT

SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___26___

728138

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, September 24, 2019, at approximately 1:03 p.m., Special Agent (SA) DAVID JONES received a response to criminal history request on FERNANDO RODRIGUEZ from Criminal Intelligence Analyst (CIA) KEESHA NORMAN.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES reviewed the criminal history of RODRIGUEZ.   RODRIGUEZ had no arrests for violent offenses.   RODRIGUEZ had been arrest two times.   RODRIGUEZ was arrested in November 2013 for driving under the influence of drugs and marijuana possession.   RODRIGUEZ's criminal history was attached to this summary.

Nothing further was done at this time.

**ATTACHMENTS**

CRIMINAL HISTORY FERNANDO
RODRIGUEZ                                                    (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___27___

**ID DATA:**

**RODRIGUEZ, FERNANDO**   (MR)
DOB: 8/17/1995
SEX/RACE: MALE/HISPANIC
COUNTRY: UNITED STATES
OCCUPATION: UNKNOWN
EMPLOYER:
UNKNOWN


SPECIAL AGENT DAVID JONES:   9/24/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___27___

735113

# GEORGIA BUREAU OF INVESTIGATION
## REGION 10
## INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, September 24, 2019, at approximately 1:34 p.m., Special Agent (SA) DAVID JONES received a response to criminal history request on Henry County Police Officer QUINTON PHILLIPS from Criminal Intelligence Analyst (CIA) KEESHA NORMAN.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

CIA NORMAN advised in her response that Officer PHILLIPS did not have a criminal history on file.

The printout indicating "No Record Found" is attached to this summary.

Nothing further was done at this time.

**ATTACHMENTS**

CRIMINAL HISTORY NO RECORD FOUND
QUINTON PHILLIPS                                         (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___28___

735116

**ID DATA:**

**PHILLIPS, QUINTON**   (OFFICER)
SEX/RACE: MALE/UNKNOWN
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT
110 S ZACK HINTON PKWY
MCDONOUGH, GA 30253

SPECIAL AGENT DAVID JONES:   9/24/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___28___

735116

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, September 24, 2019, at approximately 1:39 p.m., Special Agent (SA) DAVID JONES received a response to criminal history request on Hampton Police Officer MASON LEWIS from Criminal Intelligence Analyst (CIA) KEESHA NORMAN. This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

CIA NORMAN advised in her response that Officer LEWIS did not have a criminal history on file.

The printout indicating "No Record Found" is attached to this summary.

Nothing further was done at this time.

**ATTACHMENTS**

CRIMINAL HISTORY NO RECORD FOUND                    (Attachments)
MASON LEWIS

Page 1 of 2

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___29___

735119

**ID DATA:**

**LEWIS, MASON**   (OFFICER)
DOB: 11/21/1993
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT DAVID JONES:   9/24/2019
dj:   11/12/2019

735119

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___29___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Wednesday September 25, 2019 at approximately 10:50 a.m. Special Agent (SA) JUSTIN MCALLISTER was located at 418 Windsor Parkway in Hampton, Georgia for the purpose of interviewing IVONNA FIGUEROA. FIGUEROA had previously been interviewed as a witness in the current investigation by SA KESHIA MORRIS. A few days after the initial interview with FIGUEROA, FIGUEROA was seen on a news station giving an interview about the Use of Force incident that occurred. In this interview FIGUEROA gave information that she did not initially give SA MORRIS.

This is a summary of the interview conducted with FIGUEROA. For a complete account of the interview refer to the attached recording.

FIGUEROA stated essentially the following:

FIGUEROA asked SA MCALLISTER why he was located at her residence to interview her again. SA MCALLISTER asked FIGUEROA about the news story and FIGUEROA confirmed it was her in the news story. SA MCALLISTER asked FIGUEROA why her story was different on the news story than what she initially told SA MORRIS. FIGUEROA advised SA MCALLISTER that since speaking with SA MORRIS she saw a video that captured some of the use of force incident. FIGUEROA described what she saw in the video to the news reporters.

FIGUEROA advised SA MCALLISTER that the video was on Facebook but had since been deleted. OMAR OVANDO is the person who took the video on Facebook

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___30___

**10-0090-34-20**

live. FIGEROA advised SA MCALLISTER of where OVANDO lived.

FIGUEROA advised SA MCALLISTER that in the beginning of the video FERNANDO RODRIGUEZ (the subject of the current investigation) was already on the ground and there were multiple police officers around him. There were people in the background of the video saying that RODRIGUEZ had been Tased multiple times. FIGUEROA advised SA MCALLISTER that the video was on Facebook live and provided SA MCALLISTER with OVANDO'S Facebook profile, see attached picture.

SA MCALLISTER advised SA DAVID JONES of the information obtained from FIGUEROA.

This interview was completed at approximately 11:22 a.m.

**ATTACHMENTS**
AUDIO Ivonna Figuroa                                                (Attachments)
PHOTOGRAPH Facebook profile                                        (Attachments)

**ID DATA:**

**FIGUEROA, IVONNE**   (Previously Submitted)

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

Page 2 of 2                         **PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
734532

EXHIBIT ___30___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Wednesday September 25, 2019 at approximately 11:30 a.m. Special Agent (SA) JUSTIN MCALLISTER was located at 418 Windsor Parkway in Hampton, Georgia for the purpose of interviewing BENJAMIN CORIA. CORIA was being interviewed as a witness in the current investigation.

