

# HCFD Patient Care Report v. 2.1

Headquarters
110 South Zack Hinton Parkway
McDonough, GA 30253
Work: (770) 288-6600
Fax: (770) 288-6776

## Patient Information

**Patient Name:** Rodriguez, Fernando
**Gender:** Male
**Race:** Hispanic or Latino
**Social Security:** --
**Age:** 24
**Date of Birth:** 8/17/1995
**Home Address:** 5950 Spring View Dr., Forest Park, GA 30297
**Patient Phone Number**

## Call Information

**Dispatched To:** Medical Alarm
**Incident #:** 190023900
**Response#:** 20190921005
**PCR #:** 58fb0a3579ba428ca0204c1b6688d6e9

Call Times

**Dispatch Notified:** 09/20/2019 22:04:35
**Unit Notified:** 09/20/2019 22:20:52
**Unit En Route:** 09/20/2019 22:23:51
**Arrived on Scene:** 09/20/2019 22:28:47
**Arrived at Patient:** 09/20/2019 22:29:00
**Left Scene:** 09/20/2019 22:42:21
**At Destination:** 09/20/2019 23:00:44
**Transfer of Care:** 09/20/2019 23:30:00
**Back in Service:** 09/21/2019 01:21:35

**EMS Unit #:** R5
**EMS Vehicle #:** R5
**EMS Shift:** C Shift
**Scene Odom.:** 0
**Destination Odom.:** 14
**Transport Miles:** 14.0
**Service Req.:** 911 Response (Scene)
**Response Type:** Emergent (Immediate Response)
**Response Mode:**
**Transport Type:** Emergent (Immediate Response)
**Transport Mode:** Lights and Sirens

**Incident Location:** WINDSOR PKWY/ OAK ST, Hampton, GA 30228
**Disposition:** Patient Treated, Transported by this EMS Unit
**Destination:** Piedmont Henry Hospital
**Type:** Hospital-Emergency Department
**Reason:** Closest Facility

## Patient History and Assessment

### Patient Complaints

| Complaint Type | Complaint | Time Units of Duration of Complaint |
|---|---|---|
| Chief (Primary) | Cardiac Arrest | |

**Date/Time Last Known Well:**
**Has the patient traveled outside the United States in the last 30 days?:** Unresponsive
**Alcohol/Drug:** Unable to Complete
**Medical/Surgical History:** Unable to Complete

### Current Medications

| Current Medications |
|---|
| Unable to Complete |

### Medication Allergies

| Medication Allergies |
|---|
| Unable to Complete |

**Advance Directives:** Not Applicable

## Patient Care Narrative

**Incident Number:** 190023900 **EMS Agency Name:** Henry County Fire Department

R5 responded immediately to an altered mental status call at the intersection of Oak St. and Windsor Pkwy in Hampton GA. Dispatch advised that the Pt would be a male in PD custody w/ altered mental status. Upon arrival, found HCPD and Hampton PD out w/ a 24YOM laying prone on the roadway. Pt was unconscious unresponsive. Pt was restrained w/ handcuffs on his wrists w/ his arms stretched above his head. One PD officer was physically restraining the Pt w/ his knee in the middle of the Pt's back. I asked the officer to remove his knee so that I might assess the Pt. I was informed by the officer that the Pt may be violent. I told the stated to the officer that I needed to assess the Pt's breathing. The officer agreed and I was able to determine that the Pt was not breathing. Upon further assessing the Pt I found that the Pt was pulseless. R5 crew rolled the Pt to his back and CPR was initiated per ACLS and HCFD protocols.

Pt was unconscious unresponsive, airway was open and clear, pupils fixed dilated and non-reactive, HEENT presented w/ bruising and abrasions to left side of face, trachea midline, chest presented w/ bruising and abrasions on upper left, abdomen soft non-distended, upper left arm presented w/ patterned markings and bruising - right arm and both legs presented with minor abrasions, skin cool and dry. fast pads showed asystole on the monitor.
Pt vitals: unable to obtain

Pt suffered cardiac arrest. Cause undetermined.

Pt was assessed and company 5 crew provided high quality CPR per ACLS and HCFD protocols. Pt was attached to the monitor fast pads. Pt rhythm was consistent w/ asystole. #5 king airway was placed and confirmed via auscultation and wave form capnography. Pt was ventilated via BVM w/ high flow O2. IO was successfully established in left tibia. 1mg epinephrine was administered. After one round of CPR, Pt rhythm was consistent w/ PEA. CPR was continued. Second round of epinephrine was administered. At pulse check, rhythm was consistent w/ sinus tach. Pulse was assessed and found to be present. BP was assessed. Pt maintained pulse for approximately 5 minutes. After reassessment pulse was absent. High quality CPR was initiated. Third epinephrine was administered. 2mg of narcan were administered. At pulse check rhythm was consistent w/ sinus tach. Pulse present. Pt was transported with lights and sirens to Piedmont Henry. Pt report was called in to the ER. Upon arriving at the hospital, charge nurse was notified. Charge nurse assigned Pt to room 1175. Pt was moved to hospital bed w/ lift sheet. Report was given to receiving nurse and Pt care was transferred. R5 returned to service.

