*Cira et al v. Henry County*

# EXHIBIT "A"

# EXPERT REPORT

**A. Statement of observations and opinions expressed and the basis and reasons for them:**

**1. The autopsy and toxicology findings document multiple anatomic and laboratory findings.**

The subject was a 24 year-old male, 73 inches & 316 pounds (body mass index = 41.7 $kg/m^2$).

Pertinent autopsy findings included:

Reported acute injuries include (inches):

- 1/4 by 1/4 healing puncture defect left anterolateral abdomen, with 6 by 3 surrounding contusion
- 1/4 by 1/4 healing puncture defect with granulation tissue anterolateral right thigh, with 3 by 2 surrounding contusion
- 1/4 by 1/4 healing puncture defect with granulation tissue anterolateral left thigh, with 5 by 3 surrounding contusion

- 1-1/2 by 1/2 abrasion left side forehead
- 1 by 1/2 abrasion chin
- 1 x 1/ 2 contusion lower lip, 2 by 1 inner surface

- 3 by 2 group superficial abrasions presternal

- 12 x 6 group contusions volar right forearm from elbow to wrist
- 3 by 2 abrasion posterior right elbow

- 9 by 6 group contusions medial left upper arm to elbow
- 1-1/2 by 1 contusion volar left arm near wrist

- 5 by 4 group abrasions right posterolateral thigh
- 4 by 4 group abrasions anterior right knee
- 3 by 2 group abrasions and contusions dorsal right foot

- 2 by 2 abrasion anterior left knee
- 2 by 1 group abrasions dorsal left foot

- 9 by 6 group abrasions right side back

Additional external findings include:

- bilateral patchy bulbar and palpebral conjunctival blood



*"To strive, to seek, to find – and not to yield."*

Medicolegal Consultants
Forensic Pathology & Lab Services
Courtroom Illustrations & Exhibits
Training & Continuing Education



**forensX**@comcast.net
www.**forensX**pert.com
phone: **912-507-1008**
phone: **803-857-5143**
fax: **912-454-6006**

**DATE:** 30 April 2022

**ATTENTION:**
Terry E. Williams, Esq.
Williams, Morris &Waymire
4330 S. Lee Street
Bldg. 400, Ste. A
Buford, Georgia 30518
678-541-0790 Telephone
678-541-0789 Facsimile
www.wmwlaw.com

**SUBJECT:** Rodriguez, Fernando

Dear Mr. Williams,

Thank you for this interesting consult. I have completed my review. Please see the attached.

If I may further assist, please do not hesitate to call me.



**J.C. Upshaw Downs, M.D.**
ABP-AP/CP/FP, FCAP, FASCP
F-AAFS, F-NAME, D-ABMDI, IACME
*NPI: 1669861829 GA:51874 AL: 17880 SC: 15063*
*TIN: 81-4103212 CAGE: 6X0T1 DUNS: 031793936*

Associated internal findings (corresponding to the former) in the partially flayed body include (approximate inches):

- 2-3/4 by 2-3/4 posterior left shoulder subcutaneous fibroadipose & muscle blood
- 4 by 3-1/8 left side back subcutaneous fibroadipose & muscle
- 6-3/4 by 4-3/4 left elbow area to left forearm subcutaneous predominantly fibroadipose blood
- 6 by 4 right forearm subcutaneous predominantly fibroadipose blood
- 2-3/8 by 2-3/8 posterior left knee subcutaneous predominantly fibroadipose blood

Systems gross examination
Cardiovascular system:
560 gram **heart (healthy reference**
concentric left ventricular myocardial hypertrophy (cm):
1.9 left free wall
1.9 interventricular septum
patchy “mild to moderate” [sic] atherosclerosis
scattered subepicardial fat bleeds

Respiratory system
upper airway & tracheobronchial tree – significant pertinent gross lesion absent
1000 gram right lung, congested
920 gram left lung, congested

Genitourinary:
testes – focal blood

Neurological system:
1540 gram brain
edema absent
blood absent

Cavities – serosanguinous fluid (mL):
700 right hemithorax
100 left hemithorax

Remainder lacks significant pertinent positive findings

Microscopic examination
Cardiovascular:
patchy mild to moderate [sic] atherosclerosis
scattered subepicardial fibroadipose blood

Respiratory: congested

Testes: blood

Soft tissue (back & left forearm): skeletal muscle blood

Skin (right thigh, left thigh, & abdomen punctures):
denuded epidermis with subcutaneous fibroadipose blood

Remainder lack significant pertinent positive findings

Vitreous chemistry
142 mEq/L – sodium
107 mEq/L – chloride
>10.0 mEq/L – potassium
8 mg/dL – urea nitrogen
1.2 mg/dL – creatinine
<10 mg/dL – glucose

Toxicology – clinical admission blood
LSD (lysergic acid diethylamide – 1.0 ng/mL = 0.001 mg/L
ethanol – negative
comprehensive screen – negative

History – investigative/scene information:
The following is a brief summary; see individual reports and videos for details.

The subject was exhibiting unusual behavior when the subdural process began. During the process, techniques employed included ankle and wrist restraints, prone positioning on the ground, electronic control device deployment, and knee-to-upper back control. During the process, the subject became unresponsive and lost vital signs. He was resuscitated with successful return of spontaneous circulation and admitted to the hospital where he later died.

2. **The cause of death was excited state associated with LSD use during subdual. Other significant conditions included hypertensive heart disease. The manner of death is homicide.**
The subject died as the result of excited state with LSD (lysergic acid diethylamide) use during subdual process. LSD, an hallucinogenic, is known to be associated with lethal

excited state situations. Other significant conditions at autopsy included hypertensive heart disease. In addition, the degree of coronary atherosclerosis lacks any useful metric to assess the extent of disease. Functionally significant coronary artery disease begins with 60% atherosclerotic narrowing, which some erroneously describe as moderate disease. Thus, there may be an element of arteriosclerotic coronary vascular disease involved.

Death was not due to asphyxiation. Asphyxiation is a diagnosis of exclusion. Here major, obvious factors independently known to be associated with death remain obviously in play, including excited state and hypertensive heart disease (with or without associated arteriosclerotic coronary vascular disease). As such, invocation of a "diagnosis of exclusion" by excluding at least two known independent causes of death is simply wrong. Furthermore, the application of asphyxiation being a significant component in this case is erroneous. Prone position restraint was once suggested to be a significant factor in subdual-associated deaths. This has been widely acknowledged to not be the case. Similarly, the suggestion of asphyxiation by partial body weight compression has been discredited.

Death certification (both cause and manner) involves medical opinions for the purposes of providing a brief overview of the circumstances under which the death came to be. In formulating both cause and manner statements, the physician should avoid substituting opinion for fact and misinterpreting and/or overinterpreting data. Manner and cause should consider all events and not only selected elements. Diagnoses of exclusion should remain that – excluding all other reasonable alternatives. Cases with different causes and manners of death may present with identical anatomic findings. In assigning manner as "homicide" the *medical* meaning is "death of one person at the hand of another" and specifically *excludes* "intent" with the latter being a legal construct. If the act(s) of (an)other(s) are part of the death process (regardless of how little), manner is properly designated as homicide. "But for" the act(s), the subject would not have died at that moment in time.

In this case, there is negligible documentation in the autopsy report (where such considerations are essential) of contemporaneous efforts to correlate scene circumstances and history with anatomic findings at autopsy. In contrast, the autopsy erroneously appears to suggest that the autopsy findings and death certification rely on the anatomic findings and associated medical records in isolation. The importance of medical consideration of the scene and events related thereto is seemingly delegated to others.

***My opinions may be further supplemented by testimony and/or discovery not yet completed in this matter, including but not limited to direct examination of material(s) from the autopsy including but not necessarily limited to radiology studies, additional medical records of the decedent, case photographs and/or video, materials requested, testimony, and relevant literature.***

**B. Facts or data considered in forming the above opinions:**

In addition to my background, training, education, and experience, the above opinions are based upon facts and data contained within the following materials received for review in this case:

1. GBI records
    a. Autopsy & toxicology report
    b. Histology (pending)
    c. Autopsy photos
2. Medical records
    a. Grady
    b. HSCFD EMS
    c. Piedmont Henry
3. Officer reports
    a. GBI Investigation on HCPD case 2019-00051580
    b. GBI Statement Bowlden
    c. GBI Statement Phillips
    d. Hampton Police incident & supplemental report
    e. HCPD CID supplemental report
    f. HCPD supplemental reports
    g. Henry County Police Reports (CIRA)
4. Photos (CIRA)
    a. Hospital photos (CIRA) X21
    b. X18
5. Videos shared with D. Leonard (CIRA) X13 (with 2 docs)
6. Deposition Dr. Atkinson
7. References (see below)


