Page 5

1  Deposition of Mark Blaine Amerman
2  April 7, 2022
3      MR. JOHNSON:  This will be the deposition of
4  Mark Amerman in the case of Octavio Cira versus
5  Henry County.  The deposition is being taken at
6  the Henry County Administration Building.  There
7  is a court reporter/notary present and will be
8  transcribing today's deposition.  I ask that the
9  witness be sworn in at this time.
10     MARK BLAINE AMERMAN,
11 being produced and first duly sworn as a witness,
12 testified as follows:
13     CROSS-EXAMINATION
14 BY MR. JOHNSON:
15     Q    Could you please state your full name for
16 the record and spell it.
17     A    Mark Blaine Amerman.  Mark, M-A-R-K.
18 Blaine, B-L-A-I-N-E.  Amerman, A-M-E-R-M-A-N.
19     Q    Okay.  My name is Jess Johnson.  I'm a
20 lawyer in Atlanta and I represent the Plaintiffs in
21 this case and you agreed to be here today to be
22 deposed; right?
23     A    Correct.
24     Q    Okay.  Have you ever been deposed before?
25     A    Once.

Page 6

1     Q    Okay.  So do you know how this process
2  works?
3     A    Based on my one-time experience, sure.
4     Q    Okay.  I'm going to be asking questions and
5  you are going to be answering the questions and you'll
6  be under oath.
7          You understand that; right?
8     A    Yes.
9     Q    If you have any questions or you are not
10 sure about what I've asked, just ask me to clarify and
11 I will.
12    A    Yes, sir.
13    Q    If you want to take a break, just let me
14 know and we'll take a break.
15    A    Okay.
16    Q    All right.  So who are you employed with?
17    A    Henry County Police Department.  Henry
18 County Board of Commissioners.
19    Q    How long have you been employed by them?
20    A    28 years.
21    Q    Okay.  And what is your title?
22    A    Chief of police.
23    Q    And how long have you held that title?
24    A    Four years.
25    Q    Okay.  What was your title before that?

Page 7

1     A    Deputy police chief.
2     Q    How long were you deputy police chief?
3     A    Approximately four years.
4     Q    Okay.  Have you reviewed any materials in
5  preparation for today's deposition?
6     A    Yes.  We watched the video a little while
7  ago.
8     Q    Okay.  Do you know whose -- I'm assuming
9  it's body cam --
10    A    Yes.
11    Q    -- video.  Whose body cam?
12    A    It was Hampton Police Department's.
13    Q    Okay.  Do you know which officer?
14    A    I believe it was Lewis.
15    Q    Is that the only thing you reviewed?
16    A    Today, yes.
17    Q    Okay.  Can you describe your educational
18 background briefly?
19    A    I have a bachelor's degree in criminal
20 justice and I'm one class away from my masters.
21    Q    All right.  Can you describe your employment
22 history beyond what you already have?
23    A    I joined the Army in 1988 where I was an MP.
24 I did that for approximately 6 years, 8 months, 20
25 days.  I don't know why I remember that but that's how

Page 8

1  long I was in the Army where I was an MP.  I rose to
2  the rank of sergeant before getting out.
3          Used my GI bill and put myself through the
4  police academy so that made for a smooth transition.
5  When I left the Army as an MP, I started the Henry
6  County Police Department as a patrolman.  And then
7  I've worked my way up through the ranks up until being
8  chief of police.
9     Q    When did you become a police officer?
10    A    1994.
11    Q    Okay.  So you've been an officer since '94?
12    A    Yes, sir.
13    Q    POST certified?
14    A    Yes, sir.
15    Q    Okay.  Who do you report to?
16    A    The county manager.
17    Q    And who does the county manager report to?
18    A    Board of Commissioners.
19    Q    Okay.  Is there an individual on the board
20 that you report to?
21    A    No.
22    Q    Okay.  Only county manager?
23    A    I'm a direct report to the county manager.
24    Q    Who is the county manager?
25    A    Cheri Matthews.

