Page 13
1   A    Any time -- definitely informal.  Any time
2  that there is quote unquote a call goes out for
3  assistance or help, we do help each other.
4       Q    Okay.  And with Hampton in particular, the
5  city of Hampton, does your department have any
6  agreements with that city or their law enforcement?
7       A    Only that we will come and assist when they
8  ask.
9       Q    Okay.  And is that up to your discretion or
10 is it required?
11           MR. WILLIAMS:  Object to the form.  Do you
12      mean required by law or required by --
13      Q    By any policy or law or regulation,
14 anything.
15           MR. WILLIAMS:  -- police department policy?
16      Q    Well let me ask is it in your discretion
17 whether you assist a municipality?
18      A    I guess I've never -- I can't imagine a
19 situation where -- I guess it hasn't come up because
20 we never not tried to help each other.
21           I want to say the only formal agreement in
22 place is like for the city of Stockbridge which is
23 also a municipality within our boundaries.  Because
24 they currently don't have a police department, there
25 is something that -- in writing that -- between the

Page 14
1  bosses have that we will go police that jurisdictional
2  boundary.  But I don't -- I'm not sure.  It's never
3  come up.
4       Q    Okay.  You've always assisted?
5       A    Yes.  We've never not helped somebody who
6  asked for help.
7       Q    Does your department have policies that
8  regulates the conduct of your officers?
9       A    Yes.
10      Q    And are they called policies?
11      A    Yes.
12      Q    Is there another name for them?
13      A    Well there's lots of different jargon.  I
14 mean SOP, standard operating procedures, policies.
15 That would coincide with the same thing.
16      Q    Okay.  But these policies can all be found
17 in one place, in one document?
18      A    Yes.
19      Q    These policies, they are modified from time
20 to time; right?
21      A    Absolutely.
22      Q    Okay.  And what causes those policies to be
23 modified?
24      A    We're also a state accredited agency.  So
25 they are constantly updated to make sure they are the

Page 15
1  best practices.  Also if we happen to see a deficiency
2  or something is not covered, that could cause them to
3  be changed.
4       Q    Okay.  And who has the authority to modify
5  the policies?
6       A    I'm the ultimate signer on every policy.
7  But it would be staff normally that would bring some
8  type of change to me that needed to be changed for
9  either a best practice or a legal change.
10      Q    Does the county manager or the commission
11 have any say in that?
12      A    They don't.
13      Q    Okay.  Do you know who Fernando Rodriguez
14 is?
15      A    Yes.
16      Q    Who is he?
17      A    I believe that's the young man the incident
18 happened in Hampton why we're here.
19      Q    What is the incident?
20      A    Hampton Police Department came upon him
21 naked walking down the road and attempted to arrest
22 him and called for my officers to backup to effect
23 that arrest.
24      Q    Okay.  And did your officers come to the
25 scene?

Page 16
1       A    Yes.
2       Q    Do you know Robert Butera and Quinton
3  Phillips?
4       A    Yes.  They were officers that worked for me.
5            (Plaintiff's Exhibits 1 and 2 were marked
6       for identification.)
7       Q    I'm going to show you Plaintiff's Exhibits 1
8  and 2.  These are photographs.
9            Do you recognize the people in these
10 photographs?
11      A    Butera and Phillips.
12      Q    Is Butera in Exhibit 1?
13      A    Yes.
14      Q    And Phillips is in Exhibit 2?
15      A    Yes, sir.
16      Q    Are these fair and accurate representations
17 of what they look like?
18      A    Yes, sir.
19      Q    Okay.  How long have you known these two
20 men?
21      A    I guess as long as they have worked for me.
22 I didn't know them prior to that.
23      Q    And how long have they worked for you
24 roughly?
25      A    I'd have to look in the records.  I mean

