Page 17

```
 1  eight, six years.  I'm guessing.  I don't recall.
 2     Q    Okay.  Did you hire these two officers?
 3     A    I don't believe so.  I think they were
 4  already officers before I came --
 5     Q    Okay.  What was --
 6     A    -- I became chief.
 7     Q    What is your relationship with them?
 8     A    I know who they are.  I recognize them.  We
 9  give each either greeting of the day.  Other than that
10  they were just subordinate employees.
11     Q    Okay.  Strictly professional relationship?
12     A    Yes.
13     Q    And would you see them on a daily basis?
14     A    No.
15     Q    How often?
16     A    Maybe a couple times a year.
17     Q    Okay.  At the time of the incident that you
18  just described involving Fernando Rodriguez, do you
19  know what their ranks were?
20     A    Patrolmen.
21     Q    Did either one outrank the other?
22     A    Butera I think might have been a field
23  training officer.
24     Q    Okay.
25     A    So technically he would be the higher rank
```

Page 18

```
 1  and was more senior of the two.
 2     Q    Practically did he have any kind of
 3  authority over Phillips?
 4     A    I guess it would depend on the scenario but
 5  they were both patrolmen.  I guess it would depend on
 6  the scenario.
 7     Q    Well let's talk about the incident involving
 8  Mr. Rodriguez.
 9     A    All right.
10     Q    Practically speaking would Phillips -- I'm
11  sorry.  Would Butera have any kind of authority over
12  Butera (sic)?
13     A    No.
14     Q    What about from a -- would he have any
15  authority over Butera whatsoever?
16     A    No.  Butera wasn't like a trainee.  Butera
17  was in that role of authority.  I believe Butera was
18  an FTO.  He would have had authority over his trainee.
19  Phillips wasn't a trainee.
20     Q    Okay.  Phillips was the junior officer;
21  right?
22     A    Yes.
23     Q    Was it by a lot?
24     A    I don't think so.
25     Q    Okay.  I may have mentioned this.  Do you
```

Page 19

```
 1  know who hired these individuals?
 2          Was there someone in charge of hiring
 3  officers?
 4     A    Well I have a recruiting section.  I have an
 5  internal affairs and recruiting section.  I don't
 6  know.  I'd have to know the dates and would have to
 7  look it up to see who was actually over recruiting at
 8  that time.  I'm not sure.
 9     Q    You think it would help if you saw their
10  POST files?
11          MR. WILLIAMS:  As to who hired --
12          interviewed and hired them?
13     Q    I should back up.  Would it help you know
14  how long they have been serving as police officers?
15     A    That should tell me.
16          MR. JOHNSON:  I'm going to mark these as
17          Plaintiff's Exhibit 16 and 17.
18          (Plaintiff's Exhibits 16 and 17 were marked
19          for identification.)
20          MR. WILLIAMS:  Are these ones I have copies
21          of?
22          MR. JOHNSON:  No, these are going to be
23          additional.
24  BY MR. JOHNSON:
25     Q    I'm going to show you Plaintiff's Exhibit 16
```

Page 20

```
 1  and 17 which is are the POST records for Officer
 2  Butera and Officer Phillips.
 3          Can you tell how long each has been serving
 4  as a POST certified officer?
 5     A    It appears that Officer Butera has been
 6  since 2006.  And he came to Henry County PD in 2008.
 7  I'm trying to think who might have been internal
 8  affairs recruiting at that time.
 9     Q    It's okay if you can't remember.
10     A    I don't -- I don't recall who was over it
11  then.
12     Q    How about Phillips?
13     A    Looks like Phillips started at the sheriff's
14  office.  He's been an officer since 2016.  And he
15  came -- he transferred to the police department in
16  2018.  So Phillips would have transferred over -- I
17  became chief in January.  So Phillips would have been
18  under me that he transferred over.  He went from Henry
19  County Sheriff's Office to Henry County Police
20  Department.
21     Q    Okay.  So is it fair to say that Butera has
22  about 10 years more of experience than Phillips --
23     A    Yes --
24     Q    -- in law enforcement?
25     A    -- that would be fair.
```

