# Randall McGlamery

| | |
|---|---|
| **From:** | Mark Amerman |
| **Sent:** | Friday, June 26, 2020 7:09 PM |
| **To:** | All Police Department Users |
| **Subject:** | Fwd: LLRMI Videos regarding arrest/restraint/neck restraint/positional asphyxia and Duty to Intervene |

All Sworn Personnel

I have asked the training division to review and vet the below training. I believe this is very important training for us to take, and they agree as well. Even if you have recently receive training in this area, I am requiring all sworn personnel to take this training.

It is always important for us to stay up to date with our training, especially in the area of use of force.

Thank you for what you do every day, be safe and take care of each other.

Get Outlook for iOS

---

**From:** Richard Harned <rharned@co.henry.ga.us>
**Sent:** Friday, June 26, 2020 6:43 PM
**To:** Joni Miller; Heather Tremor; Harned - Training Division
**Cc:** Howard Waddell; Randy Lee
**Subject:** LLRMI Videos regarding arrest/restraint/neck restraint/positional asphyxia and Duty to Intervene

Please forward this to your respective Division SWORN personnel:

To all sworn personnel:

Due to recent events, the topic of use of force – specifically arrest/restraint/neck restraint/positional asphyxia and an **Officer's Duty to Intervene** have been in the forefront of the news and the national conscience. There has been a renewed focus on how we perform our roles – many times under difficult circumstances. In an effort to re-enforce some points related to the aforementioned topics, please review the videos noted in the links below.

These feature commentary by Jack Ryan, Esq. – a former Police Officer and renowned expert on Law Enforcement procedures, policy and the legal issues we face. I would encourage you to pay close attention to the points made in the videos – particularly the idea of acting properly in your application of force, THEN, when your suspect is controlled/secured (handcuffed) to get them in an upright position (ideally) ASAP to reduce positional asphyxia related injury/issues. In addition, as it relates to "choke holds", neck restraints, the Carotid Restraint and the Lateral Vascular Neck Restraint (system) – pay close attention to the differences between them, the injuries, if any, which may result from them, and recommendations regarding their use or prohibited use. In addition, consider the **DUTY** you have to intervene when you see an improper force application in progress. In the very near future, we will be forwarding additional policy revision information regarding these very timely and important topics. Also, there are only two videos – although 3 are mentioned. The 3rd one will be released when we receive it.

Please refer to the following info:

Considering recent nationwide events and our continued efforts to reduce exposure by providing support through training, LGRMS has recently purchased a set of 3 valuable on-line training videos

from LLRMI, featuring Jack Ryan. We encourage you share with your law enforcement leadership and trainers (2 have been released, we are awaiting the 3rd).

The titles and links are below:
1. Session 1: Arrestee Restraint: Positional/Compression Asphyxia - 54 Minute Virtual Classroom - https://youtu.be/Id8JLgOF-6g
- Session 2: Carotid Restraint/Lateral Vascular Neck Restraint/Chokehold - 60 Minute Virtual Classroom - https://youtu.be/g8uVgpp9-Rs
- Session 3: Duty to Intervene in Unreasonable Force/Duty to Render Aid During a Use of Force Event-60 Minute Virtual Classroom – **Coming Soon**

If you have ANY questions or concerns – do not hesitate to contact any member of the Training Division or myself.

**Stay safe!**
_____
Major Richard Harned
**Support Services Division**

Henry County Police Department
108 South Zack Hinton Pkwy
McDonough, GA 30253

Office: 770-288-7578
Cell:     678-414-0447
Fax:     770-288-8385
E-mail:  rharned@co.henry.ga.us