# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-01999-VMC**
**Cira et al v. City of Hampton et al**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Chambers on 03/27/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 3:15 P.M.            DEPUTY CLERK: Christina Klimenko
TIME IN COURT: 5:15
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mark Begnaud representing Octavio Rodriguez Cira |
| | Michael Eshman representing Octavio Rodriguez Cira |
| | Terry Williams representing County of Henry |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Case did not settle |