IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCTAVIO RODRIGUEZ CIRA and FABIOLA MERLOS MARTINEZ, as Surviving Parents of FERNANDO OCTAVIO RODRIGUEZ, Deceased, and OCTAVIO RODRIGUEZ as Administrator of the Estate of FERNANDO OCTAVIO RODRIGUEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF HENRY; OFFICER ROBERT P. BUTERA, In His Individual Capacity; and OFFICER QUINTON C. PHILLIPS, In His Individual Capacity,<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:21-CV-01999-VMC |

**JOINT STATUS REPORT**

Plaintiffs and Defendants submit his joint status report, pursuant to this Court's Order [Doc. 94], respectfully showing as follows:

The surviving-parent Plaintiffs have reached a settlement agreement with the Defendants. The parties are awaiting a probate court order for a change in

administrator of the estate to allow an agreement with all parties to be finalized in full – with the estate also. The change of administrator is necessary because the current administrator of the estate in on medical leave and filed his desire to resign with the consent of all heirs with the probate court. With the probate-required notice for such a change, the parties anticipate that this change could take an additional sixty (60) days or more, and the change will be required to finalize the settlement agreement. The parties anticipate that the settlement agreement will be finalized and this case fully resolved upon appointment of the new administrator.

      Jointly submitted this 14th day of June, 2023.

**ESHMAN BEGNAUD, LLC**

*/s/Mark Begnaud*
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Michael J. Eshman
Georgia Bar No. 365497
meshman@eshmanbegnaud.com

315 W. Ponce De Leon Ave.
Suite 775
Decatur, GA 30030
(p) 404-491-0170
(f) 404-393-5019

                        **WILLIAMS & WAYMIRE, LLC**

                        */s/ Terry E. Williams*
                        TERRY E. WILLIAMS
                        Georgia Bar No. 764330
                        Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
(678) 541-0790
(678) 541-0789 (f)
terry@wmwlaw.com

3