IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCTAVIO RODRIGUEZ CIRA and FABIOLA MERLOS MARTINEZ, as Surviving Parents of FERNANDO OCTAVIO RODRIGUEZ, Deceased, and OCTAVIO RODRIGUEZ as Administrator of the Estate of FERNANDO OCTAVIO RODRIGUEZ<br><br>    Plaintiffs<br><br>v.<br><br>HENRY COUNTY, GEORGIA, ROBERT P. BUTERA, in his individual capacity, and QUINTON C. PHILLIPS, in his individual capacity,<br><br>    Defendants. | Civil Action No.<br>1:21-cv-01999-VMC |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Parties have advised the Court that the above-styled action has been settled and that formal documentation of settlement is expected to be concluded within the next sixty (60) days or so (Doc. 95). It therefore is not necessary for the action to remain on the Court's calendar or active docket.

Accordingly, **IT IS HEREBY ORDERED** that the action is **ADMINISTRATIVELY CLOSED**.[1] However, the Parties are **DIRECTED** to file a status report within ninety (90) days following entry of this Order if a dismissal has not been filed. If the Parties fail to file a status update in the time allotted, the Court may dismiss this action with prejudice. Lastly, Defendants' Motion for Leave to File Corrected Statement of Fact is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 14th day of June, 2023.

Victoria Marie Calvert
United States District Judge

---

[1] Administrative closure is a docket control device that in no way prejudices the parties. Either party may move to reopen the matter at any time.