IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCTAVIO RODRIGUEZ CIRA, et al., ) | |
| ) | CIVIL ACTION FILE |
| Plaintiffs, ) | |
| ) | NO. 1:21-CV-01999-VMC |
| v. ) | |
| ) | |
| COUNTY OF HENRY, et al., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Stipulation of Dismissal With Prejudice, whereby Plaintiffs dismiss this action with prejudice. The parties will bear their own expenses of litigation.

This 7th day of December, 2023.

*/s/ Michael J. Eshman*
(w/ express permission by TEW)
MICHAEL J. ESHMAN
Georgia Bar No. 365497
Attorney for Plaintiffs

ESHMAN BEGNAUD, LLC
315 W. Ponce de Leon Ave
Suite 775
Decatur, GA 30030
(404) 491-0170
(404) 393-5019(f)
meshman@eshmanbegnaud.com

*/s/ Terry E. Williams*
TERRY E. WILLIAMS
Georgia Bar No. 764330
Attorney for Defendants

WILLIAMS & WAYMIRE, LLC
4330 South Lee Street
Building 400, Suite A
Buford, GA 30518
(678) 541-0790
(678) 541-0789(f)
terry@wmwlaw.com