This is a summary of the interview conducted with CORIA. For a complete account of the interview refer to the attached recording.

CORIA stated essentially the following:

On the night of September 20, 2019 CORIA was located inside of his residence when he saw lights from police cars outside. After CORIA saw the lights, he started hearing yelling. CORIA could not tell what was being yelled. After hearing the yelling CORIA closed the windows in his house. CORIA could still see the police car lights outside and heard what sounded like two (2) gunshots. After CORIA heard the noise that sounded like gunshots more police cars arrived. Approximately thirty (30) minutes later an ambulance arrived. CORIA never saw FERNANDO RODRIGUEZ (the subject of the current investigation).

CORIA advised SA MCALLISTER that his neighbor OMAR recorded the incident. CORIA saw the video and advised SA MCALLISTER that all he could see in the video was the officers yelling at RODRIGUEZ while he was on the ground. In the video CORIA could not tell what the officers were yelling. CORIA provided SA MCALLISTER with the location of OMAR'S residence.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___31___

734538

**10-0090-34-20**

This interview was completed at approximately 11:38 a.m.

**ATTACHMENTS**

AUDIO Benjamin Coria                                                              (Attachments)

**ID DATA:**

**CORIA, BENJAMIN**   (Previously Submitted)

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:   11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited                    EXHIBIT      31
                                                              without written approval of a GBI Supervisor

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Wednesday September 25, 2019 at approximately 11:45 a.m. Special Agent (SA) JUSTIN MCALLISTER was located at 418 Windsor Parkway for the purpose of interviewing OMAR AVANDO. SA MCALLISTER was previously advised that OVANDO recorded a Facebook live video of the use of force incident.

When SA MCALLISTER visited OVANDO'S residence. OVANDO'S wife, JESSICA OVANDO was present at the residence. JESSICA did not speak good English, but SA MCALLISTER was able to provide her with his business card and phone number. JESSICA advised SA MCALLISTER that OMAR would contact him when he got home.

This investigative act was completed at approximately 12:05 p.m.

SPECIAL AGENT JUSTIN MCALLISTER:   10/17/2019
jm:  11/6/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

734540

EXHIBIT ____32____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Wednesday, September 25, 2019, at approximately 3:36 p.m., Special Agent (SA) DAVID JONES received an email from NICK REONAS with the Georgia Peace Officers Standards and Training (P.O.S.T.) Council.   The email was a response to a request for records and a questionnaire.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES reviewed the records and questionnaire.   SA JONES found that Hampton Police Officers MASON LEWIS and GREGORY BOWLDEN held Peace Officer Certification that are in good standing.   SA JONES found that Henry County Police Officer QUINTON PHILLIPS held a Peace Officer Certification that is in good standing. A copy of the email with the questionnaire and records were attached to this summary.

Nothing further was received at this time.

**ATTACHMENTS**

QUESTIONNAIRE POST Questionnaire                          (Attachments)
OTHER POST Records                                        (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728133

EXHIBIT ____33____

**ID DATA:**

**REONAS, NICK**   (MR)
SEX/RACE: MALE/UNKNOWN
COUNTRY: UNITED STATES
OCCUPATION: CUSTODIAN OF RECORDS
EMPLOYER:
PEACE OFFICERS STANDARDS AND TRAINING


SPECIAL AGENT DAVID JONES:   9/25/2019
dj:   9/25/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

728133

EXHIBIT ___33___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Thursday, September 26, 2019, at approximately 9:06 a.m., Special Agent (SA) DAVID JONES received an email from VILMA VALDIVIA with the Henry County District Attorney's Office.   VALDIVIA is a Victim Advocate and a friend of the Rodriguez family. This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

VALDIVIA advised in her email that OCTAVIO RODRIGUEZ JR., brother of FERNANDO, was the family spokesperson and that they were aware of the involvement of the GBI.   VALDIVIA provided SA JONES with a contact number for OCTAVIO. VALDIVIA also advised SA JONES that both OCTAVIO and FERNANDO'S father have the same name.   VALDIVIA also advised in her email that the family disputed the statement made by a female during a Channel 2 news report stating that FERNANDO'S mother came to her house and asked her what happened.   VALDIVIA advised that FABIOLA RODRIGUEZ, mother of FERNANDO, did not go anywhere other than Grady and never spoke with the female.

SA JONES attached a copy of the email from VALDIVIA.

Nothing further was advised at this time.

**ATTACHMENTS**
E-MAIL(S) E-mail from VILMA VALDIVIA                    (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
735122                                          EXHIBIT ___34___

**ID DATA:**

**VALDIVIA, VILMA**   (MS)
SEX/RACE: FEMALE/UNKNOWN
COUNTRY: UNITED STATES
OCCUPATION: OTHER
EMPLOYER:
HENRY COUNTY DISTRICT ATTORNEY'S OFFICE

SPECIAL AGENT DAVID JONES:   9/26/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

735122

EXHIBIT ___34___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, September 30, 2019, at approximately 1:30 p.m., Special Agent (SA) DAVID JONES telephonically contacted OCTAVIO RODRIGUEZ.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

OCTAVIO identified himself as the brother of FERNANDO and the family spokesperson. SA JONES asked if he any questions on behalf of the family.   OCTAVIO initially stated that he did not.   SA JONES advised OCTAVIO of the GBI's role in the investigation. SA JONES advised OCTAVIO that once the GBI completed its investigation, in approximately 90 days, the case would be turned over to the Henry County District Attorney's Office for review.