## Vital Signs/Procedures/Treatments

### Vitals

| Date/Time | LOC (AVPU) | GCS | SBP | DBP | MAP | Pulse Rate | Resp Rate | Resp Effort | SpO2 | SpO2 Qualifier | ETCO2 | SpCO | Pain Scale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22:31:13 | Unresponsive | 3 | Exam Finding Not Present | Exam Finding Not Present | | 115 | | | | | | | |
| 22:36:13 | | | | | | 94 | | | 40 | | | | |
| 22:41:13 | | | | | | 70 | | | 61 | | | | |
| 22:46:13 | | | | | | 148 | | | | | | | |
| 22:47:01 | | | 95 | 21 | 45 | 129 | | | 87 | | | | |
| 22:52:01 | | | | | | 129 | 33 | Mechanically Assisted (BVM, CPAP, etc.) | 63 | | 70 | | |
| 22:57:01 | | | | | | 145 | 11 | Mechanically Assisted (BVM, CPAP, etc.) | 75 | | 92 | | |
| 23:01:31 | | | 82 | 47 | 58 | 135 | 22 | Labored | | | 77 | | |

### Procedures

| Date/Time | Procedure | Location | Size | Attempts | Successful | Crew Members ID |
|---|---|---|---|---|---|---|
| 22:33:00 | Airway-Advanced-Supraglottic Airway, Single Lumen (i.e. King) | | 5 | 1 | Yes | Koehn, Andrew (P030085) |
| 22:36:00 | Vascular Access-IO Cannulation | IO-Tibia-Left Proximal | | 2 | Yes | Koehn, Andrew (P030085) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22:53:00 | Vascular Access-Vein, Extremity | Hand-Right | 20 | 1 | Yes | Koehn, Andrew (P030085 ) |

**Medications**

| Medication Given | Medication Dosage | Medication Dosage Units | Medication Administered Route | Response to Medication | Medication Complication |
|---|---|---|---|---|---|
| Epi 1:10,000 (Epinephrine 0.1 mg/ml) | 1 | Milligrams (mg) | IV Push | Unchanged | None |
| Epi 1:10,000 (Epinephrine 0.1 mg/ml) | 1 | Milligrams (mg) | IV Push | Improved | None |
| Epi 1:10,000 (Epinephrine 0.1 mg/ml) | 1 | Milligrams (mg) | IV Push | Improved | None |
| Naloxone (e.g., Narcan) | 2 | Milligrams (mg) | Intravenous (IV) | Unchanged | None |

## Signatures

**Signature Reason:** Patient/Medical Necessity Unable to Sign; Patient Belongings (Receipt); HIPAA acknowledgement/Release



**:** 09/20/2019 23:30:00, Julie - Patient Representative

**Signature Reason:** Transfer of Patient Care; Patient Belongings (Receipt)



**:** 09/20/2019 23:30:00, Julie - Healthcare Provider

**Signature Reason:** Permission to Treat; Controlled Substance, Administration; Airway Verification



**:** 09/20/2019 23:30:00Stearn, - Online Medical Control Healthcare Practitioner

**Signature Reason:** EMS Provider

**Incident Number:** 190023900 **EMS Agency Name:** Henry County Fire Department



**:** 09/20/2019 23:31:00, - EMS Crew Member (Other)

**Signature Reason:** EMS Provider

**:** 09/20/2019 23:31:00Koehn, Andrew - EMS Primary Care Provider (for this event)

## Cardiac Monitor Imported Information

**Medical Devices**

| Date/Time of Event (per Medical Device) | Medical Device Event Type |
|---|---|
| 22:31:13 | Power On |

**Time:** 09/20/2019 22:31:13
**File Name:** ZOLL_20190920223113.png





**Incident Number:** 190023900 **EMS Agency Name:** Henry County Fire Department

**Time:** 09/20/2019 22:31:13
**File Name:** ZOLL_20190920223459.png




**Time:** 09/20/2019 22:36:13
**File Name:** ZOLL_20190920223659.png





**Incident Number:** 190023900 **EMS Agency Name:** Henry County Fire Department

**Time:** 09/20/2019 22:41:13
**File Name:** ZOLL_20190920224129.png




**Time:** 09/20/2019 22:46:13
**File Name:** ZOLL_20190920224629.png



**Incident Number:** 190023900 **EMS Agency Name:** Henry County Fire Department


**Time:** 09/20/2019 22:47:01
**File Name:** ZOLL_20190920224701.png




**Time:** 09/20/2019 22:52:01

**File Name:** ZOLL_20190920225229.png





**Incident Number:** 190023900 **EMS Agency Name:** Henry County Fire Department

**Time:** 09/20/2019 22:57:01
**File Name:** ZOLL_20190920225729.png




**Time:** 09/20/2019 23:01:31
**File Name:** ZOLL_20190920230131.png