- Assessment and emergency management of the acutely agitated or violent adult - UpToDate
- Baselt RC. Disposition of toxic drugs & Chemicals in man, 12th edition. Biomedical Publications
- Byard RW, et al. Conditions and circumstances predisposing to death from positional asphyxia in adults. Journal of Forensic and Legal Medicine 15 (2008) 415-9
- Death Investigation: A Guide for the Scene Investigator, https://www.ncjrs.gov/pdffiles1/nij/234457.pdf
- Diagnosis of delirium and confusional states - UpToDate
- DiMaio DJ & DiMaio VJM. Forensic Pathology, Second Edition. 2001. CRC
- Dolinak D, et al. Forensic Pathology Principles and Practice.
- https://emedicine.medscape.com/article/1988699
- Gonin et al. Excited delirium: a systematic review. Academic Emergency Med. May 2018, Vol. 25, No. 5. Pp552-65.
- Holze F et al. Distinct acute effects of LSD, MDMA, and D-amphetamine in healthy subjects. Neuropsychopharmacology (2020) 45:462-471
- Kroll MW, et al. Applied Force During Prone Restraint Is Officer Weight a Factor? The American Journal of Forensic Medicine and Pathology: March 2019 - Volume 40 - Issue 1. p 1-7

- Kutcher S, et al. Panel of Mental Health and Medical Experts Review of Excited Delirium. Nova Scotia Department of Justice Public Safety. https://novascotia.ca/just/public_safety/_docs/Excited%20Delirium%20Report.pdf
- Mash DC. Excited Delirium and Sudden Death: A syndromal Disorder at the Extreme End of the Neuropsychiatric Continuum. Front. Physiol. (2016) 7:435.
- Molina and DiMaio. Normal Organ Weights in Men Part IV – The Heart. Am J Forensic Med Pathol & Volume 33, Number 4, December 2012
- https://www.thename.org/assets/docs/NAME%20e-book%202016%20final%2006-14-16.pdf
- Otahbachi M, et al. Excited Delirium, Restraints, and Unexpected Death A Review of Pathogenesis. Am J Forensic Med Pathol. Volume 31, Number 2, June 2010. 107-12
- Pollanen MS, et al. Unexpected death related to restraint for excited delirium: a retrospective study of deaths in police custody and in the community. CMAJ. JUNE 16, 1998; 158 (12) 1603-7.Savaser DJ, et al. The effect of the prone maximal restraint position with and without weight force on cardiac output and other hemodynamic measures. Journal of Forensic and Legal Medicine 20 (2013) 991-5
- Prahlow J. Forensic Pathology for Police, Death Investigators, Attorneys, and Forensic Scientists. Humana Press Inc., Totowa, NJ
- Robbins SL. Pathologic Basis of Disease. WB Saunders.
- Sakko P & Knight B, editors. Forensic Pathology, Third Edition, 2004. Arnold – Headline Group, LONDON
- Sauvageau A, et al. Agonal Sequences in Eight Filmed Hangings: Analysis of Respiratory and Movement Responses to Asphyxia by Hanging. J Forensic Sci, September 2010, Vol. 55, No. 5 doi: 10.1111/j.1556-4029.2010.01434.x
- Shatishraj Jothee, Mohamed Swarhib Shafie, and Faridah Mohd Nor. Excited delirium syndrome from psychostimulant abuse can mimic a violent scene of death. Jothee et al. Egyptian Journal of Forensic Sciences (2019) 9:64 https://doi.org/10.1186/s41935-019-0173-z
- Shkrum MJ & Ramsay DA. Forensic Science and Medicine: Forensic Pathology of Trauma: Common Problems for the Pathologist. Humana Press Inc., Totowa, NJ
- Special Panel Review of Excited Delirium. Less-Lethal Devices Technology Working Group. NIJ Weapons and Protective Systems Technologies Center. Institute for Non-Lethal Defense Technologies. Applied Research Laboratory. The Pennsylvania State University.
- Spitz and Fisher's Medicolegal Investigation of Death: Guidelines for the Application of Pathology to Crime Investigation, 5th Edition
- Takeuchi A, et al. Excited Delirium. West J Emerg Med. 2011;12(1):77-83.
- Vilke GM. Restraint physiology: A review of the literature. Journal of Forensic and Legal Medicine 75 (2020) 102056
- White Paper Report on Excited Delirium Syndrome. ACEP Excited Delirium Task Force. September 10, 2009


4/30/22

**J.C. Upshaw Downs, M.D.**
ABP-AP/CP/FP, FCAP, FASCP,
F-AAFS, F-NAME, D-ABMDI, IACME



*"To strive, to seek, to find – and not to yield."*

Medicolegal Consultants
Forensic Pathology & Lab Services
Courtroom Illustrations & Exhibits
Training & Continuing Education

forensX@comcast.net
www.forensXpert.com
912-507-1008 office
912-454-6006 fax

***BIOGRAPHY***

*2 June 2021*

**James Claude Upshaw ("Jamie") Downs MD (ABP-AP/CP/FP, F-CAP, F-ASCP, F-AAFS, F-NAME, D-ABMDI, IACME)** has been a Medicolegal Consultant & practicing Forensic Pathologist/Medical Examiner for over 31 years. His medical practice includes serving as the Medical Director of the Physician Assistant Program at Charleston Southern University. Dr. Downs also serves as Associate Medical Examiner for Gwinnett County Georgia and as a Forensic Pathologist for the Charleston County SC Coroner's Office. His service work includes the Cold Case foundation, examining unresolved complex cases. He routinely consults in clinical and postmortem cases, including those involving traumatic force & the vulnerable. Dr. Downs was Director of the Alabama Department of Forensic Sciences, leading Alabama's statewide forensic laboratory system while also serving as the state's first Chief Medical Examiner. Downs was graduated from the University of Georgia (*magna cum laude* & *Phi Beta Kappa*). He received his Doctor of Medicine degree, Medical Residency training in Anatomic & Clinical Pathology, & Fellowship in Forensic Pathology from the Medical University of South Carolina (in his hometown of Charleston). The latter included a rotation at the Metropolitan Dade County Florida (Miami) Medical Examiner Department. Dr. Downs completed Peace Officers Standards & Training at the Southwest Alabama Police Academy, receiving distinction as class president, top academic student, & best defensive driver. Downs has been a Medical Examiner for Charleston County South Carolina/the Medical University of South Carolina, the state of Alabama, & the Georgia Bureau of Investigation. He completed an internship at the Behavioral Sciences Unit, FBI Academy in Quantico, Virginia & was named as a Consultant for the FBI Behavioral Sciences Unit, for whom he authored *"The Forensic Investigator's Trauma Atlas."* Downs was senior editor & author for *"Ethics in Forensic Science"* — the preeminent treatise on the subject. He has appeared in numerous national television broadcasts (multiple televised trials, *Secrets of the Morgue, National Geographic, C-SPAN, The New Detectives: Case Studies in Forensic Science, Forensic Files, Street Stories, Dateline, & 48 Hours*) & consulted on forensic movies, television (*Rosewood*), & books (including best-selling author Patricia Cornwell). Significant cases have included the Georgia tristate Crematory case (where he personally identified over 330 sets of decomposed remains) & the *H.L. Hunley* autopsies (the first successful combat submarine in world history). Dr. Downs was the Pathologist on South Carolina's first ever capital murder DNA trial. His professional activities have included service on numerous professional boards & committees. For over a decade, Dr. Downs taught Forensic Autopsy Pathology for the Mercer University School of Medicine & South University Savannah), the latter for whom he also taught the Clinical Pathology course. Downs also serves as a Clinical Laboratory Director. He is widely regarded for his ability to convey complex medicolegal findings & concepts, via both testimony & courtroom illustrations. Dr. Downs has worked extensively on national forensic political issues, including directly with former US Senator & US Attorney General Jeff Sessions to create & pass the Paul Coverdell Forensic Science Improvement Act. At the then Senator's request, Downs testified in support of the bill before Congress. He testified (twice) before the US National Academy of Sciences Committee on Science, Technology, & the Law's Forensic Science Committee regarding medicolegal death investigation & forensics in what became their groundbreaking report: *Strengthening Forensic Science in the United States: A Path Forward* (2009) & before the National Commission on Forensic Science. Dr. Downs has lectured hundreds of times & has presented at numerous national & international meetings in the fields of Forensic Pathology & scene interpretation/reconstruction, including at the National Forensic Academy & at the FBI's National Academy. His audiences have included law enforcement, social services, attorneys (prosecution & defense), judges, university undergraduate & pre-professional students, medical personnel, & graduate medical audiences. His areas of special interest include ethics, asphyxiation, child/elder abuse/neglect, the vulnerable, & police use of force. He has testified hundreds of times, including before state & federal courts, the US Military Justice system, committees of both the US Senate & House of Representatives, & the National Commission on Forensic Sciences. He has been qualified as an expert in numerous areas, including forensic pathology & scene reconstruction.