SA JONES asked OCTAVIO if his family wished to talk over the phone of meet at the District Attorney's Office.   OCTAVIO advised SA JONES that he believed that talking over the phone would put less stress on the family.   SA JONES provided OCTAVIO with his contact information.

SA JONES recorded the phone conversation with OCTAVIO.   The audio file is attached to this summary.

Nothing further was advised at this time.

Page 1 of 2

735148

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___35___

**ATTACHMENTS**

AUDIO OCTAVIO RODRIGUEZ

(Attachments)

**ID DATA:**

**RODRIGUEZ, OCTAVIO**   (MR)
SEX/RACE: MALE/HISPANIC
COUNTRY: UNITED STATES
OCCUPATION: REALTOR
EMPLOYER:
KELLER WILLIAMS AGENCY

SPECIAL AGENT DAVID JONES:   9/30/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

735148

EXHIBIT ____35____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, October 1, 2019, at approximately 8:12 a.m., Special Agent (SA) DAVID JONES received a response to criminal history request on Hampton Police Officer GREGORY BOWLDEN from Criminal Intelligence Analyst (CIA) KEESHA NORMAN. This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

CIA NORMAN advised in her response that Officer BOWLDEN did not have a criminal history on file.

The printout indicating "No Record Found" is attached to this summary.

Nothing further was done at this time.

**ATTACHMENTS**

CRIMINAL HISTORY GREGORY BOWLDEN                    (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT     36

**ID DATA:**

**BOWLDEN, GREGORY**   (OFFICER)
DOB: 4/15/1981
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

735152

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___36___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, October 1, 2019, at approximately 6:53 p.m., Special Agent (SA) DAVID
JONES received an email from Henry County Police Lieutenant DANNY STAPP.   The
email was a forwarded message from Axon, the maker of Taser.   This act was
conducted in furtherance of a request made by the Hampton Police Department (HPD)
and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation
(GBI) investigate the officer use of force incident that resulted in the death of
FERNANDO RODRIGUEZ.

SA JONES reviewed the email and the attachments.   The email was addressing the
agencies and providing point of contact information for key individuals with Axon.   The
attachments are checklists, articles and studies compiled by Axon and forwarded to
Henry County Police and Hampton Police after Axon saw the news story on the death of
RODRIGUEZ.

All information received (including the email) was attached to this summary.

Nothing further was obtained at this time.

**ATTACHMENTS**

E-MAIL(S) E-mail and attachments from Axon                          (Attachments)

Page 1 of 2

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____37____

735160

**ID DATA:**

**STAPP, DANNY**   (LIEUTENANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

735160

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___37___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Thursday, October 3, 2019, at approximately 1:02 p.m., Special Agent (SA) DAVID JONES was located at Henry County Police Headquarters for the purpose of obtaining records.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES was provided with previously requested documents, left by Henry County Police Lieutenant DANNY STAPP.   SA JONES reviewed the documents provided by Lieutenant STAPP.   The following items were contained:

Henry County Police field supplemental reports

Emergency 911 dispatch call detail report

Training record (POST) of HCPD Officer PHILLIPS

Inventory report for items assigned to HCPD Officer PHILLIPS

HCPD Policy on Taser use (CEW Conducted Energy Weapon)

HCPD Policy on Use of Force

HCPD Officer PHILLIPS Taser recertification

Email regarding the reason HCPD Officer PHILLIPS body camera video ended abruptly

HCPD Criminal Investigative Division Supplemental

Henry County EMS Patient Care Report (PCR)

Items received from Lieutenant STAPP, with the exception of items from Hampton

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT____38____

**10-0090-34-20**

Police, were attached to this summary.   The items from Hampton Police were obtained from Hampton Police.   Lieutenant STAPP also provided SA JONES with a disc containing 911 calls and radio traffic.   SA JONES attached the files from CD on this summary.

Nothing further was obtained at this time.

**ATTACHMENTS**

OTHER Documents from HCPD                                        (Attachments)

AUDIO E911 files                                                         (Attachments)

**ID DATA:**

**STAPP, DANNY**   (LIEUTENANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

735273

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____38____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Thursday, October 3, 2019, at approximately 1:02 p.m., Special Agent (SA) DAVID JONES was located at Henry County Police Headquarters for the purpose of obtaining records.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

Previously, SA JONES was advised by SA JOSH ELLIS that an online taser report was not available.   SA JONES met with Henry County Police Administrator CRYSTALE NIX in order to obtain a report.   NIX successfully downloaded the data from the Taser X2 used by Henry County Police Officer QUENTIN PHILLIPS.   NIX provided SA JONES with an electronic copy of the data downloaded from the Taser X2.

SA JONES reviewed the report.   According to the report, Officer PHILLIPS deployed both cartridges of his Taser X2, showing a message 'Cartridge Sense Fault'.   Officer PHILLIPS then performs an arc five times, with a message also showing 'Cartridge Sense Fault'.

The data received from NIX was attached to this summary.

This act was concluded at approximately 1:10 p.m.