# CURRICULUM VITAE

2 June 2021

**NAME: James Claude Upshaw "Jamie" Downs, M.D.**

**ABP-AP / CP / FP, F-CAP, F-ASCP, F-AAFS, F-NAME, D-ABMDI**, IACME

**OFFICE:** **forensX, LLC** **www.forensXpert.com**

**Medicolegal Consultants**
**Forensic Pathology & Lab Services**
**Courtroom Illustrations & Exhibits**
**Training & Continuing Education**

**1 Diamond Causeway**
**Suite 21-29**
**Savannah, Georgia 31406**

**PHONE: 912-507-1008**
**FAX: 912-454-6006**
**forensX@comcast.net**

**EDUCATION:**

**1966-1979 Elementary - High School** — **Porter-Gaud School**, **Charleston, South Carolina**

**1979-1983 Bachelor of Science** — **University of Georgia**, **Athens, Georgia**
*Biochemistry (major)/French (minor)*
**(***magna cum laude, Phi Beta Kappa***)**

**1983-1988 Doctor of Medicine** — **Medical University of South Carolina**, **Charleston, South Carolina**

**1988-1991 Anatomic Pathology (Residency)** — **Medical University of South Carolina**, **Charleston, South Carolina**

**1991-1992 Forensic Pathology (Fellowship)** — **Medical University of South Carolina**, **Charleston, South Carolina**
*(Metro Dade Medical Examiner Department Miami, Florida, March, 1992)*

**1992-1994 Clinical Pathology (Residency)** — **Medical University of South Carolina**, **Charleston, South Carolina**

**1992 Working Internship** — **Behavioral Science Unit**
**(***Overkill – behavioral analysis***)**
**FBI Academy, Quantico, VA**

**1996 Peace Officer Standards and Training (POST) certification** — **Southwest Alabama Police Academy**
**Class 123**
**Bay Minette, Alabama**

**2016-2017** — **Education for Ministry**
**St. Thomas Episcopal Church**
**Isle of Hope, Georgia**
**(University of the South, Sewanee, Tennessee)**

**SPECIALTY CERTIFICATION:**
**National Board of Medical Examiners – 1991**
**American Board of Pathology**
**Anatomic Pathology – 1994**
**Clinical Pathology – 1994**
**Forensic Pathology – 1995**

**OTHER:**
**ABMDI-D (American Board of Medicolegal Investigators) – 2014**
**POST (Peace Officer Standards & Training) – 1996**

**MEDICAL LICENSURE:**
**South Carolina #15063**
**Alabama #17880**
**Georgia #051874**

**MAJOR PROJECTS:**
**State of Alabama - Forensic Science Bond issue (1998-2002)**
**$17.5 million bond issue for the construction of two new forensics laboratories**
**Birmingham – $10 million facility**
**Montgomery –$7.5 million facility**
**Planning and site selection**
**State of Alabama – Forensic Science Annex**
**Planning and construction of annex to State Crime Lab section**
**Statewide DNA Database laboratory**
**Forensic Biology laboratory**
**Medical Examiner Administrative space**
**Conference facility**
**State of Alabama – Implied Consent (Breath Analysis Program)**
**Planning and construction statewide service facility**
**State of Alabama – Crime Laboratory Certification (ASCLD/LAB)**
**Planning & implementation of accreditation state-wide process**
**Preparatory pre-inspection process (through NFSTC)**
**State of Georgia – Coastal Regional Medical Examiner Office**
**Final design/implementation and staffing new combined use laboratory**
**Medical Examiner and Administrative Offices**
**Toxicology Laboratory and Administrative Offices**
**Conference facility**
**State of Georgia – Medical Examiner Statewide Accreditation**
**Preparatory phase consultation**
**Pre-inspection Operations Manual preparation**
**Operational timeline**
**Pre-accreditation facilities/operations documentation**
**State of Georgia – Operation Noble Cause ("Tri-State Crematory incident")**
**Final identification multiple (>330) variably decomposed/skeletonized remains**

**State of South Carolina –** *H.L. Hunley* **Project (135 year-old scene)**
**Sole Forensic Pathologist consultant**
**Examination / processing eight sets co-mingled remains (historical context)**
**Assemble / coordinate interdisciplinary forensic / archeology expert team**
**Research consultant to Patricia Cornwell (author)**
**National Academies of Science**
**Identifying the Needs of the Forensic Science Community**
**Views of Major Forensic Science Organizations:**
**Issues & Challenges - NAME (1/25/07)**
**Medical Examiner / Coroner System – NAME (6/5/07)**
**Medical Examiner Forensic Training**
**("Crime Lab 101 for Forensic Pathology Fellows")**
**National Forensic Science Technology Center, Largo, Florida, 10/13-17/08**
**Curriculum planning & development**
**Instructor – Courtroom Testimony**
**Medicolegal Death Investigation Training Program**
**(Forensic Pathology Fellows & Medicolegal Death Investigators)**
**National Forensic Science Technology Center, Largo, FL, 2010-2011 (4 sessions)**
**Curriculum planning & development**
**Instructor – Applied Toxicology & Medicolegal Improving Death**
**Standards and Protocols Interagency Working Group**
**Investigation Systems Advisory Member (2010-2011)**
**National Science and Technology Council, Subcommittee on Forensic Science**
**Reports & Testimony Subcommittee**
**Executive Office of the President of the United States**
**Grant Reviewer**
**National Institute of Justice / Bureau of Justice Assistance**
**National Association of Medical Examiners – Annual Meeting 2007**
**Savannah, Georgia**
**Scientific Program & host**
**Harvard Associates in Police Science – Annual Meeting 2007**
**Savannah, Georgia**
**Scientific Program & host**
**Investigation for Identification – Annual Meeting 2012**
**Savannah, Georgia**
**Scientific Program & host**
**Vulnerable Victims: From Cradle to Cane – Medicolegal Seminar 2017**
**Charleston, SC**
**Scientific Program, Presenter, & host**

**PROFESSIONAL ORGANIZATIONS - MEMBERSHIP:**

| | |
|---|---|
| **1990-1994** | **Lowcountry Pathology Society** |
| **1990-present** | **College of American Pathologists, Fellow** |
| **1991-present** | **National Association of Medical Examiners, Fellow** |
| **1992-present** | **American Society of Clinical Pathologists, Fellow** |
| **1993-present** | **American Academy of Forensic Sciences, Fellow** |
| **1994-2002** | **Alabama State Association of Forensic Sciences** |
| **1995-present** | **American Association for the Advancement of Science** |
| **1995-present** | **US and Canadian Academy of Pathology** |
| **1998-present** | **Harvard Associates of Police Science** |
| **1998-2000** | **International Wound Ballistics Association** |
| **1999-2002** | **Alabama Peace Officers' Association** |
| **1999-2016** | **Homicide Research Working Group** |
| **2000-2002** | **Alabama Chiefs of Police Association** |
| **2000-2002** | **American Society of Crime Lab Directors** |
| **2001-2002** | **Alabama State Employees Association** |
| **2001-present** | **American Association of Clinical Chemistry** |
| **2003-2017** | **International Association of Chiefs of Police**<br>**Forensic Subcommittee** |
| **2003-2013** | **Consortium of Forensic Science Organizations**<br>**Vice Chair 2007-2013** |
| **2011-present** | **Ray. E. Helfer Society**<br>*"A society of physicians dedicated to ending child maltreatment* |
| 2020-present | The Cold Case Foundation<br>Consulting Forensic Pathologist |
| 2021-present | International Association of Coroners and Medical Examiners |

**ADMINISTRTIVE APPOINTMENTS:**

**1992-present Consultant Forensic Pathologist, Forensic Examiners / forensX, LLC**
**1990-1994 Deputy Medical Examiner, Charleston County, South Carolina**
**1994-2002 State Medical Examiner**
**State of Alabama, Department of Forensic Sciences**
**1994-2002 Clinical Assistant Professor, Pathology, University of South Alabama**
**1994-1998 Morgue Safety Officer**
**Department of Forensic Sciences, Mobile, AL**
**1996 Chair, Citizens' Support Group for Forensic Sciences Study Committee**
**1996-1997 Supervisor, Autopsy Technicians**
**Department of Forensic Sciences, Mobile**
**1996-1997 Chief, Autopsy Service, Department of Forensic Sciences, Mobile, AL**
**1997-1998 Chief, Investigative Services, Department Forensic Sciences, Mobile, AL**
**1998-present Consultant, Behavioral Sciences Unit, FBI Academy, Quantico, Virginia**
**1998-2002 Director, State of Alabama, Department of Forensic Sciences**
**1998-present Visiting Instructor, National Forensic Academy, University of Tennessee**
**1998-2018 Board of Advisors, Law Enforcement Innovation Center, Univ. of Tenn.**
**2000-2002 Chief Medical Examiner, State of Alabama**
**Department of Forensic Sciences**
**2000-2005 Major, Civil Air Patrol, USAir Force Auxiliary, Legislative Wing**
**2000-present Forensic Pathology Consultant, C.S.S.** *H.L. Hunley* **Project,**
**The Hunley Commission, Charleston, South Carolina**
**2001-2007 Board of Directors, National Association of Medical Examiners**
**2002-2016 Coastal Regional Medical Examiner, Georgia Bureau of Investigation**
**2002-2012 Coastal Regional Death Investigation Section**
**Supervising Medical Examiner**
**2003-2017 Forensic Committee of the International Association of Chiefs of Police**
**2002-2003 Identification of all Remains – "Tri-Sate Crematory case"**
**Operation Noble Cause, Walker County, GA**
**2003-2017 Clinical Instructor – Anatomic & Clinical Pathology**
**Physician Assistant Program**
**South University, Savannah, Georgia**
**2003-2017 Clinical Instructor – Toxicology**
**Pharmacy Program, South University, Savannah, Georgia**
**2004 NIJ Technical Working Group for**
**Education & Training in Forensic Science**
**2007-2019 Advisory Council, American Board of Medicolegal Death Investigation**
**2007-2013 Board of Directors, National Forensic Science Technology Center**
**2009-present Medical / Investigational Advisory Board**
**Sudden Unexplained Death in Childhood Program**
**2009-2010 Clinical Instructor – Pathology**
**Mercer Univ. School of Medicine, Savannah**
**2009-2010 Steering Committee (Chair)**
**NIJ inaugural Forensic Death Investigation Symposium**
**2010 Keynote Address**
**NIJ inaugural Forensic Death Investigation Symposium**