**ATTACHMENTS**

OTHER Taser report

(Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

735269

EXHIBIT ___39___

**ID DATA:**

**NIX, CRYSTALE**   (MS)
SEX/RACE: FEMALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: ASSISTANT
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

735269

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___39___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Thursday, October 3, 2019, at approximately 2:00 p.m., Special Agent (SA) DAVID JONES was located at Hampton Police Department for the purpose of obtaining records. This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES Hampton Police Sergeant WILLIAM COOLEY.   Sergeant COOLEY provided SA JONES with a packet containing the following documents:

Incident and Supplemental report from Hampton Police
Use of force report
Witness statements
Copy of the crime scene log
Training record (POST) of MASON LEWIS and GREGORY BOWLDEN
Inventory report for Tasers assigned to LEWIS and BOWLDEN
HPD Policy on Use of Force
HPD policy on Use of Force Power DMS
HPD Officer LEWIS and BOWLDEN Taser recertification

Sergeant COOLEY also provided SA JONES with a USB drive containing electronic copies of the paper documents as well as dash camera and body camera videos.   A copy of the documents received from Sergeant COOLEY were attached to this summary.   The USB drive was placed in the rear of the case file.   SA JONES

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___40___

**10-0090-34-20**

attached body camera footage that captured the encounter to this summary.


Nothing further was obtained at this time.

**ATTACHMENTS**

OTHER Documents from HPD                               (Attachments)

VIDEO Hampton Police Officer MASON                    (Attachments)
LEWIS

VIDEO Hampton Police Officer GREGORY                  (Attachments)
BOWLDEN

VIDEO Hampton Police Officer MARCUS                   (Attachments)
STROUD


**ID DATA:**

**COOLEY, WILLIAM**   (SERGEANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: SERGEANT
EMPLOYER:
HAMPTON POLICE DEPARTMENT


SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor                EXHIBIT ___40___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Thursday, October 3, 2019, at approximately 2:30 p.m., Special Agent (SA) DAVID JONES was located at Hampton Police Department for the purpose of obtaining records. This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

Previously, SA JONES was advised by SA JOSH ELLIS that an online taser report was not available.   SA JONES met with Hampton Police Sergeant WILLIAM COOLEY in order to obtain a report.   COOLEY successfully downloaded the data from the Taser X26 used by Hampton Police Officer MASON LEWIS and the Taser X26P used by Hampton Police Officer GREGORY BOWLDEN.   COOLEY provided SA JONES with an electronic copy of the data downloaded from the Taser X2.

SA JONES reviewed the report.   According to the report, Officer LEWIS fired his Taser X26 a total of 8 (eight) times with a charge duration of 5 seconds each time.   Officer BOWLDEN fired his Taser X26P a total of 4 (four) times with a charge duration of 5, 5, 1, and 4 seconds, respectively.

The data received from Sergeant COOLEY was attached to this summary.

**ATTACHMENTS**

OTHER Taser reports from Hampton Police                          (Attachments)

Page 1 of 2

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

735284

EXHIBIT ___41___

**ID DATA:**

**COOLEY, WILLIAM**   (SERGEANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: SERGEANT
EMPLOYER:
HAMPTON POLICE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

735284

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___41___

**GEORGIA BUREAU OF INVESTIGATION**
**REGION 10**
**INVESTIGATIVE SUMMARY**

**10-0090-34-20**

On Monday, October 7, 2019, at approximately 4:16 p.m., Special Agent (SA) DAVID JONES received an email from Attorney GRADY DUKES with the Police Benevolence Association.   The email contained the written statement of Hampton Police Officer BOWLDEN.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

Prior to receiving the email, SA JONES asked Attorney DUKES if Officer BOWLDEN would be agree to an interview.   Attorney DUKES advised SA JONES that he would check with Officer BOWLDEN.   Attorney DUKES contacted me and advised that Officer BOWLDEN would submit his statement in writing.   The following is a summary of this statement.

On September 20, 2019, at approximately 22:05 hrs. (10:05 p.m.) he heard a call dispatched to Hampton Police Officer MASON LEWIS regarding a male walking on Oak Street.   He heard dispatch advise that the male had stripped off all of his clothing.   He heard Officers LEWIS and STROUD arrive on scene and call for more officers.   He started to head to the officer's location.   He arrived on scene and observed a Hispanic male, later identified as RODRIGUEZ, lying on the ground refusing to follow commands.

He approached RODRIGUEZ and asked him to roll over on his stomach.   RODRIGUEZ did not comply.   He removed his handcuffs and attempted to place

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___ 42 ___

735407

**10-0090-34-20**

them on RODRIGUEZ.   RODRIGUEZ pulled away and attempted to punch him.   His attempt to take RODRIGUEZ into custody enraged him.   RODRIGUEZ, while on his back, aggressively moved towards him and was making growling noises.   Officer STROUD called for Emergency Medical Services (EMS).

He observed RODRIGUEZ attempting to move towards his unsecured vehicle.   He was concerned about RODRIGUEZ injuring himself under the vehicle or gaining access into the vehicle.   He decided to deploy his Taser but still was unable to gain control.   He attempted to utilize his Taser again but it did not have an effect.   He "drive stunned" RODRIGUEZ but it only had a small effect.   RODRIGUEZ continued to thrash, swing his arms, and kick his feet.   He continued to "drive stun" RODRIGUEZ but it still did not have much of an effect.