**2010-2012 R.O.C.K. (Raising Our Children Kindly) Group Board**
**2010-2017 Clinical Assistant Professor, Pathology & Director, Autopsy Program**
**Mercer Univ. School of Medicine, Savannah**
**2011-2014 Board of Editors, Academic Forensic Pathology**
**(Journal of the National Association of Medical Examiners)**
**2013-2014 NIJ Forensics Training Task Force**
**2017-present Medical Director, Physician Assistant Program**
**Charleston Southern University, Charleston, South Carolina**
**2017-present Associate Medical Examiner, Gwinnett County, Georgia**
2021-present Forensic Pathologist
Charleston County SC Coroner's Office

**American Academy of Forensic Sciences**
**2012-13 Pathology-Biology Program Chair**
**2013-14 Pathology-Biology Section Secretary**
**2014-15 Pathology-Biology Section Chair**
**2018 Plenary Session Co-Chair**
**2019 Plenary Session Chair**
**Other:**
**Educational Sessions – breakfast presenter**
**Educational Sessions – luncheon presenter**
**Workshops – coordinator & presenter**
**Session Moderator**
**Student Academy**
**(high school student introductory forensic training program)**
**Ethics Committee**
**Young Forensic Scientists Forum – seminar speaker**
**Forensic Science Foundation Board**
**Education Committee (chair)**
Bring Your Own Slides (Co-moderator)

**BIBLIOGRAPHY:**

Downs JCU
*Autopsy Dissection Manual* (manuscript in planning)

**Downs JCU and Kerns J**
*Anatomy Dissection Manual* **(working title) (manuscript in p**reparation**)**

**Downs JCU**
*Medicolegal Forensic Investigator's Trauma Atlas* **(manuscript in preparation)**

**Downs JCU & Barsley R**
*Ethical issues in Forensic Science & Odontology*
**in** *Forensic Odontology: Principles and Practice*
**Thomas J. David, Jim Lewis, Academic Press**

**Capital Litigation Initiative: Crime Scene to Courtroom Forensics Training**
**Webinar 3: Forensic Pathology Essentials, Thursday, October 13, 2016**
*http://www.ncstl.org/education/Capital-Litigation-2016-Webinar-3-Forensic-Pathology-Essentials*

*The A–Z of Death and Dying Social, Medical, and Cultural Aspects*
**Michael Brennan, Editor**
**ABC-Clio, 2014**
**Coroner**
**Causes of Death**
**Death Certification**

**Downs JCU & Swienton A, Editors**
*Ethics in Forensic Science (2012)* **Elsevier Publishing**
**Willoughby W, Thompson E, & Downs JCU**
*Religion: The Forensic Practitioner's Quest for Truth*
**Downs JCU & Swienton A**
*Ethical Codes in Other Organizations – Authority & Enforcement*
**Stephens FE & Downs JCU**
*Ethics in Law Enforcement; Defining the Thin Blue Line*
**Bono J, Swienton A, & Downs JCU**
*Testimony*
**Downs JCU**
*Whistleblowers*
**Swienton A & Downs JCU**
*Media*

**Downs, JCU**
*Forensic Medicine*
**McGraw Hill Encyclopedia of Science & Technology, 2011**

**Downs JCU**
*Death Investigation*
**Crime Scene Investigation, Second Edition**
**Jacqueline T. Fish, Larry S. Miller, and Michael C. Braswell**

*The Encyclopedia of Death and the Human Experience*
**Bryant CD and Peck DL, Eds., Sage Publishing, 2009**
**Downs JCU**
*Homicide*
**Downs JCU**
*Sexual Homicide*
**Downs JCU**
*Medical Examiner*

**Lori Frasier L, Alexander R, Parrish R, & Downs JCU**
*Abusive Head Trauma in Infants and Children:*
*A Medical, Legal & Forensic Reference*
**GW Medical, 2007**

**Lori Frasier L, Alexander R, Parrish R, & Downs JCU**
*Abusive Head Trauma in Infants and Children:*
*A Medical, Legal & Forensic Reference – Supplementary CD-ROM*
**GW Medical, 2007**

**JCU Downs & Bill Harris**
*The Role of Coroners*
**In Alexander R & Case ME**
*Child Fatality Review - An Interdisciplinary Guide & Photographic Reference*
**GW Medical, 2007**

**Downs JCU**
*The Role of Medical Examiners in Law Enforcement*
**Police Chief Magazine, International Association of Chiefs of Police, November 2007**

**Downs JCU**
*Carbon Monoxide Poisoning: Incidence and findings at post-mortem*
**The Encyclopedia of Forensic Medicine, 2004 & 2015**

**Downs JCU**
*Pattern Injuries*
**The Encyclopedia of Forensic Medicine, 2015**

**Downs JCU**
**Forensic Science Education and Mentorship: Our Path Forward**
**Pathology / Biology: The Mentor / Mentee Relationship**
**Academy News, American Academy of Forensic Sciences, May 2013**

**Withrow AG, Sikorsky J, Downs JCU, Fenger T**
*Extraction & Analysis of Human Nuclear & Mitochondrial DNA from Electron Beam Irradiated Envelopes*
**Journal of Forensic Sciences 2003 Nov;48(6):1302-8**

**Downs JCU**
*The Autopsy*
**Handbook of Death & Dying, Bryant, C. Ed., Sage Press, 2003**

**Downs JCU**
*Medical Examiner/Coroner*
**Handbook of Death & Dying, Bryant, C. Ed., Sage Press, 2003**

**Downs JCU and Westveer A**
*Forensic Investigator's Trauma Atlas*
**Managing Death Investigation Volume II, FBI National Academy, U.S. Department of Justice, FBI, Arthur E. Westveer, MLA, Ed., 2003**

**Cina SJ, Downs JCU and Conradi SE.**
*Hydrogen peroxide: A source of lethal oxygen embolism.*
**American Journal of Forensic Medicine and Pathology 15(1): 44-50, 1994.**

**Downs JCU, Nichols CA, Scala-Barnett D and Lifschultz BD.**
*Handling and Interpretation of Crossbow Injuries.*
**The Journal of Forensic Sciences 39(2): 42.8-45, 1994.**

**Downs JCU, Conradi SE and Nichols CA.**
*Suicide by Environmental Hypoxia (Forced Depletion of Oxygen).*
**The American Journal of Forensic Medicine & Pathology 15(3:): 216-223, 1994.**

**Downs JCU and Nichols CA.**
*Suicidal Ingestion of Barium Sulfide Containing Shaving Powder.*
**The American Journal of Forensic Medicine and Pathology 16(1): 56-61, 1995.**

**Downs JCU, Riddick L, Nichols CA, Scala-Barnette D, and Lifschultz BD.**
*Crossbow Injuries - An Unusual Form of Sharp Force Injury.*
**American Society of Clinical Pathologists Check Sample, October 1995.**

**Downs JCU**
*Sexual Homicide* **in Managing Death Investigation**
**FBI National Academy, U.S. Department of Justice, FBI, Arthur E. Westveer, MLA, Ed., 1998 & 2002**

**Downs JCU**
*Asphyxiation* **in Managing Death Investigation**
**FBI National Academy, U.S. Department of Justice, FBI, Arthur E. Westveer, MLA, Ed., 1998 & 2002**

**Downs JCU**
*Sharp Force Injury* **in Managing Death Investigation,**
**FBI National Academy, U.S. Department of Justice, FBI, Arthur E. Westveer, MLA, Ed., 1998 & 2002**

**Downs JCU**
*Blunt Force Injury* **in Managing Death Investigation FBI National Academy, U.S. Department of Justice, FBI, Arthur E. Westveer, MLA, Ed., 1998 & 2002**