At some point, he was able to handcuff RODRIGUEZ.   However, RODRIGUEZ was able to slip out of his left cuff due to a deformity of his left hand.   He was able to get the hands of RODRIGUEZ restrained with the help of Officer LEWIS.   He retrieved a pair of leg shackles.   He placed the shackles on RODRIGUEZ to prevent him from kicking or running.   He stood on the chain to gain control of RODRIGUEZ'S feet.   They were finally able to hold RODRIGUEZ down while they wait for EMS.

Henry County EMS and Fire arrived.   He heard someone say that they saw that RODRIGUEZ was breathing.   However, when EMS/Fire checked, he was not breathing nor responsive.   They began treating him and left to take him to the hospital.   He then remembered RODRIGUEZ making a statement about angel dust.   He notified Chief AUSTIN of the incident.

A copy of the statement written by Officer BOWLDEN was attached to this

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___42___

**10-0090-34-20**

summary.


Nothing further was advised at this time.


**ATTACHMENTS**

STATEMENTS Hampton Police Officer                          (Attachments)
GREGORY BOWLDEN


**ID DATA:**

**BOWLDEN, GREGORY**   (OFFICER)
DOB: 4/15/1981
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228


SPECIAL AGENT DAVID JONES:   11/13/2019
dj:   11/13/2019

**PROPERTY OF GBI**
735407                        Further dissemination is prohibited
                          without written approval of a GBI Supervisor                    EXHIBIT     42

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, October 8, 2019, at approximately 2:45 p.m., Special Agent (SA) DAVID
JONES was located at Henry County Police Headquarters for the purpose of reviewing
records.   This act was conducted in furtherance of a request made by the Hampton
Police Department (HPD) and Henry County Police Department (HCPD) that the
Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that
resulted in the death of FERNANDO RODRIGUEZ.

SA JONES met with Henry County Police Captain JOEY SMITH.   Captain SMITH
provided SA JONES with the internal affairs and personnel file of HCPD Officer
QUENTIN PHILLIPS.   SA JONES reviewed the personnel file and internal affairs file of
HCPD Officer PHILLIPS and found no adverse information.   SA JONES reviewed the
performance evaluations of HCPD Officer PHILLIPS and found that he scored "Meets
Expectations" in all evaluations.   SA JONES found a commendation awarded to Officer
PHILLIPS for providing assistance to a citizen during a traffic stop.

A copy of the commendation awarded to Officer PHILLIPS was attached to this
summary.

This act concluded at approximately 3:00 p.m.

**ATTACHMENTS**

OTHER HCPD Officer Phillips commendation                    (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___43___

735288

**ID DATA:**

**SMITH, JOEY**   (CAPTAIN)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT


SPECIAL AGENT DAVID JONES:   11/12/2019
dj:   11/12/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___43___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Tuesday, October 8, 2019, at approximately 2:50 p.m., Special Agent (SA) DAVID JONES received an email from Attorney GRADY DUKES with the Police Benevolence Association.   The email contained the written statement of Henry County Police Officer QUINTIN PHILLIPS.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

Prior to receiving the email, SA JONES asked Attorney DUKES if Officer PHILLIPS would be agree to an interview.   Attorney DUKES advised SA JONES that he would check with Officer PHILLIPS.   Attorney DUKES contacted me and advised that Officer PHILLIPS would submit his statement in writing.   The following is a summary of this statement:

On September 20, 2019, at approximately 2212 hours (10:12 p.m.), he heard dispatch sending Henry County Police Officer BUTERA to the area of Oak Street and Windsor Pkwy to assist Hampton Police.   He realized that he was close and decided to also head to that location.   He arrived and noticed a Hispanic male, later identified as RODRIGUEZ, on his back and sliding away from Hampton Police Officers MASON LEWIS, GREGORY BOWLDEN, and MARCUS STROUD.

As he was approaching the male and officers he observed Officer BOWLDEN deploy his Taser at RODRIGUEZ.   RODRIGUEZ was affected by the Taser and was initially stunned.   After the 5 second cycle, RODRIGUEZ began moving towards a

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___44___

**10-0090-34-20**

Hampton police car.   He could not understand what RODRIGUEZ was saying but he heard him growling.   He attempted to grab RODRIGUEZ by his left hand. RODRIGUEZ slipped from his grasp and began swing towards his face trying to punch him.   He stepped back and began giving RODRIGUEZ verbal commands to stop resisting.

He observed that the officer's Taser no longer had an effect on RODRIGUEZ.   He deployed his Taser at RODRIGUEZ.   Initially his Taser did have an effect on RODRIGUEZ.   He continued giving RODRIGUEZ verbal commands.   RODRIGUEZ did not comply with his commands.   He deployed the second cartridge of his Taser.   He noticed that RODRIGUEZ was recovering quicker from the effects of the Taser.   While RODRIGUEZ was under the effects of his second Taser deployment, officers were able to grab ahold of RODRIGUEZ.   Officers were able to get handcuffs on RODRIGUEZ as he continued to physically resist, kicking and moving his hands away from them.   At some point, officers successfully got handcuffs on RODRIGUEZ, in the front.

While RODRIGUEZ was on the ground, he was putting his weight on his left shoulder and Officer STROUD was standing on the handcuffs.   RODRIGUEZ began to bite at the officers.   Officer STROUD told RODRIGUEZ to stop trying to bite officers or he would get kicked.   RODRIGUEZ continued to try to bite officers and Officer STROUD kicked RODRIGUEZ in the face once.