**Downs JCU**
*Under Investigation: The World of Forensic Pathology*, **MUSC Alumni Today, Alumni Magazine of the Medical University of South Carolina, Nov 1999**

**Downs JCU**
*Date Rape Drugs*, **Alabama Coroners' Association Newsletter, May 2000**

**Hornfeldt CS, Lothridge K, and Downs JCU**
*Forensic Science Update: Gamma-Hydroxybutyrate (GHB)*
**Forensic Science Communications, January 2002**

**Downs JCU and Ostroff D.**
*Videography– A primer* **Alabama Coroners' Association Newsletter, Sept 2000**

**Titford M and Downs JCU**
*Case Histories in Forensic Histotechnology*
**The Journal of Histotechnology, 2001;24(1):23-27**

**Downs JCU**
*Shaken Baby Syndrome – A primer*
**Alabama Coroners' Association Newsletter, 2001**

**Downs JCU**
*Forensic Improvement and Medical Examiners,*
**National Association of Medical Examiners News, Vol. 9, No. 4, August 2001**

**Downs JCU**
*The Paul Coverdell National Forensic Sciences Improvement Act,*
**The American Academy of Forensic Sciences Newsletter, Summer 2002**

**Cheng TC and Downs JCU.**
*Intracellular Acid Phosphatase and Lysozyme Levels in Subpopulations of Oyster,* **Crassostrea virginica,** *Hemocytes*
**Journal of Invertebrate Pathology 52: 163-167, 1988.**

**LECTURES/SPEAKING:**

**Hundreds of invited presentations at local, regional, national, and international levels on the subjects of Medicolegal Death Investigation, Forensic Pathology, Child abuse/neglect Elder abuse/neglect, Forensic Investigation & the vulnerable, Police Use of Force, and Teamwork, to audiences ranging from pre-graduate to post-doctoral and active practitioner levels. Audiences have included law enforcement, social services, attorneys, judges, university undergraduate & pre-professional students, medical personnel (all levels), and graduate medical personnel.**

**He has testified in numerous state and federal courts, the Military Justice System, as well as before committees of both the United States Senate and the House of Representatives**

**AWARDS/SERVICE:**

**Presidential Iceberg Award, National Association of Medical Examiners, 2004**
**Thomas Park Food Pantry, Savannah, GA, 2006-present**
**Presidential STAR Award, National Association of Medical Examiners, 2007**
**Volunteer of the Year, R.O.C.K. (Raising Our Children Kindly) Group Board 2008**
**President's Award, National Association of Medical Examiners, 2010**
**Board Member of Year, R.O.C.K. (Raising Our Children Kindly) Group Board, 2011**



*"To strive, to seek, to find – and not to yield."*

**Medicolegal Consultants**
**Forensic Pathology & Lab Services**
**Courtroom Illustrations & Exhibits**
**Training & Continuing Education**

**forensX@comcast.net**
**www.forensXpert.com**
**912-507-1008**

**2 June 2021**

Please see my attached case testimony listing.

This dates to approximately 2002, with most recent cases generally first.

This listing includes, to the best of my recollection, all my sworn testimony done in my private (consulting) cases. This list excludes testimony done as part of my regular employment with the various governmental agencies for whom I have worked.

**J.C. Upshaw Downs, M.D.**
ABP-AP/CP/FP, FCAP, FASCP
F-AAFS, F-NAME, D-ABMDI, IACME

**1 Diamond Causeway, Suite 21 - 299, Savannah, Georgia 31406**

**PRIOR PRIVATE CASE TESTIMONY – J.C. Upshaw Downs, MD (Deposition and Trial)**

| Case | POC | Address | Type | |
|---|---|---|---|---|
| Denney<br>V<br>Crenshaw | Sara E. Brochstein, Esq | Freeman Mathis & Gary, LLP<br>100 Galleria Parkway, Suite 1600, Atlanta, GA 30339-5948<br>770-303-8634 | CV^ | D |
| Coto<br>V<br>Bridges of Hope | Joe Wieseman, Esq. | Hawkins Parnell & Young, LLP<br>303 Peachtree Street, NE, Suite 4000<br>Atlanta, GA 30308 404-614-7643 | CV^ | D |
| Vazquez-Klecha<br>v.<br>Bickerstaff | Teresa Pike Tomlinson, Esq. | Hall Booth Smith, P.C.<br>The Carmike Building, 1301 1st Avenue, Suite 100<br>Columbus, GA 31901 706-494-3818 | CV^ | P |
| Palmer<br>v.<br>Decatur Illinois | Kathleen Kunkle, Esq. | 140 South Dearborn Street, 6th Floor<br>Chicago, IL 60603<br>312.782.7606 | CVO^ | D |
| Georgia<br>V<br>Willie Spencer | Ted Johnson, Esq. | Johnson & Associates, LLC<br>PO 50470, Atlanta, GA 30302<br>404-797-7466 | CR* | D |
| Morrisey<br>v<br>Publix | Howard Spiva, II, Esq. | SPIVA LAW GROUP, P.C.<br>1137 Mohawk Street, Savannah, GA 31419<br>(912) 920-2000 | CV^ | P |
| ROBERT ROBERSON, III<br>v.<br>WILLIAM STEPHENS | Scott C. Holden, Esq | 1st Assistant Criminal District Attorney, Anderson County, TX<br>Anderson County District Attorney's Office500 N. Church<br>Room 38 Palestine, TX 75801 903-723-7467 | CV* | D |
| Massey v<br>Conner | JAMES H. PIKE, Esq. | SHEALY, PIKE, HORNSBY & FREEMAN<br>P.O. Box 6346, Dothan, AL 36302-6346<br>tel +1.334.677.3000 | CV^ | D |
| United States v<br>Ethan Tucker | LCDR Bryan Tiley, Esq<br>Trial Services Branch Chief | bryan.d.tiley@uscg.mil<br>Legal Service Command, Alameda (LSC-LMJ)<br>Coast Guard Island, Bld. 54A | CR* | FP |
| Georgia<br>V<br>Tammy Poole | C. Ryan Lee, Esq. | Lee & Ziegler, LLC<br>150 North Street, Suite M<br>Canton, Georgia 30114 | CVO* | P |
| Giusto et al.<br>v.<br>International Pa | Righton J. Lewis<br>Doug Grimsley<br>Steven W. Zoffer | Butler Snow LLP, 1170 Peachtree Street NE, Suite 1900,<br>Atlanta, GA 30309<br>Dickie, McCamey & Chilcote, P.C. Two PPG Place, Suite | CV^ | D |
| Cox (Connell)<br>v<br>BRNCE | Christina Clements | 3291 US Highway 280, Suite 200<br>Birmingham, AL 35243<br>205.251.1193 | CV^ | D |
| FL v Granville RITCHIE<br>15-CF-673-A 15-CF-673-A | Jennifer Johnson, Esq.<br>Chief, Sex Offender/Child<br>Abuse Division | State Attorney's Office 3th Judicial Circuit<br>4, 9 N. Pierce St. Tampa, Florida 33602<br>(813) 274-1424 | CR^* | S |
| Georgia v. Toby<br>Wayne Archer | Keenan Parsons, Esq.<br>Chief Assistant Circuit<br>Defender | 280 Constitution Boulevard, Room 1086<br>Dallas, GA 30132<br>770-443-3463 | CR* | D |
| Brandy Porter<br>v.<br>Boerner | Phyllis Gillespie, Esq. | Gary, Williams, Parenti<br>The Spence Law Firm<br>Watson & Gary, PLLC | CV^ | P |
| Georgia v.<br>Kevin Bentley | ADA | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |

| | | | | |
|---|---|---|---|---|
| Georgia<br>v<br>TIMONE HOOPER | Christy Barker, Esq.<br>Assistant District Attorney | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |
| Georgia<br>v<br>Remler | Jennifer Parker, Esq.<br>Assistant District Attorney | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |
| Dennis William Bryan<br>(decedent) | Jackie L. Johnson, Esq.<br>District Attorney | Brunswick Judicial Circuit<br>Jackiejohnson@pacga.org<br>912-270-6180 | CR* | S |
| Georgia<br>vs.<br>Landon Terrell | Aaron Henrickson, Esq. | Hendrickson & Sereebutra, LLC<br>229 Buchanan Street<br>Dallas GA 30132 (770) 505-4405 | CR* | D |
| Georgia<br>Vs<br>Cash & Weathington | Aaron Henrickson, Esq. | Hendrickson & Sereebutra, LLC<br>229 Buchanan Street<br>Dallas GA 30132 (770) 505-4405 | CR* | D |
| Georgia<br>V<br>Laquan Hasuan Jivens | Maggie Hinchey DeLeon, Esq.<br>Assistant District Attorney | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |
| Georgia<br>V Taurus Green<br>& Gregory Bivin | Christy Barker, Esq.<br>Assistant District Attorney | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |
| Georgia v Karonta<br>Shamon Morrell | Matt Breedon, Esq. | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |
| Georgia<br>V<br>Laquan Hasuan Jivens | Maggie Deleon | Chatham County DA's Office, P.O. Box 2309<br>Savannah, GA 31402<br>912-652-7308 | CR* | S |
| Georgia v<br>Harvey Timothy Lee<br>Tia Trollyne Young | Ryan Fisher, Esq.<br>Stephen. A. Fern, Esq. | Gwinnett Judicial Circuit<br>75 Langley Dr., Lawrenceville, Georgia 30046<br>770-822-8000 | CR* | S |
| FLORIDA<br>v<br>Cameron Dowden | Dan Wehking, Esq. | Office Criminal Conflict & Civil Regional Counsel, 5th District<br>7165 Murrell Rd #101. Melbourne, FL 32940<br>(321) 752-3115 | CR^ | D |
| Jimmie Jenkins, et al.<br>vs.<br>Corizon Health, et al. | Gene Brooks, Esq | Brooks Law Firm<br>313 West York Street, P. O. Box 9545, Savannah, GA 31401<br>(912) 233-9696 | CV^ | P |
| Coleman Moore<br>v<br>Nobel Learning Center | Kristina L. Miller, Esq. | A\|C\|K ANDERSON\|COE\|KING ATTORNEYS AT LAW<br>7 Saint Paul St., Suite 1600, Baltimore, MD 21202<br>miller@acklaw.com 410-752-1630 | CV^ | D |
| GA v<br>K. Smith/J Campbell/<br>R Parrish | Christy Barker<br>Assistant District Attorney | Eastern Judicial Circuit<br>cbarker@chathamcounty.org<br>(912) 652-7308 | CR* | S |
| Texas<br>v<br>Soto | Bill Helwig, Esq.<br>Yoakum Co. TX Criminal DA | (806) 731-0093 bhelwig@yoakumcounty.org<br>P.O. Box 359, Yoakum Co. Courthouse, 600 Cowboy Way<br>Plains, TX 79355 | CR* | S |
| Robert L. Davis, dec<br>v.<br>Rose Manor | Edward Weed, Esq | Martin Weed, LLC<br>100 Union Hill Drive, Suite 150<br>Birmingham, AL 35209 205-443-6661 | CV^ | P |
| Georgia v<br>Jesus V. Guerrero<br>Toombs Co16CR00103 | Allen W. McCall<br>Chief Investigator | Office of the District Attorney, Middle Judicial Circuit<br>101 N. Main Street, Suite 200, Post Office Drawer 590<br>Swainsboro, Georgia 30401 (478) 237-7846 | CR* | S |

| Martez WILSON<br>v<br>City of Douglasville GA | Sara E. Brochstein, Esq. | Freeman Mathis & Gary, LLP<br>100 Galleria Parkway I Suite 1600 I Atlanta, Ga. 30339<br>D:770.303.8634 C:404.520.4400 sbrochstein@fmglaw.com | CV^ | D |
|---|---|---|---|---|
| South Carolina<br>v<br>Ka'Vaughn Smith | Jim Bannon, Esq. | The Bannon Law Group, LLC.<br>P.O. Box 3691 / 10 Westbury Parkway unit A<br>Bluffton, SC 29910 P: 843-815-4505 F: 843-277-6803 | CR | D |
| USAF<br>v<br>Wilsey | Cliff McElroy, SrA, USAF Paralegal | Military Justice Section<br>55th WG/JAM DSN 2712358<br>Comm (402) 294 2358 | CR* | F |
| Georgia<br>v<br>Nathaniel WILKINS | Jerome Rothschild, Esq.<br>Assistant District Attorney | Chatham County DA's Office<br>912-652-7308<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
| Georgia<br>v<br>Karonta MORRELL | Matt Breedon, Esq.<br>Assistant District Attorney | Chatham County DA's Office<br>mabreedon@chathamcounty.org 912-652-7308<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
| Georgia<br>v<br>Dreshaun Martin | Nancy Smith<br>Assistant District Attorney | Chatham County DA's Office 912-652-7308<br>P.O. Box 2309 Savannah, GA 31402<br>ngsmith@chathamcounty.org | CR* | S |
| Georgia v<br>Emile Randolph &<br>Quamelius Lee | Bradley Thompson<br>Assistant District Attorney | Chatham County DA's Office 912-652-8024<br>P.O. Box 2309 Savannah, GA 31402<br>brthompson@chathamcounty.org | CR* | S |
| US Army<br>v<br>Seifert | Jason W. Moy, MAJ, JA<br>Special Victim Prosecutor | Fort Stewart, Fort Gordon, and Hunter Army Airfield<br>jason.w.moy.mil@mail.mil 912-767-3920 (office)<br>976 William H. Wilson Ave, Fort Stewart, Georgia 31314 | CR* | F |
| L. Keenan et al. v<br>J Hoffman-Rosenfeld, et al. | Jason R. Corrado, Sr. | Shaub, Ahmuty, Citrin & Spratt, LLP<br>1983 Marcus Avenue, Lake Success, NY 11042<br>516-488-3300 | CV^O^ | D |
| Ohio v<br>Brent Houdeshell<br>(Hancock 2016 CR108) | Colleen P. Limerick, Esq.<br>Assistant Prosecutor | Hancock County Prosecutor<br>514 S. Main Street, Suite B Findlay, Ohio 45840<br>(419) 424-7405 cplimerick@co.hancock.oh.us | CR* | S |
| Vernon | Amy Sciuto, Paralegal | The Simon Law Firm<br>800 Market St. Ste 1700 1 St. Louis MO 63101<br>(314) 241-29291 asciuto@simonlawpc.com | CV^ | D |
| Georgia v Hampton<br>(dec MARTIN/<br>KITCHENS /MARSHALL | ADA Matthew BREEDON | Chatham County DA Office Eastern Judicial Circuit<br>P.O. Box 2309 Savannah, GA 31402<br>mabreedon@chathamcounty.org | CR* | S |
| Florida<br>v<br>Omar Marrero | Sean Landers, Esq. | The Baez Law Firm - Orlando Office<br>23 South Osceola Avenue, Orlando, FL 32801<br>(407) 705-2626 sean@baezlawfirm.com | CR^* | D |
| State<br>v<br>Randall Futch | ADA Abigail Long, Esq. | Atlantic Judicial Circuit District Attorney's Office<br>Liberty/Long County<br>945 E.G. Miles Pkwy, Hinesville, GA 31313 912-876-3952 | CR* | S |
| Georgia vs.<br>Joseph Heyward &<br>Cierra Leeks | ADA Matt Breedon, Esq. | Chatham County District Attorney's Office<br>Eastern Judicial Circuit 912-652-7308<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
| Schulte<br>v<br>BrightStar | Niki T. Long, Esq. | Franke Schultz & Mullen, P.C.<br>8900 Ward Parkway<br>Kansas City, Missouri 64114 | CV^ | D |
| POLSDORF, et al. v.<br>MANDEL, et al.<br>STCV1601573 | Carlton E. Joyce, Esq. | Bouhan Falligant<br>(816) 268-8618 (direct) (816) 421-7100 (m)<br>Armstrong House, 447 Bull Street, Savannah, GA, 31401 | CV^ | V |