Officers began to call for Emergency Medical Services (EMS) for RODRIGUEZ.   He and the other officers held RODRIGUEZ down until EMS arrived on scene to treat him. After what seemed like 5 or 10 minutes, he noticed that RODRIGUEZ breathing had become shallow.   He asked if RODRIGUEZ was breathing and saw

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

735413

EXHIBIT    44

**10-0090-34-20**

him move his leg.   EMS arrived and loaded RODRIGUEZ into the ambulance, taking
him to the hospital.

A copy of the statement written by Officer PHILLIPS was attached to this summary.

Nothing further was advised at this time.

**ATTACHMENTS**

STATEMENTS Henry County Police Officer                                    (Attachments)
QUINTON PHILLIPS

**ID DATA:**

**PHILLIPS, QUINTON**   (OFFICER)
SEX/RACE: MALE/UNKNOWN
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HENRY COUNTY POLICE DEPARTMENT
110 S ZACK HINTON PKWY
MCDONOUGH, GA 30253

SPECIAL AGENT DAVID JONES:   11/13/2019
dj:   11/13/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor          EXHIBIT ___44___

735413

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, November 4, 2019, at approximately 10:00 a.m., Special Agent (SA) DAVID JONES was located at Henry County Fire Department (HCFD) Headquarters in McDonough, Georgia for the purpose of conducting an interview.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES interviewed HCFD Lieutenant LUKE MILLS.   Lieutenant MILLS has worked with HCFD for 15 years.   Lieutenant MILLS worked as the Station Officer, Firefighter, and Paramedic.   Lieutenant MILLS is assigned to Fire Station 5 in Hampton, Georgia.

The following is a summary of the Lieutenant MILLS interview.   For a complete account, refer to the attached audio file.   After advising him of the identity of the interviewing agent and the nature of the interview, Lieutenant MILLS essentially stated the following:

On Friday, September 20, 2019, at approximately 2222 hours (10:22 p.m.) his station was dispatched to a person injured call.   The call was updated with the information that the person has an altered mental state.   He arrived at approximately 2228 hours (10:28 p.m.).   He observed the patient, later identified as RODRIGUEZ, on the ground being held down by several police officers.   RODRIGUEZ was face down (prone) and had both handcuffs and leg irons on   RODRIGUEZ'S hands were

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___45___

735568

**10-0090-34-20**

being held above his head.    RODRIGUEZ had several Taser probes attached to his
body.

As he approached the officers, one of them told him that he was going to need some
medications to restrain RODRIGUEZ.   He walked to HCFD Paramedic ANDREW
KOEHN and advised him of what he was told by one of the officers.   They got the
stretcher and "jump bag" or a bag containing medical equipment for field treatment.   He
observed KOEHN check for breathing from RODRIGUEZ and discovered that he was
not breathing.   They began Advanced Cardiac Life Support (ACLS) on RODRIGUEZ.
They transported him to Piedmont Henry Hospital.   They were able to regain a pulse
and breathing for RODRIGUEZ when he was transferred to hospital staff.

SA JONES asked Lieutenant MILLS follow up questions to clarify his statement.
Lieutenant MILLS advised SA JONES that RODRIGUEZ looked like he got hit by a car.
Lieutenant MILLS advised that when they arrived RODRIGUEZ did not make any
statements and was not conscious.   Lieutenant MILLS advised that RODRIGUEZ did
not regain consciousness while they were working on him.

The interview was concluded at approximately 10:14 a.m.

**ATTACHMENTS**

AUDIO HCFD LUKE MILLS                                   (Attachments)

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
735568                                                  EXHIBIT    45

**ID DATA:**

**MILLS, LUKE**   (LIEUTENANT)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: FIREFIGHTER
EMPLOYER:
HENRY COUNTY FIRE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/14/2019
dj:   11/14/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___45___

735568

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, November 4, 2019, at approximately 10:20 a.m., Special Agent (SA) DAVID JONES was located at Henry County Fire Department (HCFD) Headquarters in McDonough, Georgia for the purpose of conducting an interview.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES interviewed HCFD Firefighter BENJAMIN HOLLINGSWORTH.   Firefighter HOLLINGSWORTH has worked with HCFD for 13 years.   Firefighter HOLLINGSWORTH worked as a firefighter and Emergency Medical Technician with HCFD.   Firefighter HOLLINGSWORTH was assigned to Fire Station 5 in Hampton, Georgia.

The following is a summary of the Firefighter HOLLINGSWORTH interview.   For a complete account, refer to the attached audio file.   After advising him of the identity of the interviewing agent and the nature of the interview, Firefighter HOLLINGSWORTH essentially stated the following:

On Friday, September 20, 2019, at approximately 2222 hours (10:22 p.m.) his station was dispatched to a call.   They arrived at 2228 hours (10:28 p.m.).   He saw Lieutenant MILLS walk over to where the guy, later identified as RODRIGUEZ, was located.   He put wheel blocks on the wheels of the fire engine.   He then got the stretcher and walked up to RODRIGUEZ.   There were about 4 or 5 officers around

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor
EXHIBIT ___46___

**10-0090-34-20**

RODRIGUEZ.   He saw one officer with his knee on the back of RODRIGUEZ. RODRIGUEZ was completely naked.   He saw Paramedic KOEHN check RODRIGUEZ for a pulse and found none.   Paramedic KOEHN told the officers "we gotta go."