| | | | | |
|---|---|---|---|---|
| Georgia v.<br>Tobias DANIELS &<br>Antonio GRIFFIN | ADA Mary Fitzgerald | Chatham County DA's Office Eastern Judicial Circuit<br>912-652-8069 nlong@fsmlawfirm.com<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
| Georgia<br>v<br>Robert Donald Rogers | ADA Jack Johnson | Wayne County DA Office, 145 North Brunswick Street<br>Jesup, Georgia 31546<br>(912) 427-6379 | CR** | S |
| Mornay<br>v<br>SouthEast trans | Matthew P. Lazarus, Esq. | Scrudder, Bass, Quillian, Horlock, Taylor & Lazarus LLP<br>900 Circle 75 Parkway, Suite 850, Atlanta, GA 30339-3053<br>770-612-9200 mlazarus@scrudderbass.com | CV^ | D |
| Georgia v.<br>Terrence Jones<br>(Richard Trantham) | ADA Jack Johnson | Wayne County DA Office, 145 North Brunswick Street<br>Jesup, Georgia 31546<br>(912) 427-6379 | CR* | S |
| Thomas Rogers<br>v<br>Heiges, et al. | Bart Turner, Esq. | SAVAGE TURNER PINKNEY<br>Eighth floor, 102 East Liberty St, Savannah, Ga 31401<br>(912) 231-1140 | CV* | PD |
| | Gregory Hodges, Esq. | OLIVER-MANER<br>218 W. State Street, Savannah, GA 31401<br>(912) 236-3311 | | |
| Weintraub<br>v<br>PTS of America, LLC | Jacob E. Daly, Esq. | Freeman Mathis & Gary, LLP<br>100 Galleria Pkwy, Ste 1600, Atlanta, Ga, 30339<br>(770) 818-1431 | CV^ | D |
| North Carolina<br>v<br>Stephen Maddox | Kurt D. Schmidt, Esq. | Schmidt Law<br>2505-B Nash St., Wilson, NC 27896<br>(252) 281-2149 | CR* | D |
| Michigan<br>v<br>Donald Bebee | Gordon Bloem, Esq. | Public Defender's Office<br>108 South University Avenue, Suite 1<br>Mt. Pleasant, Michigan 48858 | CR* | D |
| Littlejohn v.<br>Intown Suites<br>Piedmont, et al. | Jacob E. Daly, Esq. | Freeman Mathis & Gary, LLP www.fmglaw.com<br>100 Galleria Parkway, Suite 1600, Atlanta, Ga. 30339<br>770.818.1431 JDaly@fmglaw.com | CV^ | D |
| Georgia vs.<br>Tommy Laron Cooper<br>2016-R-178-JS | Assistant DA | District Attorney's Office<br>Tatnall County – Reidsville, Georgia | CR* | S |
| Georgia v.<br>Terrence Jones<br>(Joseph Speight) | Assistant DA | District Attorney's Office<br>Liberty County, Georgia | CR* | S |
| Francois<br>v<br>Univ. of Miami | George Koonce, Esq. | Espirito Santo Plaza<br>1395 Brickell Avenue 14th Floor Miami, Florida 33131<br>(305)789-9200 | CV^ | D |
| Georgia v.<br>Troy SIMMONS<br>(Wendell Lee) | Assistant DA | District Attorney's Office<br>Wayne County, Georgia | CR* | S |
| Kevin Palmer | Christy Barker, Esq.<br>Assistant DA | Chatham County District Attorney's Office<br>Eastern Judicial Circuit 912-652-7308<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
| Georgia v<br>WILLIAM MOORE<br>CR15-1131-J1 | Frank Pennington, Esq.<br>Assistant DA | Chatham County District Attorney's Office<br>Eastern Judicial Circuit 912-652-7308<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
| Georgia v.<br>Quentin Lee HORTON<br>16CR00022 | Allen W. McCall<br>Chief Investigator | Office of the District Attorney – Candler Co. GA<br>Middle Judicial Circuit<br>200 Courthouse Square, Lyons, Georgia 30436 | CR* | S |

| Gregory Rhynes (dec) | Greg McConnell, Esq. Chief Asst. DA Chatham County | Chatham County District Attorney's Office<br>Eastern Judicial Circuit 912-652-7308<br>P.O. Box 2309 Savannah, GA 31402 | CR* | S |
|---|---|---|---|---|
| Georgia<br>v<br>Eugenia Shell | John B. Johnson, III, Esq.<br>Chief Asst. Deputy DA | Brunswick Judicial Circuit, Wayne County Office<br>145 North Brunswick Street<br>Jesup, Georgia 31546 | CR* | S |
| Georgia<br>v<br>Kyle Mirochna | Kyle Ridgway, Esq.<br>Assistant DA | Liberty/Long County District Attorney<br>Hinesville GA | CR* | S |
| USAF<br>v<br>McCarson | Cynthia A. Scott-Torres, SrA, USAF<br>Military Justice Paralegal | United States Air Force<br>cynthia.scotttorres@us.af.mil<br>Comm 736-3992 | CR* | FP |
| Kevin ALFORD | Edward A. Piasta, Esq.<br><br>Michael Geoffroy, Esq. | 1201 Peachtree Street, N.E., Suite 1700<br>Atlanta, Georgia 30361 (404) 996-1296<br>LaMalva, Geoffroy & Oeland, PC<br>919 Center Street, Conyers, Georgia 30012 | CV^ | S |
| Wanda Miller<br>v<br>Savannah Vascular | Chris Irwin, Esq. | Cook Noell Tolley & Bates LLP Post Office Box 1927<br>Athens, Georgia 30603-1927<br>(706) 549-6111 www.CNTBlaw.com | CV* | P |
| Adrianna Flowers<br>v<br>Enmark Stations, et al. | <br><br><br>Rob Kelly, Esq. | WEINBERG WHEELER HUDGINS GUNN & DIAL 3344 Peachtree Road NE Suite 2400 Atlanta, GA 30326<br>404-591-9672 www.wwhgd.com<br>Kelly & Kelly, LLP 100 Riverview Drive Suite 202<br>Savannah, Georgia 31404<br>(912) 234-0411 www.kklegal.com | CV^ | V |
| Wesley Skiles<br>v<br>Lamartek Inc, et al. | | Spangenberg Shibley & Liber LLP<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, Ohio 44114 | CV^ | P |
| Alford v.<br>Taylor, et al. | Michael Geoffroy, Esq. | LaMalva, Geofroy & Oeland, PC<br>919 Center Street, Conyers, Georgia 30012<br>hayes@spang w.com \| ww.spanglaw | CV^ | V |
| Tinker v.<br>Yankee Freedom | Krista Fowler Acuña, Esq. | The Chartwell Law Offices, LLP<br>200 S Biscayne Blvd, Suite 300 Miami, FL 33131-5322<br>305.372.9044 www.chartwelllaw.com | CV^ | D |
| Yolanda B. Carter Rutledge v.Fairfield Nursing & Rehab. | Patrick Strubel, Esq. | 2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223<br>205.251.1193 www.huielaw.com | CV^ | D |
| Texas v.<br>Jekaris Bryant | Michael Murray, Esq. | District Attorney<br>Brownwood, Texas | CR* | S |
| Massachusetts v.<br>Aaron Hernandez | Jose Baez, Esq. | The Baez Law Firm<br>40 S.W. 13th St., Suite 901<br>Miami, Florida 33130 www.baezlawfirm.com | CR* | D |
| Rogers v.<br>Orthopedic Center, Tatnall Hospital, et al. | Gregory Hodges, Esq. | OLIVER MANER, LLP<br>218 West State Street, PO Box 10186, Savannah, GA 31412<br>(912)238-2537 | CV^ | P |
| Ga. V Grant Spencer | ADA Daphne Totten, Esq. | Ogeechee Judicial Circuit<br>1 Courtland Street, Statesboro, GA 30458<br>(912) 764-9924 | CR° | PD |
| Schneider v.<br>Biggerstaff | Gregory Hodges, Esq. | OLIVER MANER, LLP<br>218 West State Street, PO Box 10186, Savannah, GA 31412<br>(912)238-2537 | CV* | D |

| | | | | |
|---|---|---|---|---|
| Imwold v Frederick Memorial Hospital | Cullen B. Casey, Esq. | A\|C\|K ANDERSON\|COE\|KING ATTORNEYS AT LAW<br>7 Saint Paul St., Suite 1600, Baltimore, MD 21202<br>miller@acklaw.com 410-752-1630 | CV^ | D |
| Davis v. Bowens<br>09/23/15 | R.S. Gill, Esq | 638 Howard Avenue<br>Biloxi, MS 39530<br>Tel: 228-432-0007 | CV^ | P |
| Phillips v. Gallo<br>05/07/15 | Scott Salter, Esq. | STARNES DAVIS FLORIE LLP<br>100 Brookwood Place, 7th Floor, Birmingham, AL 35209<br>205-868-1772 fax 205-868-6099 | CV* | D |
| USA v Mayo<br>12/08/14 | Amy A. Foley, CPT, JA<br>Trial Counsel | 4th Infantry Division<br>Office: (719) 526-0057<br>Cell: (323) 244-6646 | CR* | F |
| Nadene Holliday v. Waccamaw Comm. Hospital et al. | Andrew Gowdown, Esq. | Rosen Hagood<br>151 Meeting Street<br>Suite 400, Charleston SC 29401 | CV^ | P |
| John H.Thomas v. Coastal Neurological Institute Imaging | David A. Strassburg, Jr. | Frazer, Greene, Upchurch & Baker, LLC<br>PO Box 1686, Mobile, AL 36633 | CV^ | D |
| US Army v<br>Isaac Aguigui<br>07-02-13 | Jaclyn C. Grieser, MAJ, JA<br>Scott Z. Hughes, MAJ JA<br>Special Victim Prosecutor | Fort Stewart/HAAF, Fort Gordon<br>Office: 912-767-3290 BB: 912-432-0512<br>Cell: 845-598-1294 | CR+* | F |
| Burrell v<br>Fieldale Farms,<br>Terra Renewal, et al | Steve Gilliam, Esq. | Smith, Gilliam, Williams & Miles P.A.<br>301 Green Street, N.W. 200 Old Coca-Cola Building<br>Gainesville, Georgia 30501 770-536-3381 ext.38 | CV** | D |
| Walker v. Maxim | George M. Koonce, Esq. | Espirito Santo Plaza<br>1395 Brickell Avenue 14th Floor, Miami, Florida 33131<br>305.789.9200 | CV^ | D |
| Acree v. Watson, et al | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Plimack, et al. v. English, et al. | Josh Joseph, Esq. | Shaw, Joseph, & Just, P.A.<br>Executive Plaza III, Suite 1200, 11350 McCormick Road<br>Hunt Valley, MD 21031 Direct: 443.330.9012 | CV* | D |
| Thomas v.<br>Watson, et al. | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Standing (Bristol)<br>v. Watson<br>12-05-11 | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Melissa Rodriguez (Parker) v. state of 10-20-11 | Stephanie Lane-Weber, Esq. | Office of the Attorney General, Correctional Litigation, 200 St Paul Place, Baltimore, MD 21202-2021 | CV^ | D |
| Combs v<br>Considine<br>06-23-11 | Lisa Leasure, Esq. | Faraci Wolanske, LLC<br>1512 Larimer Street, Suite 1050 Denver, CO 80202<br>303-630-0507 | CV^ | D |
| Burrell v Fieldale Farms,Terra Renewal, et al 05-24-11 | Steve Gilliam, Esq.<br>Edward Weed, Esq. | Smith, Gilliam, Williams, & Miles, PA (770)536-3381, ext 38<br>Martin Weed, LLC, 100 Union Hill Drive, Suite 150<br>Birmingham, AL 35209 (205)443-6661 | CV^ | D |
| Alabama v.<br>Nodine<br>12-10-10 & 12-13-10 | DA Judy Newcomb | Bay Minette, AL | CR* | S |