They loaded RODRIGUEZ onto the stretcher and he started compressions and providing airway support.   They started an IO (Interosseous) in his leg and IV (intravenous) in his arm.   After working on him they were able to get a pulse and breathing.   At some point they lost both breathing and pulse.   They were able to regain breathing and pulse when they arrived at the hospital.

SA JONES asked Firefighter HOLLINGSWORTH some follow up questions to clarify his statement.   Firefighter HOLLINGSWORTH assisted with administering Cardio-Pulmonary Resuscitation (CPR) and started an IV on RODRIGUEZ.   Firefighter HOLLINGSWORTH also "bagged the patient," which meant to put a bag valve mask on RODRIGUEZ to help him breathe.   Firefighter HOLLINGSWORTH advised SA JONES that RODRIGUEZ never regained consciousness in their presence.   Firefighter HOLLINGSWORTH advised SA JONES that when they approached RODRIGUEZ on the scene he was facedown and handcuffed.   Firefighter HOLLINGSWORTH advised SA JONES that he observed bruising on the arm of RODRIGUEZ that looked like tire tracks.

The interview was concluded at approximately 10:30 a.m.

**ATTACHMENTS**

AUDIO HCFD BENJAMIN HOLLINGSWORTH          (Attachments)

Page 2 of 3                **PROPERTY OF GBI**
735569          Further dissemination is prohibited
without written approval of a GBI Supervisor          EXHIBIT ___46___

**ID DATA:**

**HOLLINGSWORTH, BENJAMIN**   (FIREFIGHTER)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: FIREFIGHTER
EMPLOYER:
HENRY COUNTY FIRE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/14/2019
dj:   11/14/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____46____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, November 4, 2019, at approximately 10:36 a.m., Special Agent (SA) DAVID JONES was located at Henry County Fire Department (HCFD) Headquarters in McDonough, Georgia for the purpose of conducting an interview.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES interviewed HCFD Firefighter WESLEY BURFORD.   Firefighter BURFORD has worked with HCFD for 3 years.   Firefighter BURFORD worked as a firefighter and Emergency Medical Technician with HCFD.   Firefighter BURFORD was assigned to Fire Station 5 in Hampton, Georgia.

The following is a summary of the Firefighter BURFORD interview.   For a complete account, refer to the attached audio file.   After advising him of the identity of the interviewing agent and the nature of the interview, Firefighter BURFORD essentially stated the following:

On Friday, September 20, 2019, at approximately 2222 hours (10:22 p.m.) his station was dispatched to a call.   They arrived at 2228 hours (10:28 p.m.) and observed a naked male, later identified as RODRIGUEZ, lying prone with his arms stretched out in front to the side.   He observed an officer with his knee on the male's back and other officer holding him down.   One of the officers stated that RODRIGUEZ was "playing possum" and was breathing.   They began assisting

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___47___

**10-0090-34-20**

RODRIGUEZ by checking for a radial pulse.   They found no radial pulse.   Next they checked the carotid pulse.   They found no carotid pulse.   They got him onto a stretcher and took him to the rear of the ambulance.   The handcuffs were taken off RODRIGUEZ and they began Cardio-Pulmonary Resuscitation (CPR).   He helped with giving chest compressions.   They took RODRIGUEZ to Piedmont Henry Hospital.

SA JONES asked Firefighter BURFORD some follow up questions to clarify his statement.   Firefighter BURFORD advised SA JONES that he was inside the ambulance with Firefighter/Paramedic ANDREW KOEHN.   Firefighter BURFORD advised SA JONES that RODRIGUEZ did not regain consciousness while he was in their presence.

The interview was concluded at approximately 10:47 a.m.

**ATTACHMENTS**

AUDIO HCFD WESLEY BURFORD

(Attachments)

**ID DATA:**

**BURFORD, WESLEY**   (FIREFIGHTER)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: FIREFIGHTER
EMPLOYER:
HENRY COUNTY FIRE DEPARTMENT

SPECIAL AGENT DAVID JONES:   11/14/2019
dj:   11/14/2019

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___47___

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, November 4, 2019, at approximately 10:57 a.m., Special Agent (SA) DAVID JONES was located at Henry County Fire Department (HCFD) Headquarters in McDonough, Georgia for the purpose of conducting an interview.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES interviewed HCFD Firefighter/Paramedic ANDREW KOEHN.   Paramedic KOEHN has worked with HCFD for 15 years.   Paramedic KOEHN worked as a firefighter and Paramedic with HCFD.   Firefighter BURFORD was normally assigned to Station 12 in McDonough but was working at Fire Station 5 in Hampton, Georgia for overtime.

Paramedic KOEHN was interviewed by SA JUSTIN MCALLISTER on Saturday, September 21, 2019.   This second interview was conducted in conjunction with the interviews of other HCFD staff.