| | | | | |
|---|---|---|---|---|
| | Dan Talmadge, Esq. | Dothan, Alabama | CV^ | P |
| Florida v. Ball<br>12-10 | Russell Edgar, Esq. | Assistant DA | CR^ | S |
| Phillips v. Alza, et al.<br>11-23-10 | James Orr, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Christensen v.<br>Alza, et al.<br>08-27-10 | James Orr, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Martell, et al.<br>v.<br>Alza, et al. | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Fusco, et al.<br>v.<br>Alza, et al. | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Jennings, et al. v.<br>Alsager, et al. | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Auburn<br>v<br>J&J, et al | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Christian, Cardinal,<br>et al.<br>v ALZA | Charles Miller, Esq. | Heygood, Orr, & Pearson<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| Freeman<br>v<br>Shoals Hospital | Frank Stakely, Esq. | Rushton, Stakely, Johnston, & Garret PO Box 2087,<br>Huntsville, AL 35804 | CV^ | D |
| Wells<br>v<br>J&J | Charles Miller, Esq. | Heygood, Orr, Pearson, & Bartolomei, LLP<br>2331 W. Northwest Highway, Second Floor, Dallas, TX | CV^ | P |
| DiCosolo<br>v<br>ALZA | Charles Miller, Esq. | Heygood, Orr, Reyes, Pearson, & Bartolomei, LLP 2331 W.<br>Northwest Highway, Second Floor, Dallas, TX | CV^* | P |
| California<br>v<br>Jennings | Michael Blake, Esq. | Assistant DA Los Angeles County, Antelope Valley Br.<br>42011 4th St W #3530, Lancaster, CA, 93534 | CR*** | S |
| Hendelson<br>v<br>J&J | Ed Angwin, Esq. | Whatley Drake , 2323 Second Avenue<br>North Birmingham, AL 35203 | CV^* | P |
| Iko<br>v<br>Galley | Stephanie<br>Lane-Weber, Esq. | Office of the Attorney General, Correctional Litigation, 200<br>St Paul Place, Baltimore, MD 21202-2021 | CV^ | D |
| Pinedo | Jason A. Stuckey, Esq. | Gulas & Stuckey, P.C.<br>2031 2nd Ave North, Birmingham, AL 35203<br>205-879-1234 | CV^ | P |
| Warren | John Crumrine, Esq. | 147 Wappoo Creek Dr # 303<br>Charleston, SC 29412<br>(843) 762-3838 | CV^ | P |

| | | | | |
|---|---|---|---|---|
| Roxanne Adams<br>v<br>Romine, et al. | Jennifer D. Segers, Esq | 2801 Highway 280 South, Suite 200 Birmingham, AL<br>205.251.1193 JSegers@huielaw.com | CV^ | D |
| Clare Westhoven<br>v<br>Brookwood Med | Jane Hall, Esq. | 2101 Highland Ave. S., Suite 700, Birmingham, AL, 35205 | CV^ | D |
| Pearson<br>v<br>Thomas Hospital, et al. | Boyd Reeves, Esq.<br>Win Stuardi, Esq. | 63 South Royal Street, Suite 1300, Mobile, AL, 36602 | CV* | D |
| Gardner, et al.<br>v<br>Barre Drug, et al. | Jack Hinton, Esq. | 904 Regions Tower<br>60 Commerce Street, Montgomery, AL, 36104 | CV^ | D |
| Pearson<br>v<br>Baptist Hospital | Danny Kepner, Esq. | Ninth Floor – Seville Tower<br>226 Palafox Place, Pensacola, FL 32502 | CV* | D |
| George Washington<br>v<br>Mobile Infirmary | Christian Hines, III, Esq. | Riverview Plaza, Suite 1106<br>63 South Royal Street, Mobile, AL, 36602 | CV^ | D |
| Patterson<br>v. | Danny Kepner, Esq. | Ninth Floor – Seville Tower, 226 Palafox Place, | CV^* | D |
| Pennington | | Pensacola, FL 32502 | | |
| Audrey Hughes v.<br>Gadsden Health | Kathryn Harrington, Esq. | 2637 Valleydale Road, Suite 100,<br>Birmingham, AL, 35244 | CV^* | P |
| Jack Warren Williams<br>v<br>Victor | Henry Garrard, III, Esq. | 440 College Ave, Athens, GA, 30603 | CV^ | P |
| Terry Beatty<br>v<br>Gwinnett Hospital | Gary Blasingame, Esq. | 440 College Ave, Athens, GA, 30603 | CV^ | P |
| Gertrude Garrett<br>v<br>Royal Health Care | Kathryn Harrington, Esq. | 2637 Valleydale Road, Suite 100, Birmingham, AL, 35244 | CV | P |
| Ruth Norris (V) | Kathryn Harrington, Esq. | 2637 Valleydale Road, Suite 100, Birmingham, AL, 35244 | CV | P |
| Royall v<br>Naveira & Alamance | Gene Brooks, Esq. | 313 West York St., Savannah, GA, 31419 | CV^* | P |
| Eastham<br>v<br>Mazda | David Chancellor, Esq. | 420 South Lawrence Street, Montgomery, AL, 36104 | CV^* | P |
| Dunlap<br>v<br>Lusk | Todd Sponseller, Esq. | PO Box 1831 Charleston, WV 25327-1831 | CV^ | P |
| Alabama<br>v<br>C. Cofield | Melody Baldwin, Esq. | 5th Judicial Circuit, Chambers Co. Court, Lafayette, AL | CR^ | S |

| Brandi Hobson (V) | Gary McAliley, Esq. | PO Box 812, Troy, AL, 36081 | CR^ | S |
|---|---|---|---|---|
| Charles Whatley (V) | DA E. Paul Jones, Esq | Macon County Courthouse, PO 830568, Tuskegee, AL | CR* | S |

**KEY CR=criminal|CV=civil|S=state|F=federal|P=plaintiff|D=defense|V=victim |^=depo|*=trial|+=Article32|o=other**

**J.C. Upshaw Downs, M.D.**
ABP-AP/CP/FP, FCAP, FASCP
F-AAFS, F-NAME, D-ABMDI, IACME



*"To strive, to seek, to find – and not to yield."*

Medicolegal Consultants
Forensic Pathology & Lab Services
Courtroom Illustrations & Exhibits
Training & Continuing Education

forensX@comcast.net
www.forensXpert.com
912-507-1008

*2 June 2021*

**2021 FEE SCHEDULE**

**General case overview** (maximum 2 hours) ........................................ $1000

**Case consultation**

**All case-related activities** (including research, consultation, travel, & testimony) ........................................ $500/hour

*10 hours required in advance ($5000)*

**Full day case-related activities** – capped at ........................................ $6000/day

**Complete autopsy examination with record review** (includes facility fee) ........................................ $5500

Additional services (histology, toxicology, etc) – negotiable

**Trainings** (as based upon services sought) ........................................ negotiable

**Expenses** ........................................ reimbursed

**"Hold" date** ........................................ $500/day

**J.C. Upshaw Downs, M.D.**
ABP-AP/CP/FP, FCAP, FASCP
F-AAFS, F-NAME, D-ABMDI, IACME

Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

See **Specific Instructions** on page 3. **Print or type.**

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

James Claude Upshaw Downs

2 Business name/disregarded entity name, if different from above

forensX, LLC

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

XX Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ ______

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) 0

Exemption from FATCA reporting code (if any) ______

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

1 Diamond Causeway, Suite 21-299

Requester's name and address (optional)

6 City, state, and ZIP code

Savannah, Georgia 31406

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

8 1 – 4 1 0 3 2 1 2

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** **Signature of U.S. person ▶** **Date ▶** 1 January 2021

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*