The following is a summary of the Paramedic KOEHN interview.   For a complete account, refer to the attached audio file.   After advising him of the identity of the interviewing agent and the nature of the interview, Paramedic KOEHN essentially stated the following:

On Friday, September 20, 2019, at approximately 2222 hours (10:22 p.m.) his

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___48___

**10-0090-34-20**

station was dispatched to a call. They were initially dispatched to the wrong location, which caused a slight delay in response.   They arrived and were met by Lieutenant LUKE MILLS.   Lieutenant MILLS advised him that the patient, later identified as RODRIGUEZ, was combative and may need a chemical sedative.   He told Lieutenant MILLS that he needed to assist RODRIGUEZ prior to providing any medication.

He approached RODRIGUEZ and observed that he was surrounded by several officers. RODRIGUEZ was on the ground in the prone position and naked.   RODRIGUEZ had handcuffs on his wrist and leg irons on his ankles.   RODRIGUEZ had multiple Taser probes in his body.   He observed that one officer had his knee on RODRIGUEZ'S back. He got his flashlight and began examining RODRIGUEZ.   He noticed numerous abrasions on RODRIGUEZ.   The color of RODRIGUEZ'S skin did not look well.   He told the officer with his knee on RODRIGUEZ to get off of him.   The officer stood up and he began to look for a "chest rise."   He did not see the chest rise.   Firefighter BURFORD checked RODRIGUEZ for a pulse and found that he did not have one.

He got RODRIGUEZ onto a stretcher and began chest compressions and breathing. He examined RODRIGUEZ'S body and observed what appeared to be tire marks on his arm.   He also saw bruising on his left side that led him to believe that RODRIGUEZ had sustained some sort of trauma.   He administered a drug to help start his heart as they continued with chest compressions and breathing.   He used a device that helped with chest compressions.   He observed a "return of spontaneous circulation" or ROSC in RODRIGUEZ.   At some point they lost ROSC but were able regain it.   They arrived at the hospital at approximately 11:00 pm or 2300 hours.   They were placed in room 1175.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT   48

735572

**10-0090-34-20**

Paramedic KOEHN advised SA JONES that normally they would have transported RODRIGUEZ to a trauma center.   The reason RODRIGUEZ was not immediately transported to a trauma center was because he was "asystole." They needed to get him to the closest facility that had the means to stabilize him enough to make it to Grady.

SA JONES asked Paramedic KOEHN if there was any more observations about RODRIGUEZ he did not mention.   Paramedic KOEHN advised SA JONES that when he assessed RODRIGUEZ his pupils were fixed and dilated.

The interview was concluded at approximately 11:15 a.m.

**ATTACHMENTS**

AUDIO HCFD ANDREW KOEHN                                          (Attachments)

**ID DATA:**

**KOEHN, ANDREW**   (FIREFIGHTER)
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: FIREFIGHTER
EMPLOYER:
HENRY COUNTY FIRE

SPECIAL AGENT DAVID JONES:   11/14/2019
dj:   11/14/2019

735572

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT _____ 48 _____

# GEORGIA BUREAU OF INVESTIGATION
# REGION 10
# INVESTIGATIVE SUMMARY

**10-0090-34-20**

On Monday, November 18, 2019, at approximately 11:00 a.m., Special Agent (SA) DAVID JONES was located at the Hampton Police Department in Henry County, Georgia for the purpose of reviewing records.   This act was conducted in furtherance of a request made by the Hampton Police Department (HPD) and Henry County Police Department (HCPD) that the Georgia Bureau of Investigation (GBI) investigate the officer use of force incident that resulted in the death of FERNANDO RODRIGUEZ.

SA JONES met with Hampton Police Sergeant WILLIAM COOLEY.   Sergeant COOLEY advised SA JONES that he has access to the Internal Affairs and Personnel files of all Hampton Police officers.   Sergeant COOLEY advised SA JONES that the police department does not have an Internal Affairs record for either Officer MASON LEWIS or GREGORY BOWLDEN.   Sergeant COOLEY advised SA JONES that Officer BOWLDEN was a witness officer in an unrelated Internal Affairs investigation.

SA JONES reviewed the personnel file on Officer LEWIS.   Officer LEWIS was hired by Hampton Police on October 8, 2018.   Officer LEWIS did not have any performance evaluations in his file because he was a new officer with the department.   Officer LEWIS did have evaluations conducted by his field training officers.   The evaluations conducted on Officer LEWIS by his field training officers, Sergeant ERIC HAYES and Sergeant KENNETH EVANS, showed that Officer LEWIS was meeting expectations during his training.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____49____

**10-0090-34-20**

SA JONES reviewed the personnel file on Officer BOWLDEN.   Officer BOWLDEN was hired by Hampton Police on September 11, 2017.   Officer BOWLDEN did have one performance evaluation, for the period of 9/11/2017 to 09/11/2018.   According to that evaluation, Officer BOWLDEN'S performance was listed as "met all and exceeded some expectations.   SA JONES attached a copy of the evaluation to this summary.

This act concluded at approximately 12:25 p.m.

**ATTACHMENTS**

OTHER Officer GREGORY BOWLDEN
performance evaluation

(Attachments)

**ID DATA:**

**BOWLDEN, GREGORY**   (OFFICER)
DOB: 4/15/1981
SEX/RACE: MALE/WHITE
COUNTRY: UNITED STATES
OCCUPATION: POLICE OFFICER
EMPLOYER:
HAMPTON POLICE DEPARTMENT
4 MCDONOUGH STREET
HAMPTON, GA 30228

SPECIAL AGENT DAVID JONES:   11/18/2019
dj:   11/18/2019

735999

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___49___